Brian A. Paino (SBN 251243)
bpaino@hinshawlaw.com
Helen Mosothoane (SBN 254511)
hmosothoane@hinshawlaw.com
Zeeshan Iqbal (SBN 337990)
ziqbal@hinshawlaw.com
**HINSHAW & CULBERTSON LLP**
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Telephone:  213-680-2800
Facsimile:  213-614-7399

Attorneys for *Defendant* **FREEDOM MORTGAGE CORPORATION**

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WAGNER, DANNY WAGNER<br><br>Plaintiffs,<br><br>v.<br><br>LOANDEPOT.COM, LLC; FREEDOM MORTGAGE CORPORATION; AFFINIA DEFAULT SERVICES LLC, DOES 1-50<br><br>Defendants. | Case No.<br><br>**DEFENDANT FREEDOM MORTGAGE CORPORATION'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rules of Civil Procedure 7.1, *defendant* Freedom Mortgage Corporation ("Freedom") respectfully submits this Corporate Disclosure Statement and states as follows:

1.      No publicly-held corporation owns ten percent (10%) or more of any ownership interest of Freedom.

2.      Freedom is a corporation organized under the laws of the State of New Jersey and maintains its principal place of business in Boca Raton, Florida.

///

///

///

///

1
**CORPORATE DISCLOSURE STATEMENT**

1101392\329662308.v1

Freedom makes these disclosures solely for the purpose of Federal Rules of Civil Procedure 7.1 and reserves the right to supplement them as needed.

Dated: May 18, 2026                    **HINSHAW & CULBERTSON LLP**

By: */s/ Zeeshan Iqbal*
    BRIAN A. PAINO
    HELEN MOSOTHOANE
    ZEESHAN IQBAL
Attorneys for *Defendant* **FREEDOM MORTGAGE CORPORATION**

2
**CORPORATE DISCLOSURE STATEMENT**