Brian A. Paino (SBN 251243)
bpaino@hinshawlaw.com
Helen Mosothoane (SBN 254511)
hmosothoane@hinshawlaw.com
Zeeshan Iqbal (SBN 337990)
ziqbal@hinshawlaw.com
**HINSHAW & CULBERTSON LLP**
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Telephone:    213-680-2800
Facsimile:    213-614-7399

Attorneys for *Defendant* **FREEDOM MORTGAGE CORPORATION**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WAGNER, DANNY WAGNER,<br><br>Plaintiffs,<br><br>v.<br><br>LOANDEPOT.COM, LLC; FREEDOM MORTGAGE CORPORATION; AFFINIA DEFAULT SERVICES LLC, DOES 1-50<br><br>Defendants. | Case No.: 1:26-cv-03848-JLT-CDB<br><br>**CERTIFICATE OF SERVICE RE REMOVAL TO FEDERAL COURT** |

I, Carolina Rico, hereby certify as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 350 South Grand Avenue, Suite 3600, Los Angeles, California 90071.

On May 18, 2026, I served true and correct copies of the documents described as:

- NOTICE OF FILING OF NOTICE OF REMOVAL OF ACTION;

- NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT UNDER 28 U.S.C. **§** 1331;

- CIVIL COVER SHEET;

- CORPORATE DISCLOSURE STATEMENT; and

on May 22, 2026, I served true and correct copies of the documents described as:

1

Case No.: 1:26-cv-03848-JLT-CDB

**CERTIFICATE OF SERVICE RE REMOVAL TO FEDERAL COURT**

86160\329782235.v1

- ORDER SETTING MANDATORY SCHEDULING CONFERENCE;

- JUDGE JENNIFER L. THURSTON'S STANDING ORDER;

- MAGISTRATE JUDGE CONSENT PACKET; and

- MAGISTRATE JUDGE CHRISTOPER D. BAKER'S INFORMATIONAL ORDER

on all interested parties in said action by placing a true copy thereof in a sealed envelope addressed as follows:

Jerry Wagner
3517 Beyers St.
Bakersfield, CA 93312

Danny Wagner
3517 Beyers St.
Bakersfield, CA 93312

Loren W. Coe, Esq.
Sara Shahbazi, Esq.
STINSON LLP
19100 Von Karman Ave., Suite 700
Irvine, CA 92612

I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. Executed on May 22, 2026 at Anaheim, California.

_____
Carolina Rico

Case No.: 1:26-cv-03848-JLT-CDB

**CERTIFICATE OF SERVICE RE REMOVAL TO FEDERAL COURT**

86160\329782235.v1