MARY KATE SULLIVAN (State Bar No. 180203)
marykate.sullivan@stinson.com
STINSON LLP
595 Market Street, Suite 2600
San Francisco, California 94105
Telephone: 415.398.3344
Facsimile: 415.956.0439

LOREN W. COE (State Bar No. 273124)
loren.coe@stinson.com
SARA SHAHBAZI (State Bar No. 351498)
sara.shahbazi@stinson.com
STINSON LLP
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: 949.442.7110
Facsimile: 949.442.7118

Attorneys for Defendant loanDepot.com, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WAGNER, DANNY WAGNER, | Case No. 1:26-cv-03848-JLT-CDB |
| Plaintiff, | Hon. Judge Jennifer L. Thurston |
| v. | **DEFENDANT LOANDEPOT.COM, LLC'S NOTICE OF INTERESTED PARTIES** |
| LOANDEPOT.COM, LLC, FREEDOM MORTGAGE CORPORATION, DOES 1-50, | Action Filed:    February 24, 2026 |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned counsel of record for Defendant loanDepot.com, LLC certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Defendant loanDepot.com, LLC is owned by LD Holdings Group LLC, which is owned by loanDepot, Inc.

loanDepot, Inc. is a publicly traded company, and no publicly held corporation owns 10% or more of its stock.

DATED:  May 27, 2026                    STINSON LLP


By:    _____*/s/ Sara Shahbazi*_____
       SARA SHAHBAZI
       Attorneys for Defendant loanDepot.com, LLC

DEFENDANT LOANDEPOT.COM, LLC'S NOTICE OF INTERESTED PARTIES

**<u>PROOF OF SERVICE</u>**

**JERRY WAGNER, ET AL. v. LOANDEPOT.COM, LLC**
**Case No. 1:26-cv-03848-JLT-CDB**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Orange, State of California.  My business address is 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On May 27, 2026, I served true copies of the following document(s) described as **DEFENDANT LOANDEPOT.COM, LLC'S NOTICE OF INTERESTED PARTIES** on the interested parties in this action as follows:

| | |
|---|---|
| Jerry Wagner<br>Danny Wagner<br>3517 Beyers Street<br>Bakersfield, CA 93312 | Plaintiffs in Pro Per<br><br>Tel.: (661) 371-5984<br>Wagnerjerry82@gmail.com |
| Brian Andrew Paino<br>Zeeshan Iqbal<br>Helen Guadalupe Mosothoane<br>Hinshaw & Culbertson LLP<br>350 S Grand Ave, Ste 3600<br>Los Angeles, CA 90071-3476 | Attorneys for Defendant<br>FREEDOM MORTGAGE CORPORATION<br><br>bpaino@hinshawlaw.com<br>ziqbal@hinshawlaw.com<br>hmosothoane@hinshawlaw.com |

**BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with the practice of Stinson LLP for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope was placed in the mail at Irvine, California.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address lorraine.johnson@stinson.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 27, 2026, at Irvine, California.

_____
Lorraine N. Johnson

DEFENDANT LOANDEPOT.COM, LLC'S NOTICE OF INTERESTED PARTIES