MARY KATE SULLIVAN (State Bar No. 180203)
marykate.sullivan@stinson.com
STINSON LLP
595 Market Street, Suite 2600
San Francisco, California 94105
Telephone: 415.398.3344
Facsimile: 415.956.0439

LOREN W. COE (State Bar No. 273124)
loren.coe@stinson.com
SARA SHAHBAZI (State Bar No. 351498)
sara.shahbazi@stinson.com
STINSON LLP
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: 949.442.7110
Facsimile: 949.442.7118

Attorneys for Defendant loanDepot.com, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERRY WAGNER, DANNY WAGNER,<br><br>Plaintiff,<br><br>v.<br><br>LOANDEPOT.COM, LLC, FREEDOM MORTGAGE CORPORATION, DOES 1-50,<br><br>Defendant. | Case No. 1:26-cv-03848-JLT-CDB<br>Hon. Judge Jennifer L. Thurston<br><br>**DEFENDANT LOANDEPOT.COM, LLC'S NOTICE OF ERRATA  TO THEIR MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Action Filed:     February 24, 2026 |

CORE/3543210.0017/243635118.1                1

DEFENDANT LOANDEPOT.COM, LLC'S NOTICE OF ERRATA  TO THEIR MOTION TO DISMISS
PLAINTIFFS' FIRST AMENDED COMPLAINT

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that loanDepot.com LLC, ("loanDepot"), by and through its attorneys of record, hereby submits this Notice of Errata to correct a clerical error in the caption page of loanDepot's Motion to Dismiss Plaintiffs' First Amended Complaint filed on May 26, 2026. (Dkt. No. 7]).

The caption page of the Motion to Dismiss incorrectly listed "Declaration of Sara Shahbazi" as an accompanying document. The Declaration of Sara Shahbazi was not filed with the Motion to Dismiss, and the reference to it on the caption page was included in error. No other portion of the Motion to Dismiss is affected by this correction.

loanDepot respectfully requests that the Court and all parties disregard the erroneous reference to the Declaration of Sara Shahbazi on the caption page of the Motion to Dismiss. No substantive change to the Motion to Dismiss or any other filed document is intended or effected by this Notice.

DATED:  May 27, 2026                STINSON LLP


By:      */s/ Sara Shahbazi*
                        SARA SHAHBAZI
                        Attorneys for Defendant loanDepot.com, LLC

CORE/3543210.0017/243635118.1                         2

DEFENDANT LOANDEPOT.COM, LLC'S NOTICE OF ERRATA  TO THEIR MOTION TO DISMISS
PLAINTIFFS' FIRST AMENDED COMPLAINT

## **PROOF OF SERVICE**

**JERRY WAGNER, ET AL. v. LOANDEPOT.COM, LLC**
**Case No. 1:26-cv-03848-JLT-CDB**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On May 27, 2026, I served true copies of the following document(s) described as **DEFENDANT LOANDEPOT.COM, LLC'S NOTICE OF ERRATA  TO THEIR MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** on the interested parties in this action as follows:

Jerry Wagner                                             Plaintiffs in Pro Per
3517 Beyers Street
Bakersfield, CA 93312                                Tel.: (661) 371-5984
                                                                  Wagnerjerry82@gmail.com


Danny Wagner                                          Plaintiffs in Pro Per
3517 Beyers Street
Bakersfield, CA 93312                                Tel.: (661) 371-5984
                                                                  Wagnerjerry82@gmail.com


Brian Andrew Paino                                   Attorneys for Defendant
Zeeshan Iqbal                                            FREEDOM MORTGAGE CORPORATION
Helen Guadalupe Mosothoane
Hinshaw & Culbertson LLP                         bpaino@hinshawlaw.com
350 S Grand Ave, Ste 3600                         ziqbal@hinshawlaw.com
Los Angeles, CA 90071-3476                      hmosothoane@hinshawlaw.com


**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Stinson LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Irvine, California.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address lorraine.johnson@stinson.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 27, 2026, at Irvine, California.

Lorraine N. Johnson

CORE/3543210.0017/243635118.1                    1

DEFENDANT LOANDEPOT.COM, LLC'S NOTICE OF ERRATA  TO THEIR MOTION TO DISMISS
PLAINTIFFS' FIRST AMENDED COMPLAINT