Jerry Wagner
3517 Beyers St
Bakersfield Ca 93312
(661)-371-5984
Wagnerjerry82@gmail.com
Pro Se



**FILED**

MAY 2 6 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WAGNER, DANNY WAGNER<br><br>Plaintiff,<br><br>vs.<br><br>LOANDEPOT.COM, LLC, FREEDOM MORTGAGE CORPORATION, AFFINIA DEFAULT SERVICES, LLC, DOES 1-50<br><br>Defendant | Case No.: 1:26CV03848 JLT CDB<br><br><br>NOTICE AND MOTION FOR ELECTRONIC FILING ACCESS (EDCA) |

May 20, 2026

# NOTICE OF MOTION AN MOTION FOR PERMISSIN TO USE CM/ECF

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Jerry Wagner and Danny Wagner, appearing pro se, respectfully moves this Court for an order granting permission to register for and use the Court's Case Management/Electronic Case Filing ("CM/ECF") system pursuant to local rule 133(b)(2).

NOTICE AND MOTION FOR ELECTRONIC FILING ACCESS (EDCA) - 1

This motion is based on the attached Memorandum of Points and Authorities, the Declaration of Jerry Wagner, the record in this case, and any further evidence or argument the Court may consider.

## MOTION

Plaintiffs, appearing pro se, hereby moves the Court for an order authorizing electronic filing privileges in this matter. Good cause exists because Plaintiff has regular access to a computer, reliable internet, and the ability to comply with CM/ECF requirements.

X _____ 05/20/2026
Jerry Wagner
Pro Se

X _____
Danny Wagner
Pro Se

NOTICE AND MOTION FOR ELECTRONIC FILING ACCESS (EDCA) - 2

Jerry Wagner
3517 Beyers St
Bakersfield Ca 93312
(661)-371-5984
Wagnerjerry82@gmail.com
Pro Se

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WAGNER, DANNY WAGNER | Case No.: 1:26CV.03 848 JLT CDB |
| Plaintiff, | |
| vs. | DECLARATION SUPPORTING PRO SE PLAINTIFFS' PERMISSION TO E-FILE |
| LOANDEPOT.COM, LLC, FREEDOM MORTGAGE CORPORATION, AFFINIA DEFAULT SERVICES, LLC, DOES 1-50 | |
| Defendant | |

May 20, 2026

I, Jerry Wagner, declare:

1. I am a Plaintiff in this action and appear pro se.

2. I have regular access to a computer, scanner, and reliable internet.

3. I can create, upload, and review PDF documents.

4. I agree to comply with all E-file rules, procedures, and technical requirements.

DECLARATION SUPPORTING PRO SE PLAINTIFFS' PERMISSION TO E-FILE - 1

5.  I understand that once granted, I must register to E-file and maintain and active email address for electronic service

I declare under penalty of perjury under the laws of the Untied States that the foregoing is true and correct.

X _Jerry Wagner_ 05/20/2026

Jerry Wagner
Pro Se

DECLARATION SUPPORTING PRO SE PLAINTIFFS' PERMISSION TO E-FILE - 2

Jerry Wagner
3517 Beyers St
Bakersfield Ca 93312
(661)-371-5984
Wagnerjerry82@gmail.com
Pro Se

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WAGNER, DANNY WAGNER<br><br>Plaintiff,<br><br>vs.<br><br>LOANDEPOT.COM, LLC, FREEDOM MORTGAGE CORPORATION, AFFINIA DEFAULT SERVICES, LLC, DOES 1-50<br><br>Defendant | Case No.: 1:26CV03848 JLT CDB<br><br>MEMRANDUM POINTS AND AUTHORITIES SUPPORTING ELECTRONIC FILING ACCESS (EDCA) |

May 20, 2026

# MEMORANDUM OF POINTS AND AUTHORITIES

# I. INTRODUCTION

Pro se litigants in the Eastern District of California may use the CM/ECF system only with court approval. Local Rule 133(b)(2), a pro se party may request e-filing access by motion. The Court may grant such access upon a showing that the litigant:

    1.  Has regular access to a computer and internet,

MEMRANDUM POINTS AND AUTHORITIES SUPPORTING ELECTRONIC FILING ACCESS (EDCA) - 1

2. Possesses the technical ability to use CM/ECF, and

3. Agrees to comply with all applicable rules and procedures.

## III. ARGUMENT

1. Plaintiff has daily access to a computer, stable internet, and the ability to review PDFs, upload documents, and receive electronic notifications. Plaintiff has previously used electronica filing systems and is fully capable of complying with the Court's technical and procedural requirements

2. Given the volume of filings, deadlines, and the need for rapid access to court orders, CM/ECF access will materially improve efficiency for both the Court and the Parties.

3. Electronic filing will not alter deadlines, impose burdens, or prejudice any party. It simply allows Plaintiff to file and receive documents through the same system used by represented parties.

## IV. EVIDENCE

1. Search case#26CUB00705 at the Kern County Superior Court website, Plaintiff Jerry Wagner e-filed almost all his court proceedings electronically.

## V. CONCLSUION

1. For the foregoing reasons, Plaintiffs respectfully requests that the Court grant permission to register for and use CM/ECF in this action

X _____ 05/20/2026
Jerry Wagner
Pro Se

_____
Danny Wagner
Pro Se

MEMRANDUM POINTS AND AUTHORITIES SUPPORTING ELECTRONIC FILING ACCESS (EDCA) - 2

Jerry Wagner
3517 Beyers St
Bakersfield Ca 93312
(661)-371-5984
Wagnerjerry82@gmail.com
Pro Se

RECEIVED

MAY 26 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY WAGNER, DANNY WAGNER

Plaintiff,

vs.

LOANDEPOT.COM, LLC, FREEDOM MORTGAGE CORPORATION, AFFINIA DEFAULT SERVICES, LLC, DOES 1-50

Defendant

Case No.: 1:26CV:03848 JLT CPB

[PROPOSED ORDERS] GRANTING PRO SE PLAINTIFFS PERMISSION TO E-FILE

May 20, 2026

ORDER GRANTING PRO SE PLAINTIFFS PERMISSION TO E-FILE

Plaintiffs Jerry Wagner and Danny Wagner, appearing pro se, have moved for permission to use the Court's e-file system pursuant to Local Rule 133(b)(22).

GOOD CAUSE APPEARING, the motion is GRANTED

[PROPOSED ORDERS] GRANTING PRO SE PLAINTIFFS PERMISSION TO E-FILE - 1

Plaintiffs are authorized to register for and use e-file system for all filings in this case. Plaintiff shall register the Courts E-file system portal and comply with all applicable rules and procedures.

        IT IS SO ORDER

DATE:

UNITED STATES DISTRIC JUDGE

[PROPOSED ORDERS] GRANTING PRO SE PLAINTIFFS PERMISSION TO E-FILE - 2