Jerry Wagner, Danny Wagner
3517 Beyers st
Bakersfield CA, 93312
661-371-5984
Wagnerjerry82@gmail.com
Pro Se



FILED

MAY 2 6 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WAGNER, DANNY WAGNER<br><br>Plaintiff,<br><br>vs.<br><br>LOANDEPOT.COM, LLC; FREEDOM MORTGAGE CORPORATION;<br><br>AFFINIA DEFAULT SERVICES, LLC; and DOES 1–50,<br><br>Defendant | Case No.: 1:26 CV 03848 JLT CDB<br><br>NOTICE OF MOTION AND MOTION TO REMAND |

NOTICE OF MOTION AND MOTION TO REMAND - 1

1

PLEASE TAKE NOTICE that Plaintiffs Jerry Wagner and Danny Wagner hereby move this Court for an order remanding this action to the Superior Court of California, County of Kern, pursuant to 28 U.S.C. § 1447(c).

This motion is made on the grounds that removal was improper because:

(1) Not all defendants were timely and properly consented to removal

(2) The Notice of Removal was procedurally defective

(3) Forum-Defendant Rule, all defendants were properly served in California before removal.

(4) Lack of subject matter jurisdiction

Violating: 28 U.S.C §§ 1446(a); 1446(b)(2)(A); 1441(b)(2)

(5) Bad-faith removal two days before Preliminary Injunction hearing

(6) Failure to meet and confer (EDCA Local Rule 230)

This Motion is based on the attached Memorandum of Points and Authorities, the Declaration of Jerry Wagner, the pleadings and papers on file, and any argument the Court may permit.

# NOTICE OF REAMND HEARING

DATE OF HEARING:

TIME OF HEARING:

COURTROOM NUMBER:

JUDGE:

NOTICE OF MOTION AND MOTION TO REMAND - 2

2

LOCATION:

Respectfully submitted,

DATED: 5·20·2024

Jerry Wagner, Plaintiff Pro Se

Danny Wagner, Plaintiff Pro Se

NOTICE OF MOTION AND MOTION TO REMAND - 3

3

Jerry Wagner
3517 Beyers St
Bakersfield Ca 93312
(661)-371-5984
Wagnerjerry82@gmail.com
Pro Se

BY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JERRY WAGNER, DANNY WAGNER

Plaintiff,

vs.

LOANDEPOT.COM, LLC, FREEDOM
MORTGAGE CORPORATION, AFFINIA
DEFAULT SERVICES, LLC, DOES 1-50

Defendant

DECLARATION OF JERRY WAGNER
SUPPORT OF REMAND

May 19, 2026

I, Jerry Wagner, declare:

1. Defendants were granted two continuances by state-court on this matter. May 20, 2026, Preliminary Injunction was third hearing before Freedom Mortgage requested removal on May 18, 2026

## I. UNSUCCESSCUL MEET AND CONFERS

### LOANDEPOT-COMMUNICATION WITH SARAH SCHABAZI

DECLARATION OF JERRY WAGNER SUPPORT OF REMAND - 1

10

1. On May 8, 2026, at approximately 14:22 p.m. Pacific Time, attorney Sarah Shahbazi emailed me requesting my availability to meet and confer regarding a demurrer.

2. On May 11, 2026, at 13:12 p.m. Pacific Time, I responded I was available to meet and confer May 15, 2026, only by telephone out of courtesy and reserved all my rights.

3. On May 12, 2026, Sarah attempted to change the format to a Zoom meeting. I declined and stated I can only participate by telephone. I also stated that I did not waive any rights, objections, or legal positions. Sarah acknowledges this, and the meet-and-confer remained set for May 15, 2026, at 10:00 a.m. by phone.

4. On May 15, 2026, Sarah called me at the scheduled time. She stated she only wanted to discuss LoanDepot's involvement and not the facts. After her introduction.

I stated I agreed to a meet and confer as a courtesy, that all rights were reserved, that the demurrer remained untimely, and that nothing in the call cured the defect. I also stated that the meet-and-confer was scheduled incorrectly and did not allow the required time before filing.

Sarah stated that the court would not hear my case and that it would be stronger if LoanDepot were not involved.

I stated that our position is fully stated in our filed Reply and Declarations, and that we are not supplementing the record. I further stated that Defendant were late and did not meet the required meet-and-confer, and that the absence of opposition changes things.

She stated she believed I was wrong.

I stated we stand on our fillings.

Sarah asked if we could "agree to disagree" I agreed and the call ended.

DECLARATION OF JERRY WAGNER SUPPORT OF REMAND - 2

5. After the call, I observed that Sarah Shahbazi does not appear to be an attorney listed on the court record for LoanDepot, the meet and confer could not be satisfied, she never had the authority, was only a courtesy.

## FREEDOM MORTGAGE CORPOATION- -COMMUNICATIONS WITH ZEESHAN IQBAL

1. On May 11, 2026, Zeeshan Iqbal emailed me requesting a meet and confer on May 12, 2026, or May 13, 2026.

2. On May 12, 2026, at 12:42 p.m. Pacific Time, I replied and stated that I would need a list of issues, objections, or concerns intended to raise before scheduling the meet and confer, so that I could prepare and ensure a productive call.

3. On May 13, 2026, at 1:42 a.m., Zee responded that the arguments "essentially come down to the same arguments made in the moving papers." He did not give me a list of any objections or issues regarding my first amended complaint. By that time, I believed the deadline for completing the meet and confer had already passed, so I filed my Reply and Declaration.

## AFFINIA-COMMUNICATIONS WITH ATTORNEY NABELL ZUBERI

1. The only personal communication I received from Attorney Nabeel Zuberi was his acknowledgement of receiving the Reply and Declaration that were served. In that communication, he stated that he was not the attorney for any other party, and that he represented only Affinia.

2. The second email communication was an automated email response to the Notice of Entry of Default for Freedom Mortgage stating " unavailable until May 26, 2026.

## II. FREEDOM MORTGAGE MISREPRESNTATIONS ON CONSENT

DECLARATION OF JERRY WAGNER SUPPORT OF REMAND - 3

12

1. I reviewed Freedom Mortgage Notice of Removal and related filings, Freedom Mortgage represented that they had obtained "consent" from co-defendants LoanDepot and Affinia to remove this action.

2. Affinia's counsel was unavailable until May 26 and did not participate in any meet-and-confer confirm by their email. Affinia filed a declaration one day before second PI hearing of April 22, 2026, but did not attend court proceedings.

3. I have not been served, nor have I reviewed any filing on the Federal and State Court website for Affinia and LoanDepot regarding written consent of removal.

4. I am not aware of any oral consent or any communication regarding removal

Freedom Mortgage's statement of unanimous consent is therefore:

- Unsupported

- Factually inaccurate

- Legally invalid

- Evidence of procedural manipulation

Freedom Mortgages conduct during removal and meet-and-confer demonstrate bad faith , misrepresentation, and procedural manipulation.

## III. FAILURE TO ATTACH ALL STATE COURT FILINGS

1. I reviewed Freedom Mortgages Notice of Removal and can confirm they did not attach:

- Any of Plaintiffs Proof of Services

- Short Notice For No Opposition Filed Opposing Preliminary Injunction-filed and served on all defendants by email 05/13/2026

- Notice of Filed Declaration By Affinia Default Services, LLC -Filed and served on all defendants by email 05/13/2026

DECLARATION OF JERRY WAGNER SUPPORT OF REMAND - 4

13

- Reply Brief Non-Opposition in Support of Motion for Preliminary Injunction and Declaratory Relief-filed and served 05/13/2026 on all defendants by email

- Declaration of Jerry Wagner in Support to Reply Brief and No Response to Opposition-filed and served 05/13/2026 on all defendants by email

- Declaration of No Opposition support of Preliminary Injunction by Katherine Davis-filed and served on all defendants by email 05/13/2026

- Short Notice of Defendants Failure to Comply with CCP § 430.41(a)-filed and served on all defendants by email on 05/13/2026

- On May 18, 2026, I served Civ-100 Notice of Entry Default for Freedom Mortgage, on all defendants by email.

2. Based on my observations of Freedom Mortgages Notice of Removal, I believe I have attached to this declaration, of all the omitted court documents with their proof of service, that Freedom Mortgage did not attach to their Notice of Removal.

3. I did not attach court documents that were served prior to First Amended Complaint

## IV. SUPPORTING EXHIBITS

1. I personally reviewed and obtained the documents attached as Exhibits1 through 20. They are true and correct copies of the documents provided to me by defendants or obtained from official sources.

   a. EXHIBIT 1-Copy of Summon

   b. EXHIBIT 2-Copy of First Amended Complaint

   c. EXHIBIT 3-Copy of POS-010 for Affinia FAC served on 4/24/2026

   d. EXHIBIT 4-Copy of POS-010 for LoanDepot  FAC served on 04/15/2026

   e. EXHIBIT 5-Copy of POS-010 Freedom Mortgage FAC served on 04/16/2026

DECLARATION OF JERRY WAGNER SUPPORT OF REMAND - 5

14

f. EXHIBIT 6 -Copy of POS-030 Affinia Notice of PI, with PI documents served on 04/21/2026

g. EXHIBIT 7- Copy of Declaration of Katherine Davis for Jerry Wagner and Danny Wagner, showing the business address listed for Affinai Default services, the alleged trustee, was not a workable address

h. EXHIBIT 8- Copy of POS 050 service of Declaration of Katherine Davis for Jerry Wagner and Danny Wagner on Freedom Mortgage and LoanDepot 04/21/2026

i. EXHIBIT 9 -Copy of Notice Filed Declaration by Affinia, proving service, appearance. Filed and Served on all defendants 05/13/2026

j. EXHIBIT 10 – Copy of Short Notice for No Opposition filed opposing preliminary injunction. Filed and Served on all defendants 05/13/2026

k. EXHIBIT 11-Copy of Short Notice of Defendants failure to Comply with CCP§ 430.41(A). Filed and Served on all defendants 05/13/2026

l. EXHIBIT 12- Copy of Declaration to no opposition in support of preliminary injunction by Katherine Davis showing hardship for Plaintiffs. Filed and Served on all defendants 05/13/2026

m. EXHIBIT 13- Copy of Declaration of Jerry Wagner in support of Reply Brief and No Response to Opposition. Filed and Served on all defendants 05/13/2026. Showing no opposition and hardship, including all three versions of NOTE, and doctors note from Danny Wagners doctor

n. Exhibit 14- Copy of Reply brief non-opposition in support of motion for preliminary Injunction and Declaratory Relief. Filed and Served on all defendants 05/13-2026

DECLARATION OF JERRY WAGNER SUPPORT OF REMAND - 6

15

o. EXHIBIT 15- Copy of POS 050 for LoanDepot, Freedom Mortgage, and Affinia on 05/13/2026

p. EXHIBIT 16- Screenshot of Superior Court of California, County of Kern website for Plaintiffs case that was removed to Federal Court (Case#26CUB00705)

q. EXHIBIT 17- Copy of Plaintiffs written consent for electronic service per Federal Rule of Civil Procedure 5(B)(2)(E), served on all defendants by email on 05/19/2026

2. EXHIBIT 18 -Copy of automated email response from Affinia after plaintiff sent written consent for electronic service.

3. EXHIBIT 19-Affinias declaration

4. EXHIBIT 20-Screenshot of Pacer Website

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

X ~~_Jerry Wagner_~~

Jerry Wagner
In Pro Per

DECLARATION OF JERRY WAGNER SUPPORT OF REMAND - 7

16

PLAINTIFF'S
EXHIBIT
NO. 1

17

**SUM-100**

**SUMMONS** on First Amended Complaint
*(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:** Loandepot.com, LLC, Freedom
*(AVISO AL DEMANDADO):* Mortgage Corporation, Affinia Default Services, LLC, DOES 1-50

**YOU ARE BEING SUED BY PLAINTIFF:** Jerry Wagner, Danny Wagner
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

**ELECTRONICALLY FILED**
Superior Court of California,
County of Kern
By: Julia Barrera
Deputy Clerk

04/17/2026

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is: Superior Court of California
*(El nombre y dirección de la corte es):* County of Kern
1215 Truxtun Ave
Bakersfield CA 93301

**CASE NUMBER:** *(Número del Caso):* 24CUB00705

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Jerry Wagner, Danny Wagner 3517 Beyers ST, Bakersfied, CA 93312 (661)-371-5984

**DATE:** 04/17/2026   Tara Leal   Clerk, by   **Julia Barrera**   , Deputy
*(Fecha)*   *(Secretario)*   *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)   ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]
For your protection and privacy, please press the Clear
This Form button after you have printed the form.

**SUMMONS**
18

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

[ Print this form ]   [ Save this form ]   [ Clear this form ]

19.

PLAINTIFF'S
EXHIBIT
NO. 2

**ELECTRONICALLY FILED**
Superior Court of California,
County of Kern
By: Julia Barrera
Deputy Clerk
**04/13/26 8:08 AM**

Jerry Wagner
3517 Beyers Street
Bakersfield CA, 93312
(661)-371-5984
Wagnerjerry82@gmail.co,
In Pro Per

CALIFORNIA SUPERIOR COURT, COUNTY OF KERN

| Jerry Wagner, Danny Wagner | Case No.: 26CUB00705 |
| --- | --- |
| Plaintiff, | |
| vs | FIRST AMENDED COMPLAINT FOR: |
| LOANDEPOT.COM, LLC, FREEDOM MORTGAGE CORPORATION, AFFINIA DEFAULT SERVICES LLC, DOES 1-50 | VIOLATION OF HOMEOWNER BILL OF RIGHTS |
| | VIOLATION OF CIVIL CODE § 2924.17 |
| | VIOLATION OF ROSENTHAL ACT |
| Defendant | VIOLATION OF CIVIL CODE § 2924(A)(1) |
| | UNFAIR COMPETITION (BUS. & PROF. CODE § 17200) |
| | VIOLATION OF 26 USC §7434 |
| | CANCELLATION OF INSTRUMENTS |
| | DECLARATORY RELIEF |
| | INJUNCTIVE RELIEF |
| | QUIET TITLE |
| | BREACH OF CONTRACT |
| | BREACH OF IMPLIED COVENANT |
| | NEGLIGENCE |
| | NEGLIGENT MISREPRESENTATION |

April 12, 2026

# First Amended Complaint

FIRST AMENDED COMPLAINT FOR:VIOLATION OF HOMEOWNER BILL OF RIGHTSVIOLATION OF CIVIL CODE § 2924.17VIOLATION OF ROSENTHAL ACTVIOLATION OF CIVIL CODE § 2924(A)(1) UNFAIR COMPETITION (BUS. & PROF. CODE § 17200)VIOLATION OF 26 USC §7434CANCELLATION OF INSTRUMENTS DECLARATORY RELIEFINJUNCTIVE RELIEF QUIET TITLEBREACH OF CONTRACTBREACH OF IMPLIED COVENANT NEGLIGENCE NEGLIGENT MISREPRESENTATION - 1

20

Plaintiffs Jerry Wagner and Danny Wagner ("Plaintiffs") allege as follows:

## I.    Parties

Plaintiffs Jerry Wagner and Danny Wagner are natural persons domiciled in California are the owners and/or beneficial interest holders of the real property located at 3517 Beyers Street, Bakersfield, California ("Subject Property")

Defendants include the mortgage servicer(s), trustee(s), beneficiarie(ies), debt collector(s), and any entity claiming an interest in the Subject Property through assignments, substitutions, or recorded instruments. Plaintiffs will amend this Complaint to identify DOE Defendants when their true names and capacities are ascertained.

## II.    Jurisdiction and Venue

Venue is proper in Kern County Superior Court because the Subject Property is in this county, and the causes of action arose here.

This Court has jurisdiction under the California Constitution and the Code of Civil Procedure because the amount in controversy exceeds the jurisdictional minimum and the relief sought includes equitable remedies affecting real property located in this county.

## III.    General Allegations

Plaintiffs own, domicile, and hold a beneficial interest in the Subject property located at 3517 Beyers Street, Bakersfield, Ca.

At all relevant times Defendant's claimed to be the servicer, trustee, agent, or debt collector under a Deed of Trust recorded against the Subject Property.

FIRST AMENDED COMPLAINT FOR:VIOLATION OF HOMEOWNER BILL OF RIGHTSVIOLATION OF CIVIL CODE § 2924.17VIOLATION OF ROSENTHAL ACTVIOLATION OF CIVIL CODE § 2924(A)(1) UNFAIR COMPETITION (BUS. & PROF. CODE § 17200)VIOLATION OF 26 USC §7434CANCELLATION OF INSTRUMENTS DECLARATORY RELIEFINJUNCTIVE RELIEF QUIET TITLEBREACH OF CONTRACTBREACH OF IMPLIED COVENANT NEGLIGENCE NEGLIGENT MISREPRESENTATION - 2

2,1

Plaintiffs allege that defendant's records, assignments, declarations, notices, and foreclosure-related documents contain material inaccuracies; conflicting information and defects that render the foreclosure process unlawful.

Plaintiffs further allege that Defendants failed to maintain accurate loan records, misapplied payments issued contradictory statements, and recorded instruments without verifying competent and reliable evidence.

Plaintiffs relied on Defendant's representations and communications regarding the status of the loan amount owed, the identity of the beneficiary, and the validity of foreclosure documents.

Although Affinia Default Services, LLC, was substituted as trustee the day before the Notice of Default, the Substitution of Trustee was executed by Freedom Mortgage Corporation, an entity that had no recorded beneficial interest in the Deed of Trust and no authority to substitute a trustee under Civil Code § 2934a. Because Freedom Mortgage Corporation was not the beneficiary of record, the Substitution of Trustee is void and Affinia Default Services, LLC, lacked authority to record or act upon the Notice of Default.

Plaintiffs are suffering harm including clouded title, threatened with loss of home/property rights from unlawful default actions with eminent Foreclosure, emotional distress, and legal expenses.

## IV.   False Transfer Claims vs. Recorded Assignment

In October 2024, Plaintiffs received written correspondence from Freedom Mortgage Corporation and LoanDepot.COM,LLC stating the loan had been transferred or assigned. However, no assignment of the Deed of Trust was recorded at or near that time. The assignment

FIRST AMENDED COMPLAINT FOR:VIOLATION OF HOMEOWNER BILL OF RIGHTSVIOLATION OF CIVIL CODE § 2924.17VIOLATION OF ROSENTHAL ACTVIOLATION OF CIVIL CODE § 2924(A)(1) UNFAIR COMPETITION (BUS. & PROF. CODE § 17200)VIOLATION OF 26 USC §7434CANCELLATION OF INSTRUMENTS DECLARATORY RELIEFINJUNCTIVE RELIEF QUIET TITLEBREACH OF CONTRACTBREACH OF IMPLIED COVENANT NEGLIGENCE NEGLIGENT MISREPRESENTATION - 3

22

of the Deed of Trust was executed in June 2025-approximately eight months after Defendants claimed the transfer had already occurred.

Jerry Wagner and Danny Wagner recorded a Quitclaim Deed March 24, 2025 at the Kern County Recorder's office.

This discrepancy shows that Defendants either misrepresented the status of the loan transfer, attempted to retroactively justify a transfer that had not occurred, or recorded an assignment without proper authority. Plaintiffs relied on the October 2024 letters as accurate statements regarding the identity of the loan owner and servicer and were misled into believing a lawful transfer had taken place. These inconsistencies clouded title, created uncertainty regarding the true beneficiary, and undermined the validity of subsequent foreclosure actions.

## V.    MERS Assignment Defects

The June 2025 assignment executed by Mortgage Electronic Registration Systems, INC ("MERS") fails to identify Freedom Mortgage Corporation anywhere in the document despite Defendant's written statements claiming that Freedom Mortgage Corporation had acquired or transferred an interest in the loan.

MERS, as nominee, has no beneficial interest in the NOTE and is contractually limited to assigning only the Deed of Trust, not the NOTE. Because MERS never held the NOTE, any assignment purporting to transfer rights in the note is void and legally ineffective.

FIRST AMENDED COMPLAINT FOR:VIOLATION OF HOMEOWNER BILL OF RIGHTSVIOLATION OF CIVIL CODE § 2924.17VIOLATION OF ROSENTHAL ACTVIOLATION OF CIVIL CODE § 2924(A)(1) UNFAIR COMPETITION (BUS. & PROF. CODE § 17200)VIOLATION OF 26 USC §7434CANCELLATION OF INSTRUMENTS DECLARATORY RELIEFINJUNCTIVE RELIEF QUIET TITLEBREACH OF CONTRACTBREACH OF IMPLIED COVENANT NEGLIGENCE NEGLIGENT MISREPRESENTATION - 4

23

The omission of Freedom Mortgage Corporation from the assignment contradicts Defendant's October 2024 transfer letters and creates a break in the chain of title.

## VI.    Note Defects: Mismatched Indorsements & False Execution Location

The only versions of the Note ever produced to Plaintiffs are copies, not originals, and the copies contain mismatched indorsements, inconsistent signatures, and no allonges. These discrepancies raise serious questions regarding the authenticity, ownership, and enforceability of the Note. The Note copy produced by defendants' states that it was "executed in Foothill, California" even though Danny Wagner and Freda Wagner were physically present in Bakersfield, California with a licensed notary at the time of signing.

This false execution location is a material defect that undermines the credibility and validity of the Note and all related loan documents.

## VII.    The Notice of Default is VOID

The notice of Default is void because it was executed and recorded by entities with no legal authority under Civil Code § 2924(a)(1). ServiceLink, which appears nowhere in the chain of title as trustee, substituted trustee, beneficiary, servicer, or authorized agent, prepared and transmitted the NOD. A NOD recorded by an unauthorized entity is void ab initio.

The NOD is further defective because Affinia Default Services, LLC was not validly substituted as trustee before the NOD was issued, and a substituted trustee must be recorded prior to taking any forclosure action. Additionally, the NOD fails to identify any beneficiary-omitting Freedom

FIRST AMENDED COMPLAINT FOR:VIOLATION OF HOMEOWNER BILL OF RIGHTSVIOLATION OF CIVIL CODE § 2924.17VIOLATION OF ROSENTHAL ACTVIOLATION OF CIVIL CODE § 2924(A)(1) UNFAIR COMPETITION (BUS. & PROF. CODE § 17200)VIOLATION OF 26 USC §7434CANCELLATION OF INSTRUMENTS DECLARATORY RELIEFINJUNCTIVE RELIEF QUIET TITLEBREACH OF CONTRACTBREACH OF IMPLIED COVENANT NEGLIGENCE NEGLIGENT MISREPRESENTATION - 5

Mortgage Corporation, LoanDepot.COM,LLC, MERS, and Affinia Default Services, LLC-leaving borrowers unable to determine who claims the debt. A NOD that does not identify the beneficiary is statutorily defective and void.

## VIII. Invalid Declaration Renders the Entire NOD void

The notice of Default is void because the Declaration Compliance was executed before any default existed. The NOD states a default January 28, 2026-twenty-six days earlier. Civil Code §§2923.5 and 2923.55 require the servicer to contract the borrower, discuss foreclosure alternatives, attempt due diligence outreach, and review the borrower's financial situation before recording the NOD. These statutory requirements cannot be satisfied prior to a default that had not yet occurred,

The declaration is also invalid because it fails to identify the beneficiary, the servicer, the signer's authority, the signer's role, or basis for the signer's personal knowledge. California law requires factual details and competent evidence of the contact attempts; conclusory statements are insufficient. A declaration executed is invalid, the NOD is void ab initio.

## IX.   INVALID BENEFICIARY/BROKEN CHAIN OF TITLE

Defendants cannot establish a valid chain of title because the recorded documents do no identify a lawful beneficiary at any point in the foreclosure process. The October 2024 transfer letters claimed that the loan had been transferred, yet no assignment reflecting such transfer was recorded until June 2025. The June 2025 assignment excuted by MERS does not identify Freedom Mortgage Corporation, contradicting Defendants' earlier representations and creating a break in the chain of title. Because MERS never held beneficial interest in the NOTE, it lacked

FIRST AMENDED COMPLAINT FOR:VIOLATION OF HOMEOWNER BILL OF RIGHTSVIOLATION OF CIVIL CODE § 2924.17VIOLATION OF ROSENTHAL ACTVIOLATION OF CIVIL CODE § 2924(A)(1) UNFAIR COMPETITION (BUS. & PROF. CODE § 17200)VIOLATION OF 26 USC §7434CANCELLATION OF INSTRUMENTS DECLARATORY RELIEFINJUNCTIVE RELIEF QUIET TITLEBREACH OF CONTRACTBREACH OF IMPLIED COVENANT NEGLIGENCE NEGLIGENT MISREPRESENTATION - 6

25

authority to transfer it, rendering the assignment void. Without a valid beneficiary, no entity had authority to initiate foreclosure, issue a Notice of Default, or substitute a trustee. The absence of the lawful beneficiary renders all subsequent foreclosure actions.

## X.    Tender Rule Does Not Apply

Tender is not required because Plaintiffs challenge a foreclosure based on void istruments, including a void assignment, a void sustituion of trustee, and a Notice of Default recorded by entities lacking authority. California law does not require tender where the foreclosure is void rather than voidable, where borrowers seek to prevent a foreclosure sale, or where they seek equitable relief such as cancellation of instruments or quiet title. Tender is also unnecessary where the amount of the debt is disputed, payments were misapplied, or the indemnity of the beneficiary is in question. Plaintiffs therefore fall within multiple recognized expectations to the tender rule.

## Cause of Action

## 1. Violation of Homeowner Bill of Rights

Plaintiffs reallege and incorporate all prior paragraphs. Defendants initiated or threatened foreclosure without having a valid, enforceable, and properly assigned beneficial interest in the Deed of Trust and Note. Plaintiffs incorporate by reference the allegations in the section "Invalid Declaration Renders the Entire NOD void," which independently voids the Notice of Default under Civil Code § 2923.5, 2923.55, and 2924(a)(1).

FIRST AMENDED COMPLAINT FOR:VIOLATION OF HOMEOWNER BILL OF RIGHTSVIOLATION OF CIVIL CODE § 2924.17VIOLATION OF ROSENTHAL ACTVIOLATION OF CIVIL CODE § 2924(A)(1) UNFAIR COMPETITION (BUS. & PROF. CODE § 17200)VIOLATION OF 26 USC §7434CANCELLATION OF INSTRUMENTS DECLARATORY RELIEFINJUNCTIVE RELIEF QUIET TITLEBREACH OF CONTRACTBREACH OF IMPLIED COVENANT NEGLIGENCE NEGLIGENT MISREPRESENTATION - 7

26

Recorded documents-including assignments, substitutions, declarations, and notices-contain material defects, including inconsistent dates, conflicting servicing information, and declarations not based on personal knowledge. Defendants failed to comply with statutory requirements governing foreclosure, rendering the process void.

Defendants lacked authority to initiate or advance foreclosure proceedings because the assignment purporting to transfer beneficial interest was not recorded until June 2025, long after Defendants claimed the transfer occurred in October 2024.

Because MERs never named Freedom Mortgage Corporation on the assignment of Deed of Trust in June 2026, assignment failed to transfer any beneficial interest in the NOTE.

The mismatched indorsements and conflicting Note copies further demonstrate that Defendants cannot establish a valid chain of ownership of the debt. A Notice of Default recorded by a trustee who was substituted by (ServiceLink) an unauthorized entity is void. Because Freedom Mortgage Corporation had no recorded interest and no authority to substitute Affinia Default Services LLC, the NOD recorded by Affinia Default Services,LLC  is void ab initio.

Plaintiffs suffered damages including loss of property, rights, clouded title, and legal expenses. Plaintiffs are entitled to relief under civil code § 2924.12. Plaintiffs are excused from tender because they challenge a foreclosure initiated by an entity that lacks authority due to void assignment, a broken chain of title, and defective Note indorsements. Tender is not required where the foreclosure is void.

FIRST AMENDED COMPLAINT FOR:VIOLATION OF HOMEOWNER BILL OF RIGHTSVIOLATION OF CIVIL CODE § 2924.17VIOLATION OF ROSENTHAL ACTVIOLATION OF CIVIL CODE § 2924(A)(1) UNFAIR COMPETITION (BUS. & PROF. CODE § 17200)VIOLATION OF 26 USC §7434CANCELLATION OF INSTRUMENTS DECLARATORY RELIEFINJUNCTIVE RELIEF QUIET TITLEBREACH OF CONTRACTBREACH OF IMPLIED COVENANT NEGLIGENCE NEGLIGENT MISREPRESENTATION - 8

27

# 2. VIOLATION OF CIVIL CODE § 2924.17-USE OF FALSE INACCURATE, AND UNRELIABLE FORECLOSURE DOCUMENTS

Plaintiffs reallege and incorporate all prior paragraphs.

Defendants violated this statue by relying on false, contradictory, and fabricated loan records that cannot establish the existence, amount, or enforceability of any alleged debt.

Both of LoanDepots.COM, LLC customer Activity statements contain a same-day $190,000.00 "Loan Set Up" entry immediately reversed by a $190,000.00 "Adjustment". These entries do not reflect borrower activity, payments, disbursements, or escrow transactions. Instead, they show Defendant manually created and deleted the principal balance within their internal system.

Because the principal balance was fabricated through internal accounting adjustments rather than actual loan activity, Defendants cannot establish:

1.  A valid starting principal balance

2.  The amount allegedly owed

3.  The amount of default

The contradictory origination dates and fabricated principal entries render Defendant's loan records mathematically impossible to reconcile. A Notice of Default based on such records is false, inaccurate, and unsupported by competent evidence, in direct violation of Civil Code § 2924.17.

FIRST AMENDED COMPLAINT FOR:VIOLATION OF HOMEOWNER BILL OF RIGHTSVIOLATION OF CIVIL CODE § 2924.17VIOLATION OF ROSENTHAL ACTVIOLATION OF CIVIL CODE § 2924(A)(1) UNFAIR COMPETITION (BUS. & PROF. CODE § 17200)VIOLATION OF 26 USC §7434CANCELLATION OF INSTRUMENTS DECLARATORY RELIEFINJUNCTIVE RELIEF QUIET TITLEBREACH OF CONTRACTBREACH OF IMPLIED COVENANT NEGLIGENCE NEGLIGENT MISREPRESENTATION - 9

28

Because Defendants cannot establish when the loan began or how the principal balance was created, they cannot establish the Plaintiffs were in default. A Notice of Default based on unproven or fabricated amounts is void.

As a direct result of Defendants' violations, Plaintiffs suffered:

1. Clouded title

2. Imminent threat of wrongful foreclosure

3. Emotional distress

4. Legal expenses

5. Loss of home and property rights

Plaintiffs seek:

1. Statutory damages under Civil Code § 2924.12

2. Injunctive relief preventing foreclosure

3. Cancellation of the Defective of Notice of Default

4. A declaration that Defendants lack authority to foreclose

5. Any further relief the court deems proper

## 3. BREACH OF CONTRACT

Plaintiffs reallege all prior paragraphs. Plaintiffs entered into a alleged contract (the Note and Deed of Trust). Defendants assumed duties under that contract as servicer, debt collector, trustee, or beneficiary.

Defendants breached the contract by:

FIRST AMENDED COMPLAINT FOR:VIOLATION OF HOMEOWNER BILL OF RIGHTSVIOLATION OF CIVIL CODE § 2924.17VIOLATION OF ROSENTHAL ACTVIOLATION OF CIVIL CODE § 2924(A)(1) UNFAIR COMPETITION (BUS. & PROF. CODE § 17200)VIOLATION OF 26 USC §7434CANCELLATION OF INSTRUMENTS DECLARATORY RELIEFINJUNCTIVE RELIEF QUIET TITLEBREACH OF CONTRACTBREACH OF IMPLIED COVENANT NEGLIGENCE NEGLIGENT MISREPRESENTATION - 10

29

Holding all received payments from Plaintiffs in a suspense account from September 2025 to December 2025, causing Plaintiffs to default.

Recording defective documents

Failing to provide accurate information

Initiating foreclosure without contractual authority

Plaintiffs will suffer damage as a result.

# 4. BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING

Plaintiffs reallege all prior paragraphs. Defendants violated this covenant by acting in bad faith, including:

Providing contradictory information

Failing to correct known errors

Advancing foreclosure despite disputes

Failing to maintain accurate records

Plaintiffs will suffer harm as a result.

# 5. VIOLATION OF THE ROSENTHAL ACT, FDCPA

Plaintiffs reallege and incorporate by reference all preceding paragraphs Defendants are "debt collectors" under the Rosenthal Act because they regularly engage in the collection of mortgage debts. Civil Code § 1788.17 incorporate the FDCPA, including 15 U.S.C § 1692(e) and 1692(f).

Defendants violated these statutes by:

FIRST AMENDED COMPLAINT FOR:VIOLATION OF HOMEOWNER BILL OF RIGHTSVIOLATION OF CIVIL CODE § 2924.17VIOLATION OF ROSENTHAL ACTVIOLATION OF CIVIL CODE § 2924(A)(1) UNFAIR COMPETITION (BUS. & PROF. CODE § 17200)VIOLATION OF 26 USC §7434CANCELLATION OF INSTRUMENTS DECLARATORY RELIEFINJUNCTIVE RELIEF QUIET TITLEBREACH OF CONTRACTBREACH OF IMPLIED COVENANT NEGLIGENCE NEGLIGENT MISREPRESENTATION - 11

30

Misrepresent the amount of the debt (15 U.S.C. § 1692)

Misrepresenting the legal status of the debt

Attempting to collect amounts not authorized by the note, deed of trust or law, or law

Using false, inaccurate, and misleading statements in the NOD, default letters, and account statements.

Using incorrect origination dates, incorrect loan numbers, and incorrect balance.

Misapplying payments and then claiming default.

Issuing mathematically inconsistent account summaries that do not reconcile with the transaction ledger.

Attempting to collect escrow shortages by Defendants own mismanagement.

Recording a NOD based on false information.

These acts constitute unfair and deceptive debt collection practices. Plaintiffs are entitled to actual damages, statutory damages

## 6. NEGLIGENCE

Plaintiffs reallege all prior paragraphs.

Defendants owed Plaintiffs a duty to maintain accurate records, process payments correctly, and comply with statutory foreclosure requirements. Plaintiffs suffered damages including clouded title and legal expenses.

## 7. NEGLIGENT MISREPRESENTATION

Plaintiffs reallege all prior paragraphs Defendants made representations regarding:

The amount owed

FIRST AMENDED COMPLAINT FOR:VIOLATION OF HOMEOWNER BILL OF RIGHTSVIOLATION OF CIVIL CODE § 2924.17VIOLATION OF ROSENTHAL ACTVIOLATION OF CIVIL CODE § 2924(A)(1) UNFAIR COMPETITION (BUS. & PROF. CODE § 17200)VIOLATION OF 26 USC §7434CANCELLATION OF INSTRUMENTS DECLARATORY RELIEFINJUNCTIVE RELIEF QUIET TITLEBREACH OF CONTRACTBREACH OF IMPLIED COVENANT NEGLIGENCE NEGLIGENT MISREPRESENTATION - 12

31

The status of the loan

The identity of the beneficiary

The validity of the foreclosure documents

These representations were made without reasonable grounds for believing them to be true.

Defendants misrepresented the execution location of the Note by stating it was signed in Foothill, California, despite Plaintiffs signing the document in Bakersfield with a notary.

Plaintiffs relied on these representations and suffered harm.

## 8. CONSTRUCTIVE FRAUD

Plaintiffs reallege all prior paragraphs. Defendants owed Plaintiffs legal and equitable duties arising from:

The Deed of Trust

Their role as servicer/debt collector/beneficiary/trustee

Statutory obligations to maintain accurate records.

Duties to act with fairness and honesty in foreclosure processes, especially in a non-judicial foreclosure state. Defendants breached these duties by:

Recording defective documents

Providing misleading information

Failing to verify competent evidence

Misrepresenting the status of the loan

By claiming in October 2024 that the loan had been transferred-while failing to record any assignment until June 2025-Defendants breached their duties of honesty and accuracy.

FIRST AMENDED COMPLAINT FOR:VIOLATION OF HOMEOWNER BILL OF RIGHTSVIOLATION OF CIVIL CODE § 2924.17VIOLATION OF ROSENTHAL ACTVIOLATION OF CIVIL CODE § 2924(A)(1) UNFAIR COMPETITION (BUS. & PROF. CODE § 17200)VIOLATION OF 26 USC §7434CANCELLATION OF INSTRUMENTS DECLARATORY RELIEFINJUNCTIVE RELIEF QUIET TITLEBREACH OF CONTRACTBREACH OF IMPLIED COVENANT NEGLIGENCE NEGLIGENT MISREPRESENTATION - 13

32

Defendant's use of a MERS assignment that omitted Freedom Mortgage Corporation, combined with their reliance on Note copies containing mismatched indorsements and a false execution location, constitutes a breach of their equitable duties. Plaintiffs relied on Defendants' conduct and suffered damages.

## 9. UNFAIR COMPETITION (BUS. & PROF. CODE § 17200)

Plaintiffs reallege all prior paragraphs. Defendants engaged in unlawful, unfair, and fraudulent business practices by:

Recording inaccurate documents

Initiating foreclosure without authority

Misrepresenting loan information

Violating statutory duties

Violating HBOR;

Violating the Rosenthal Act;

Violating the FDCPA;

Violating Civil Code § 2924.17

Violating Civil Code § 2924(a)(1);

Issuing mathematically inconsistent account statements

Defendants' use of MERS to assign interest in the Note-despite MERS omitting Freedom Mortgage Corporation from their assignment of Deed of Trust-combined with the use of inconsistent NOTE copies and false execution information, constitutes a fraudulent business practice. Plaintiffs seek restitution, injunctive relief, and court fees.

FIRST AMENDED COMPLAINT FOR:VIOLATION OF HOMEOWNER BILL OF RIGHTSVIOLATION OF CIVIL CODE § 2924.17VIOLATION OF ROSENTHAL ACTVIOLATION OF CIVIL CODE § 2924(A)(1) UNFAIR COMPETITION (BUS. & PROF. CODE § 17200)VIOLATION OF 26 USC §7434CANCELLATION OF INSTRUMENTS DECLARATORY RELIEFINJUNCTIVE RELIEF QUIET TITLEBREACH OF CONTRACTBREACH OF IMPLIED COVENANT NEGLIGENCE NEGLIGENT MISREPRESENTATION - 14

## 10.    Declaratory Relief

Plaintiffs reallege and incorporate by reference all preceding paragraphs. An actual controversy exists regarding the validity of the NOD and Defendants claimed right to foreclose. Plaintiffs seek a judicial declaration that:

The NOD is void;

The declaration is invalid;

Defendants lack authority to foreclose;

The amount of the default is inaccurate;

The chain of title is defective

Declaratory relief is necessary to resolve these issues

## 11.    QUIET TITLE

## (Code of Civ. Proc. § 760.010 et seq.)

Plaintiffs reallege and incorporate by reference all preceding paragraphs. Plaintiffs are the owners of the real property commonly known as 3517 Beyers Street, Bakersfield, California 93312, located in the County of Kern, State of California. The legal description of the property is:

"THE WEST 137.00 FEET OF THE NORTH 102.5 OF LOT 23 IN SECTION 19, TOWNSHIP 29 SOUTH, RANGE 27 EAST, MOUNT DEIABLO MERDIAN, IN THE UNICORPORATED AREA, COUNT OF KERN, STATE OF CALIFORNIA, AS PER SALES MAP OF LAND OF JB HAGGIN FILED IN THE OFFICE OF THE COUNTY OF

FIRST AMENDED COMPLAINT FOR:VIOLATION OF HOMEOWNER BILL OF RIGHTSVIOLATION OF CIVIL CODE § 2924.17VIOLATION OF ROSENTHAL ACTVIOLATION OF CIVIL CODE § 2924(A)(1) UNFAIR COMPETITION (BUS. & PROF. CODE § 17200)VIOLATION OF 26 USC §7434CANCELLATION OF INSTRUMENTS DECLARATORY RELIEFINJUNCTIVE RELIEF QUIET TITLEBREACH OF CONTRACTBREACH OF IMPLIED COVENANT NEGLIGENCE NEGLIGENT MISREPRESENTATION - 15

34

RECORDER OF SAID COUNTY ON AUGUST 20, 1890, FOR THE PURPOSE OF THE DESCRIPTION THE NORTH LINE OF SAID LOT 23 SHALL BE CONSTRUED TO BE IN THE CENTER LINE OF CLAUDINO ROAD, NOW KNOWN AS MEACHAM ROAD, 60 FEET WIDE, AS SHOWN ON THE SALES MAP.

EXCEPTING THEREFROM ALL OIL, GAS HYDROCARBON SUBSTANCES AND MINERALS AS RESERVED IN DEEDS OF RECORD.

Plaintiffs seek to quiet title against the adverse claims of Defendants, LoanDepot.COM,LLC; Freedom Mortgage Corporation; Affina Default Services, LLC; DOES 1-50, and any unknown persons claiming an interest through them.

Plaintiffs allege that Defendants claim an adverse interest in the subject property based on void, defective, and fraudulently created instruments, including but not limited to: Because the instruments relied upon by Defendants are void, not merely voidable; Plaintiffs are not required to tender any amount as a condition of relief.

Because the Note and Deed of Trust were never validly transferred, indorsed, or assigned, no Defendant holds a lawful, enforceable, or perfected interest in the property. Plaintiffs seek a judicial declaration and judgment that:

Defendants have no right, title, lien, or interest in the property;

All adverse claims are invalid, void, or unenforceable;

Plaintiff's title is superior to any claim asserted by Defendants.

FIRST AMENDED COMPLAINT FOR:VIOLATION OF HOMEOWNER BILL OF RIGHTSVIOLATION OF CIVIL CODE § 2924.17VIOLATION OF ROSENTHAL ACTVIOLATION OF CIVIL CODE § 2924(A)(1) UNFAIR COMPETITION (BUS. & PROF. CODE § 17200)VIOLATION OF 26 USC §7434CANCELLATION OF INSTRUMENTS DECLARATORY RELIEFINJUNCTIVE RELIEF QUIET TITLEBREACH OF CONTRACTBREACH OF IMPLIED COVENANT NEGLIGENCE NEGLIGENT MISREPRESENTATION - 16

.35

## 12.    VIOLATION OF 26 U.S.C. § 7434-FILING FALSE INFORMATION RETURNS

Defendants, LoanDepot.COM, LLC; Freedom Mortgage Corporation prepared, issued and filed false federal tax information returns relating to Plaintiffs' mortgage loan, including but not limited to Forms 1098 and any related IRS-required mortgage reporting documents. These information returns contained:

False account numbers

False origination dates

False principal balances

False information returns are prohibited under 26 U.S.C § 7434. Mortgage servicers are required to filed accurate information returns under 26 U.S.C § 6721 and 6722, including:

Correct mortgage origination date

Correct loan/account number

Correct outstanding principal

Correct borrower information

Defendants failed to comply with these requirements and willfully submitted false information to the IRS. These inaccuracies were not clerical mistakes; they were part of a pattern of misrepresentation also found in Defendants' foreclosure documents, assignments, declarations, and servicing records. As a direct result of Defendants' false IRS filings, Plaintiffs suffered:

IRS confusion and reporting discrepancies

Clouded financial records

FIRST AMENDED COMPLAINT FOR:VIOLATION OF HOMEOWNER BILL OF RIGHTSVIOLATION OF CIVIL CODE § 2924.17VIOLATION OF ROSENTHAL ACTVIOLATION OF CIVIL CODE § 2924(A)(1) UNFAIR COMPETITION (BUS. & PROF. CODE § 17200)VIOLATION OF 26 USC §7434CANCELLATION OF INSTRUMENTS DECLARATORY RELIEFINJUNCTIVE RELIEF QUIET TITLEBREACH OF CONTRACTBREACH OF IMPLIED COVENANT NEGLIGENCE NEGLIGENT MISREPRESENTATION - 17

36

Inability to reconcile mortgage interest deductions

Exposure to potential IRS audits or penalties

Emotional distress

## 13.    INJUNCTIVE RELIEF

Plaintiffs reallege all prior paragraphs. Plaintiffs seek injunctive relief to prevent Defendants from enforcing, foreclosing, transferring, assigning, or otherwise acting upon the void instruments described in this Complaint. Under Civil Code §§3412-3413, a written instrument may be cancelled when it is void or voidable and, if left outstanding, may cause serious injury to the party against whom it is asserted. The following instruments are void or voidable and subject to cancellation:

The purported Note with mismatched indorsements and conflicting execution locations;

The October 2024 transfer letters falsely claiming assignment months before any recorded assignment;

The June 2025 assignment, which omits Freedom Mortgage Corporation

The substitution of trustee naming Affinia Default Services, LLC despite no valid chain of title;

The Notice of Default, requested by ServiceLink for Affinia Default Services, LLC, appears nowhere in the chain of title.

Any Form 1098 issued with incorrect loan numbers

Any Form 1098 with incorrect origination dates

Any Form 1098 issued with incorrect interest amounts

FIRST AMENDED COMPLAINT FOR:VIOLATION OF HOMEOWNER BILL OF RIGHTSVIOLATION OF CIVIL CODE § 2924.17VIOLATION OF ROSENTHAL ACTVIOLATION OF CIVIL CODE § 2924(A)(1) UNFAIR COMPETITION (BUS. & PROF. CODE § 17200)VIOLATION OF 26 USC §7434CANCELLATION OF INSTRUMENTS DECLARATORY RELIEFINJUNCTIVE RELIEF QUIET TITLEBREACH OF CONTRACTBREACH OF IMPLIED COVENANT NEGLIGENCE NEGLIGENT MISREPRESENTATION - 18

37

Any IRS-submitted documents containing false mortgage information

Any corrected or amended returns containing false data

These instruments cloud Plaintiffs' title, create the appearance of a valid debt and foreclosure authority where none exists, and expose Plaintiffs to imminent and irreparable harm. Plaintiffs have no adequate remedy at law because monetary damages cannot restore title or prevent wrongful foreclosure. Plaintiffs therefore request:

A preliminary injunction, and permanent injunction preventing Defendants from conducting or attempting any foreclosure activity.

An order cancelling the void instruments listed above;

A declaration that Defendants have no enforceable interest in the Note or Deed of Trust.

Tender is not required because Plaintiffs seek cancellation of instruments that are void or voidable

# PRAYERS FOR RELIEF

Plaintiffs request:

1. Damages according to proof

2. Restitution

3. Injunctive relief

4. Cancellation of instruments

5. Quiet title

6. Attorney's fees where authorized

7. Costs of suit

FIRST AMENDED COMPLAINT FOR:VIOLATION OF HOMEOWNER BILL OF RIGHTSVIOLATION OF CIVIL CODE § 2924.17VIOLATION OF ROSENTHAL ACTVIOLATION OF CIVIL CODE § 2924(A)(1) UNFAIR COMPETITION (BUS. & PROF. CODE § 17200)VIOLATION OF 26 USC §7434CANCELLATION OF INSTRUMENTS DECLARATORY RELIEFINJUNCTIVE RELIEF QUIET TITLEBREACH OF CONTRACTBREACH OF IMPLIED COVENANT NEGLIGENCE NEGLIGENT MISREPRESENTATION - 19

38

8. Any further relief the Court deems proper

# Evidence

1. Copy of the Note signature page from LoanDepot.COM, LLC-Exhibit 1-Page 22

2. Copy of the Note signature page from Freedom-Exhibit 2- Page 23

3. Copy of loan transfer letter from Freedom-Exhibit 3- Page 24-26

4. Copy of shipping instructions for the mortgage contract from LoanDepot.Com, LLC-Exhibit 4-Page 27-28

5. Copy of LoanDepot.COM, LLC account summary-Exhibit 5-Page 29

6. Copy of LoanDepot.COM,LLC account summary-Exhibit 6-Page 30

7. Copy of IRS 1098 from year 2022 LoanDepot.COM,LLC-Exhibit 7-Page 31

8. Copy of IRS 1098 from year 2024 LoanDepot.COM,LLC-Exhibit 8-Page 32

9. Copy of IRS 1098 from year 2024 Freedom Mortgage Corporation-Exhibit 9-Page 33

10. Copy of IRS 1098 from year 2025 Freedom Mortgage Corporation-Exhibit 10-Page 34

11. Copy of lower payment letter from Freedom Mortgage Corporation-Exhibit 11-Page 35

12. Copy of check #1005 cashed by Freedom Mortgage Corporation 09/09/2025-Exhibit 12-Page 36

13. Copy of mailing labels for check #1005-Exhibit 13- Page 37

14. Copy of check #1006 cashed by Freedom Mortgage Corporation 10/06/2025-Exhibit 13-Page 38

15. Copy of mailing labels for check #1006-Exhibit 14- Page 39

FIRST AMENDED COMPLAINT FOR:VIOLATION OF HOMEOWNER BILL OF RIGHTSVIOLATION OF CIVIL CODE § 2924.17VIOLATION OF ROSENTHAL ACTVIOLATION OF CIVIL CODE § 2924(A)(1) UNFAIR COMPETITION (BUS. & PROF. CODE § 17200)VIOLATION OF 26 USC §7434CANCELLATION OF INSTRUMENTS DECLARATORY RELIEFINJUNCTIVE RELIEF QUIET TITLEBREACH OF CONTRACTBREACH OF IMPLIED COVENANT NEGLIGENCE NEGLIGENT MISREPRESENTATION - 20

16. Copy of check# 1007 cashed by Freedom Mortgage Corporation 11/10/2025-Exhibit 15-
Page 40

17. Copy of mailing labels for check# 107-Exhibit 15-Page 41

18. Copy of cash check # 1008 by Freedom Mortgage Corporation 12/15/2025-Exhibit 16-
Page 42

19. Copy of mailing labels for check# 1008-Exhibit 17-Page 43

20. Copy of billing statement from Freedom Mortgage Corporation 12/15/2025-Exhibit 18
Page 44

X _____
Jerry Wagner
In Pro Per

X _____
Danny Wagner
In Pro Per

FIRST AMENDED COMPLAINT FOR:VIOLATION OF HOMEOWNER BILL OF RIGHTSVIOLATION OF
CIVIL CODE § 2924.17VIOLATION OF ROSENTHAL ACTVIOLATION OF CIVIL CODE § 2924(A)(1)
UNFAIR COMPETITION (BUS. & PROF. CODE § 17200)VIOLATION OF 26 USC §7434CANCELLATION
OF INSTRUMENTS DECLARATORY RELIEFINJUNCTIVE RELIEF QUIET TITLEBREACH OF
CONTRACTBREACH OF IMPLIED COVENANT NEGLIGENCE NEGLIGENT MISREPRESENTATION - 21

40

protections given to the Note Holder under this Note, a Mortgage, Deed of Trust or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.



_____
- BORROWER - DANNY LEE WAGNER

_____
- BORROWER - FREDA SUE WAGNER

*[Sign Original Only]*

Individual Loan Originator: TRISTEN ALLEMAN, NMLSR ID: ███5307
Loan Originator Organization: LOANDEPOT.COM, LLC, NMLSR ID: ██4457

PAY TO THE ORDER OF: _____
WITHOUT RECOURSE
loanDepot.com, LLC


BY: _____

**MULTISTATE FIXED RATE NOTE** --Single Family-- **Fannie Mae/Freddie Mac UNIFORM INSTRUMENT**
▣ 5.69                                        Form 3200    1/01    *(page 3 of 3 pages)*



5313103643148



411.

3148

protections given to the Note Holder under this Note, a Mortgage, Deed of Trust or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

 If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

 If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

- BORROWER - DANNY LEE WAGNER

- BORROWER - FREDA SUE WAGNER

*[Sign Original Only]*

Individual Loan Originator: TRISTEN ALLEMAN, NMLSR ID: 5307
Loan Originator Organization: LOANDEPOT.COM, LLC, NMLSR ID: 4457

PAY TO THE ORDER OF: _____
WITHOUT RECOURSE
loanDepot.com, LLC

BY: _____

MULTISTATE FIXED RATE NOTE –Single Family– Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
EX 5.69     Form 3200  1/01  *(page 3 of 3 pages)*


5 3 3 103643148


PLAINTIFF'S
EXHIBIT
NO.2

42

43

PLAINTIFF'S
EXHIBIT
NO. 2

FREEDOM MORTGAGE
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063



8-807-25778-0016373-001-1-000-000-000-000-6200
DANNY L WAGNER
FREDA S WAGNER
3517 BEYERS ST
BAKERSFIELD CA 93312-2032

October 7, 2024                    RE: Your Freedom Mortgage Loan # ████0760

Dear DANNY L WAGNER and FREDA S WAGNER,

## Welcome to Freedom Mortgage Corporation!

The servicing of your mortgage loan has transferred from LOANDEPOT to Freedom Mortgage Corporation ("Freedom Mortgage"), effective 10/01/24. This means that after this date, we will be collecting your mortgage loan payments from you. Nothing else about your mortgage will change.

LOANDEPOT is now collecting your payments. LOANDEPOT will stop accepting payments received from you after September 30, 2024.

We will collect your payments going forward. We will start accepting payments received from you on 10/01/24.

Please send all payments due on or after 10/01/24 to us using the methods described in the **Frequently Asked Questions** section below.

If you have any questions for either your present servicer, LOANDEPOT, or Freedom Mortgage about your mortgage loan or this transfer, please contact the following individuals:

| Current Servicer: | New Servicer: |
|---|---|
| LOANDEPOT | Freedom Mortgage Corporation |
| CUSTOMER SERVICE DEPARTMENT | CUSTOMER CARE DEPARTMENT |
| 866-258-6572* | 855-690-5900 |
| PO BOX 251612 | P.O. Box 50485 |
| PLANO TX, 75025 | Indianapolis, IN 46250-0485 |

*If the number is not toll-free, then collect calls will be accepted.

Under Federal law, during the 60-day period following the effective date of the transfer of the mortgage loan servicing, a mortgage loan payment received by your old servicer on or before its due date, may not be treated by the new servicer as late and a late fee may not be imposed on you.

**Important note about insurance:** If you have mortgage life or disability insurance or any other type of optional insurance, the transfer of servicing rights may affect your insurance in the following ways:

LILI

- These products and services will not be transferred to Freedom Mortgage.

October 7, 2024                    RE: Your Freedom Mortgage Loan #▮▮▮▮0760

Dear DANNY L WAGNER and FREDA S WAGNER,

## Welcome to Freedom Mortgage Corporation!

The servicing of your mortgage loan has transferred from LOANDEPOT to Freedom Mortgage Corporation ("Freedom Mortgage"), effective 10/01/24. This means that after this date, we will be collecting your mortgage loan payments from you. Nothing else about your mortgage will change.

LOANDEPOT is now collecting your payments.  LOANDEPOT will stop accepting payments received from you after September 30, 2024.

We will collect your payments going forward. We will start accepting payments received from you on 10/01/24.

Please send all payments due on or after 10/01/24 to us using the methods described in the **Frequently Asked Questions** section below.

If you have any questions for either your present servicer, LOANDEPOT, or Freedom Mortgage about your mortgage loan or this transfer, please contact the following individuals:

| Current Servicer: | New Servicer: |
| --- | --- |
| LOANDEPOT | Freedom Mortgage Corporation |
| CUSTOMER SERVICE DEPARTMENT | CUSTOMER CARE DEPARTMENT |
| 866-258-6572* | 855-690-5900 |
| PO BOX 251612 | P.O. Box 50485 |
| PLANO TX, 75025 | Indianapolis, IN 46250-0485 |

*If the number is not toll-free, then collect calls will be accepted.

Under Federal law, during the 60-day period following the effective date of the transfer of the mortgage loan servicing, a mortgage loan payment received by your old servicer on or before its due date, may not be treated by the new servicer as late and a late fee may not be imposed on you.

Important note about insurance: If you have mortgage life or disability insurance or any other type of optional insurance, the transfer of servicing rights may affect your insurance in the following ways:

- These products and services will not be transferred to Freedom Mortgage.

- To maintain coverage, contact your carrier to learn about your options to continue coverage directly through them.

We know you have questions, so we've compiled a list of the most common ones below. You can find more answers to commonly asked questions by visiting freedommortgage.com/newtransfer.

## Frequently Asked Questions

## How do I set up my online account?

Setting up your online account is easy! Simply go to freedommortgage.com/welcomeregister and provide the requested information. You will need your loan number which you can find at the top of this letter.

Your online account puts your mortgage loan information at your fingertips so you can make a payment, set

6200                                          45



NMLS#174457

WAGNER
Loan #: ████3148
MIN: ██████████1483

# IMPORTANT NOTE FOR DOCUMENT DELIVERY!
## PLEASE READ!

**The shipping label for returning signed documents must read:**

loanDepot.com, LLC
Attn: Collateral Department
25500 Commercentre Drive, Suite 100
Lake Forest, CA 92630

*Note: Failure to deliver the closed loan package within 48 hours may result in Lender's inability to meet an Investor's delivery deadline, requiring your financial reimbursement (to Lender) for any expenses or penalties.*

Thank you for your attention and cooperation in making this closing a successful one.

EX  20136.20

Page 1 of 1



20136|1|1|103643148

PLAINTIFFS,
EXHIBIT
NO. 12

46

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of *Kern*

Subscribed and sworn to (or affirmed) before me on this *10th* day of *April*, 20*20*, by *Danny Lee Wagner Freda Sue Wagner*, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.



BRANDON MERCER MARTIN
COMM. #2254531
NOTARY PUBLIC • CALIFORNIA
KERN COUNTY
My Comm. Exp. Aug 16, 2022

(Seal)                    Signature

47

**loanDepot**

5465 Legacy Drive, Suite 400
Plano, TX 75024
www.loandepot.com

## Customer Activity Statement

| Posting Date | Payment Due Date | Tx. Code | Transaction Description | Principal Amount | Interest Amount | Escrow Amount | Misc Amount | Fee Amount | Transaction Amount | Unapplied Amount | Principal Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/23/20 | 12/01/20 | 351 | Disbursement for Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -826.15 | 0.00 | 188,192.78 |
| 11/17/20 | 11/01/20 | 312 | Disbursement for Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -923.53 | 0.00 | 188,192.78 |
| 11/02/20 | 11/01/20 | 171 | Payment | 303.40 | 549.78 | 219.69 | 0.00 | 0.00 | 1072.87 | 0.00 | 188,192.78 |
| 10/01/20 | 10/01/20 | 171 | Payment | 302.52 | 550.66 | 219.69 | 0.00 | 0.00 | 1072.87 | 0.00 | 188,496.18 |
| 09/01/20 | 09/01/20 | 171 | Payment | 301.64 | 551.54 | 219.69 | 0.00 | 0.00 | 1072.87 | 0.00 | 188,798.70 |
| 08/03/20 | 08/01/20 | 171 | Payment | 300.76 | 552.42 | 219.69 | 0.00 | 0.00 | 1072.87 | 0.00 | 189,100.34 |
| 06/09/20 | 07/01/20 | 173 | Payment | 299.89 | 553.29 | 219.69 | 0.00 | 0.00 | 1072.87 | 0.00 | 189,401.10 |
| 05/22/20 | 06/01/20 | 173 | Payment | 299.01 | 554.17 | 219.69 | 0.00 | 0.00 | 1072.87 | 0.00 | 189,700.99 |
| 05/19/20 | 06/01/20 | 173 | Payment | 0.00 | 0.00 | 0.96 | 0.00 | 0.00 | 0.96 | 0.00 | 190,000.00 |
| 05/08/20 | 06/01/20 | 170 | Initial Escrow Deposit | 0.00 | 0.00 | 878.69 | 0.00 | 0.00 | 878.69 | 0.00 | 190,000.00 |
| 04/30/20 | | 143 | Adjustment | 0.00 | 163.98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 190,000.00 |
| 04/30/20 | | 142 | Loan Set Up | -190,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | -190000.00 | 0.00 | 190,000.00 |

PLAINTIFF'S
EXHIBIT
NO. 2

48

loanDepot
PO Box 77404
Ewing, NJ 08628
877-420-4526

0485186 000130061 09CNYR 0063573 HZ AF0903 P6 LD
DANNY L WAGNER
FREDA S WAGNER
3517 BEYERS ST
BAKERSFIELD CA 93312-2032

Loan Number: 0137928651

| PROCESS DATE | | TRANSACTION DESCRIPTION | DUE DATE | TOTAL AMOUNT | PRINCIPAL AMOUNT | INTEREST AMOUNT | ESCROW AMOUNT | OTHER |
|---|---|---|---|---|---|---|---|---|
| 04/20 | 142 | NEW LOAN SETUP | 06/20 | | -190,000.00 | | | 190,000.00 |
| 04/20 | 143 | ADJUSTMENT | 06/20 | | | 163.98 | | -163.98 |
| 05/20 | 170 | ADJUSTMENT TRANSACTION | 06/20 | 878.69 | | | 878.69 | |
| 05/20 | 173 | PAYMENT APPLIED - THANK YOU | 06/20 | 0.96 | | | 0.96 | |
| 05/20 | 173 | PAYMENT APPLIED - THANK YOU | 06/20 | 1,072.87 | 299.01 | 554.17 | 219.69 | |
| 06/20 | 173 | PAYMENT APPLIED - THANK YOU | 07/20 | 1,072.87 | 299.89 | 553.29 | 219.69 | |
| 08/20 | 171 | PAYMENT APPLIED - THANK YOU | 08/20 | 1,072.87 | 300.76 | 552.42 | 219.69 | |
| 09/20 | 171 | PAYMENT APPLIED - THANK YOU | 09/20 | 1,072.87 | 301.64 | 551.54 | 219.69 | |
| 10/20 | 171 | PAYMENT APPLIED - THANK YOU | 10/20 | 1,072.87 | 302.52 | 550.66 | 219.69 | |
| 11/20 | 171 | PAYMENT APPLIED - THANK YOU | 11/20 | 1,072.87 | 303.40 | 549.78 | 219.69 | |
| 11/20 | 312 | COUNTY TAX | 11/20 | -923.53 | | | -923.53 | |
| 11/20 | 351 | HAZARD INS (PRIMARY POLICY) | 12/20 | -826.15 | | | -826.15 | |
| 12/20 | 171 | PAYMENT APPLIED - THANK YOU | 12/20 | 1,072.87 | 304.28 | 548.90 | 219.69 | |
| 12/20 | 160 | INTEREST ON ESCROW DEPOSIT | 01/21 | 18.07 | | | 18.07 | |



PLAINTIFFS.
EXHIBIT
NO. 2

49

0485186 000130061 09CNYR 0063573 HZ AF0903 P6 LD

LOANDEPOT COM LLC
6531 IRVINE CENTER DR
IRVINE, CA 92618

 Temp-Return Service Requested

011472-047647-000004-047647 2074259 4161IRS2_2  3
DANNY L WAGNER
FREDA S WAGNER
3517 BEYERS ST
BAKERSFIELD, CA 93312-2032

☐ CORRECTED (if checked)

| RECIPIENT'S/LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. LOANDEPOT COM LLC 6531 IRVINE CENTER DR IRVINE CA 92618 888-337-6888 | * Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-1380 Form 1098 (Rev. January 2022) For calendar year 20 22 | Mortgage Interest Statement |
|---|---|---|---|

| RECIPIENT'S/LENDER'S TIN | PAYER'S/BORROWER'S TIN | 1 Mortgage interest received from payer(s)/borrower(s)* | Copy B |
|---|---|---|---|
| 26-4599244 | XXX-XX-2357 | $ 5,836.94 | For Payer/ Borrower |
|  |  | 2 Outstanding mortgage principal $ 183,534.13 | 3 Mortgage origination date 04 / 22 / 20 | The information in boxes 1 through 9 and 11 is important tax information and is being furnished to |
| PAYER'S/BORROWER'S name DANNY L WAGNER FREDA S WAGNER | | 4 Refund of overpaid interest $ | 5 Mortgage insurance premiums $ | the IRS. If you are required to file a return, a negligence penalty or |
| Street address (including apt. no.) 3517 BEYERS ST | | 6 Points paid on purchase of principal residence $ | | other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction |
| City or town, state or province, country, and ZIP or foreign postal code BAKERSFIELD, CA 93312-2032 | | 7 ☒ If address of property securing mortgage is the same as PAYER'S/BORROWER'S address, the box is checked, or the address or description is entered in box 8. | | for this mortgage interest or for these points, reported in boxes 1 and 6; or because you didn't report the refund of |
| 9 Number of properties securing the mortgage 001 | 10 Other *Taxes Paid $ 1,946.92 | 8 Address or description of property securing mortgage (see instructions) | | interest (box 4); or because you claimed a nondeductible item. 11 Mortgage acquisition date |
| Account number (see instructions) ██████4874 | | | |

Form 1098 (Rev. 1-2022)    (Keep for your records)        www.irs.gov/Form1098        Department of the Treasury - Internal Revenue Service

*If taxes paid at closing, refer to the Closing Disclosure

PLAINTIFF'S
EXHIBIT
NO. 2

50

LOANDEPOT COM LLC
PO BOX 3004
MONROE, WI 53566-3804

## IMPORTANT TAX INFORMATION ENCLOSED

0103300    02 AB 0.593 **AUTO  T4 0 1101 93312-203217  -C01-P03413-I1

DANNY L WAGNER
FREDA S WAGNER
3517 BEYERS ST
BAKERSFIELD CA  93312-2032

January 08, 2025

FOR INFORMATION CALL: 866-258-6572
CUSTOMER SERVICE HOURS: MON-FRI
7:00 AM-7:00 PM, SAT 8:00 AM-5:00 PM CST

### 2024 ANNUAL LOAN STATEMENT

| | | |
|---|---|---|
| Loan No. 5000464874 | Current Total Payment: $1,133.36 | Current Escrow Payment: $280.18 |
| Property Address: | 3517  BEYERS ST | Interest Reconciliation |
| | BAKERSFIELD CA 93312 | 2024 Interest Paid:  $4,574.60 |
| SSN: | ***-**-2357 | Mortgage Interest Reported:  $5,087.89 |

**Disbursements from Escrow**

Property Taxes:        $1,033.89
Hazard Insurance:      $165.78
Mortgage Insurance:

**Principal Reconciliation**

Beginning Balance:     $175,643.73
Applied Principal:     $3,104.02
Ending Balance:        $172,539.71

---

☐ CORRECTED (if checked)

| RECIPIENT'S/LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>LOANDEPOT COM LLC<br>6531 IRVINE CENTER DR STE 100<br>IRVINE CA 92618<br>888-337-6888 | *Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-1380<br>Form **1098**<br>(Rev. January 2022)<br>For calendar year<br>20 **24** | **Mortgage Interest Statement** |
|---|---|---|---|
| | 1 Mortgage interest received from payer(s)/borrower(s)*<br>$ 5,087.89 | | Copy B<br>For Payer/<br>Borrower |
| RECIPIENT'S/LENDER'S TIN<br>26-4599244 | PAYER'S/BORROWER'S TIN<br>***-**-2357 | 2 Outstanding mortgage principal<br>$ 175,643.73 | 3 Mortgage origination date<br>04/22/20 | The information in boxes 1 through 9 and 11 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points, reported in boxes 1 and 6; or because you didn't report the refund of interest (box 4); or because you claimed a nondeductible item. |
| | | 4 Refund of overpaid interest<br>$ | 5 Mortgage insurance premiums<br>S | |
| PAYER'S/BORROWER'S name<br>DANNY L WAGNER<br>FREDA S WAGNER | | 6 Points paid on purchase of principal residence<br>$ | | |
| Street address (including apt. no.)<br>3517 BEYERS ST | | 7 ☐ If address of property securing mortgage is the same as PAYER'S/BORROWER'S address, the box is checked, or the address or description is entered in box 8. | | |
| City or town, state or province, country, and ZIP or foreign postal code<br>BAKERSFIELD CA 93312 | | 8 Address or description of property securing mortgage<br>3517 BEYERS ST<br>BAKERSFIELD CA 93312 | | |
| 9 Number of properties securing the mortgage | 10 Other<br>*Taxes Paid<br>$1,033.89 | PLAINTIFF'S<br>EXHIBIT<br>NO. 2 | 11 Mortgage acquisition date |
| Account number (see instructions)<br>████4874 | | | |

Form **1098** (Rev. 1-2022)          (Keep for your records)          www.irs.gov/Form1098          Department of the Treasury - Internal Revenue Service

*If taxes paid at closing, refer to the Closing Disclosure

The amounts reported in Box 1 on the Form 1098 may be overstated if the payments included subsidies by a state funded program or third party payments. Please contact a tax professional to determine what may be deductible.

51.

☐ CORRECTED (if checked)

| RECIPIENT'S/LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | *Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-1380 **Form 1098** (Rev. January 2022) For calendar year **2024** | **Mortgage Interest Statement** |
|---|---|---|---|

FOR RETURN SERVICE ONLY
P.O. BOX 619063
FREEDOM MORTGAGE  DALLAS TX 75261-9063

Customer Care 1-855-690-5900

| | | |
|---|---|---|
| **1 Mortgage interest received from payer(s)/borrower(s)*** $ 0.00 | | Copy B For Payer/Borrower |
| **2 Outstanding mortgage principal** $ 172,539.71 | **3 Mortgage origination date** 04/10/2020 | The information in boxes through 9 and 11 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstate a deduction for this mortgage interest or for these points reported in boxes 1 and 6, or because you didn't report the refund of interest (box 4), or because you claimed a nondeductible item. |
| **4 Refund of overpaid interest** $ 0.00 | **5 Mortgage insurance premiums** $ 0.00 | |
| **6 Points paid on purchase of principal residence** $ 0.00 | **7** If address of property securing mortgage is the same as PAYER'S/BORROWER'S address, the box is checked, or the address or description is entered in box 8. ☐ | |
| **8 Address or description of property securing mortgage** 3517 BEYERS ST BAKERSFIELD CA 93312 | | |
| **9 Number of properties securing the mortgage** 1 | **10 Other** | |
| **11 Mortgage acquisition date** 10/01/2024 | **Account number (see instructions)** ████0760 | |
| **RECIPIENT'S/LENDER'S TIN** ████9688 | **PAYER'S/BORROWER'S TIN** XXX-XX-2357 | |

PAYER'S/BORROWER'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code

3-807-34558-0010782-001-1-000-000-000-000
DANNY L WAGNER
FREDA S WAGNER
3517 BEYERS ST
BAKERSFIELD CA 93312-2032

Form **1098** (Rev. 1-2022)    (Keep for your records)    www.irs.gov/Form1098    Department of the Treasury - Internal Revenue Service

*SEE REVERSE SIDE FOR ADDITIONAL INFORMATION*

## ANNUAL TAX AND INTEREST STATEMENT

DANNY L WAGNER
FREDA S WAGNER
3517 BEYERS ST
BAKERSFIELD CA 93312-2032

Freedom Mortgage
PO Box 50485
Indianapolis, IN 46250-0485

TIN# : ████9688

YEAR:  2024
ACCT#: ████0760
SSN:XXX-XX-2357

### DISBURSEMENTS FROM ESCROW
$0.00  Property Tax Disbursements
$1,538.00  Hazard Insurance Disbursements
$0.00  Mortgage Insurance Disbursements
$0.00  Escrow  Refund

$853.18  Current P&I Payment
$280.18  Current Escrow  Payment

### PRINCIPAL RECONCILIATION
$172,539.71  Beginning Balance
$0.00  Applied Principal
$172,539.71  Ending Balance

### INTEREST RECONCILIATION
0.00  Gross Interest Paid
$0.00  *Mortgage Interest Received
From Payer(s)/Borrower(s)

### ESCROW RECONCILIATION
$2,501.26  Beginning Balance
$0.00  Deposits
($1,538.00)  Disbursements
$996.79  Ending Balance

KEEP THIS STATEMENT FOR YOUR INCOME TAX RECORDS

(THIS  SPACE  INTENTIONALLY  LEFT  BLANK)

PLAINTIFF'S
EXHIBIT
NO.  2

52

ELECTRONIC ONLY STATEMENT    ☐ CORRECTED (if checked)

| RECIPIENT'S/LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | *Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person | OMB No. 1545-1380 Form **1098** (Rev. April 2025) For calendar year 2025 | Mortgage Interest Statement |
|---|---|---|---|
| FOR RETURN SERVICE ONLY P.O. BOX 619063 Freedom Mortgage DALLAS TX 75261-9063 | **1** Mortgage interest received from payer(s)/borrower(s)* $    4,492.17 | | **Copy B** For Payer/ Borrower |
| Customer Care 1-855-690-5900 | **2** Outstanding mortgage principal $    172,539.71 | **3** Mortgage origination date 04/10/2020 | The information in boxes 1 through 9 and 11 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. |
| PAYER'S/BORROWER'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code | **4** Refund of overpaid interest $    0.00 | **5** Mortgage insurance premiums $    0.00 | |
| 1-807-68709-0004899-001-000-000-000-000 DANNY LEE WAGNER FREDA SUE WAGNER 3517 BEYERS ST BAKERSFIELD CA 93312-2032 | **6** Points paid on purchase of principal residence $    0.00 | **7** If address of property securing mortgage is the same as PAYER'S/BORROWER'S address, the box is checked, or the address or description is entered in box 8 ☐ | |
| | **8** Address or description of property securing mortgage 3517 BEYERS ST BAKERSFIELD CA 93312 | | |
| | **9** Number of properties securing the mortgage 1 | **10** Other | |
| | **11** Mortgage acquired on date | Account number (see instructions) 0760 | |
| | RECIPIENT'S/LENDER'S TIN 22-3039688 | PAYER'S/BORROWER'S TIN XXX-XX-2357 | |

Form **1098** (Rev. 4-2025)    VTB    (Keep for your records)    www.irs.gov/Form1098    Department of the Treasury - Internal Revenue Service

**SEE REVERSE SIDE FOR ADDITIONAL INFORMATION**

## ANNUAL TAX AND INTEREST STATEMENT

DANNY LEE WAGNER
FREDA SUE WAGNER
3517 BEYERS ST
BAKERSFIELD CA 93312-2032

Freedom Mortgage
PO Box 50485
Indianapolis, IN 46250-0485

TIN# : 22-3039688

YEAR:    2025
ACCT#:  0160220760
SSN:XXX-XX-2357

| DISBURSEMENTS FROM ESCROW | PRINCIPAL RECONCILIATION | ESCROW RECONCILIATION |
|---|---|---|
| $2,145.77 Property Tax Disbursements | $172,539.71 Beginning Balance | $996.79 Beginning Balance |
| $1,553.00 Hazard Insurance Disbursements | $3,186.45 Applied Principal | $2,595.36 Deposits |
| $0.00 Mortgage Insurance Disbursements | $169,353.26 Ending Balance | ($3,699.77) Disbursements |
| $0.00 Escrow Refund | | ($85.41) Ending Balance |
| | INTEREST RECONCILIATION | |
| $853.18 Current P&I Payment | $4,492.17 Gross Interest Paid | |
| $305.24 Current Escrow Payment | $4,492.17 *Mortgage Interest Received From Payer(s)/Borrower(s) | |

KEEP THIS STATEMENT FOR YOUR INCOME TAX RECORDS

(THIS SPACE INTENTIONALLY LEFT BLANK)

PLAINTIFF'S EXHIBIT NO. 2

53



**FREEDOM MORTGAGE**
PO Box 50485, Indianapolis, IN 46250-0485

Danny L Wagner
Freda S Wagner
3517 Beyers St
Bakersfield, CA 93312-2032

July 09, 2025

Re:  Loan Number          ███████9760
     Collateral Address   3517 BEYERS ST
                          BAKERSFIELD, CA 93312

Subject: **Loan Modification Offer Enclosed - Act Now to Avoid Foreclosure**

Dear Danny L Wagner and Freda S Wagner,

Your mortgage is severely delinquent and your time to act and avoid foreclosure is running out. There are programs that may be available but you must act now. We are here to help. If you have questions about the program listed below, please contact us immediately.

**You are Approved for a Trial Period Plan to Modify Your Mortgage Payment.**
If you accept this Trial Period Plan, you will be required to make three monthly payments in the amount of $1,018.55. If you follow the terms of the enclosed Trial Period Plan, your loan will be permanently modified. **Please refer to the enclosed Trial Period Plan for details on accepting this offer.**

If you do not contact us or send your first Trial Period Plan payment by 07/26/2025 foreclosure proceedings may be started or continue to the extent permitted by applicable law. **If you are not the borrower but are reviewing this correspondence due to your status as a potential successor in interest to the borrower, please contact Freedom Mortgage Corporation ("Freedom Mortgage") prior to making any Trial Period Plan payments. We must confirm your status and determine whether you are eligible for further loss mitigation assistance.**

**Unable to Pay the Monthly Trial Period Payment or Prefer to Leave Your Home?**
You may have options to avoid foreclosure:

- A traditional sale (sale with equity): the sale of your property for a price that exceeds the amount you still owe on your mortgage and any other debts secured by the property.
- A short sale: the sale of your property for a price that is less than the amount you still owe on your mortgage.
- A Mortgage Release™ (deed-in-lieu of foreclosure): the transfer of ownership of your property to us in exchange for release of some or all of the amount you still owe on your mortgage.

If you are approved for a short sale or Mortgage Release and complete the necessary steps, we will cancel your remaining mortgage debt obligation. **Cancellation of debt may have tax consequences; please consult a tax advisor to discuss potential tax consequences.**

We encourage you to review the enclosed Trial Period Plan. Thank you for your prompt attention to this matter.

**You can access your loan information 24 hours a day, seven days a week by logging on to www.freedommortgage.com or through our automated phone system at 855-690-5900. If you need to speak with a Customer Care Representative, please call Monday through Friday 8:00 AM – 8:00 PM and Saturday 9:00 AM – 2:00 PM Eastern Time.**

PLAINTIFF'S
EXHIBIT
NO. 12



19:11

< **CHECK # 1005**

Amount

# -$1,018.55

Description
CHECK # 1005

Posting Date
09/09/2025

Transaction ID
1310595

Transaction Categories
Checks

Transaction images

Memo

PLAINTIFF'S
EXHIBIT
NO. 12

55

☑ Track your expenses...
☐ Clothing      ☐ Food        ☐ Transportation      ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card   ☐ Utilities   ☐ Mortgage
☐ Entertainment ☐ Insurance   ☐ Other:_____

1005

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For added security, your name and account number do not appear on this copy.

NOT NEGOTIABLE

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Freedom Mortgage
P.O. Box 7230
Pasadena CA 91109-7230

9590 9402 9604 5121 7676 73

2. Article Number (Transfer from service label)
9589 0710 5270 1794 0084 53

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____   ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

U.S. Postal Service™
CERTIFIED MAIL RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®

Pasadena, CA 91109

| | | |
|---|---|---|
| Certified Mail Fee $5.30 | | 0926 |
| $ | | 05 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) $ $0.00 | | Postmark |
| ☐ Return Receipt (electronic) $ $0.00 | | Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | | |
| ☐ Adult Signature Required $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage $0.78 | | |
| Total Postage and Fees $10.48 | | 09/03/2025 |

Sent To  Freedom Mortgage
Street and Apt. No., or PO Box No.
P.O. Box 7230
City, State, ZIP+4®
Pasadena CA, 91109-7230

9589 0710 5270 1794 0084 53

---

156.

PLAINTIFF'S
EXHIBIT
NO. 2

19:10



< **CHECK # 1006**

Amount

# -$1,018.55

Description

CHECK # 1006

Posting Date

10/06/2025

Transaction ID

1532431

Transaction Categories

Checks

Transaction images



Memo

PLAINTIFF'S
EXHIBIT
NO. '12

☑ Track your expenses...
☐ Clothing      ☐ Food        ☐ Transportation        ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card   ☐ Utilities   ☐ Mortgage
☐ Entertainment ☐ Insurance   ☐ Other:_____

1006

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For added security, your name and account number do not appear on this copy.

NOT NEGOTIABL

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

Pasadena, CA 91109

| | | |
|---|---|---|
| Certified Mail Fee $5.30 | | 0926 |
| $ $4.40 | | 50 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy)   $ $0.00 | | |
| ☐ Return Receipt (electronic) $ $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | | Here |
| ☐ Adult Signature Required    $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage $0.78 | | |
| $ | | 10/01/2025 |
| Total Postage and Fees $10.48 | | |
| $ | | |

Sent To  Freedom Mortgage
Street and Apt. No., or PO Box No.  P.O. Box 7230
City, State, ZIP+4  Pasadena CA, 91109-7230

PS Form 3800, January 2023    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Freedom Mortgage
P.O. Box 7230
Pasadena CA, 91109-7230

9590 9402 9601 5121 7955 25

2. Article Number (Transfer from service label)

7589 0710 5270 3071 2645 90

PS Form 3811, July 2020 PSN 7530-02-000-8053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                 ☑ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

[Postmark: PASADENA UNITED STATES POSTAL SERVICE OCT 03 2025]

3. Service Type
☐ Adult Signature                        ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery    ☐ Registered Mail™
☐ Certified Mail®                        ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery     ☐ Signature Confirmation™
☐ Collect on Delivery                    ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

Domestic Return Receipt

PLAINTIFF'S
EXHIBIT
NO. 2

58

19:09

< **CHECK # 1007**

Amount

# -$1,018.55

Description
CHECK # 1007

Posting Date
11/10/2025

Transaction ID
1498768

Transaction Categories
Checks

Transaction images



Memo



PLAINTIFF'S
EXHIBIT
NO. 12

59

☑ Track your expenses...
☐ Clothing        ☐ Food        ☐ Transportation        ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card     ☐ Utilities   ☐ Mortgage
☐ Entertainment   ☐ Insurance   ☐ Other:_____

1007

BALANCE FORWARD

THIS ITEM

BALANCE

DEPOSIT

OTHER

BALANCE FORWARD

For added security, your name and account number do not appear on this copy.          NOT NEGOTIABL



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

Pasadena, CA 91107

| Certified Mail Fee | $5.30 | | |
| --- | --- | --- | --- |
| $ | | $4.40 | 0478 |
| | | | 30 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)     $ ____$0.00____
☐ Return Receipt (electronic)   $ ____$0.00____
☐ Certified Mail Restricted Delivery  $ ____$0.00____
☐ Adult Signature Required      $ ____$0.00____
☐ Adult Signature Restricted Delivery  $ _____

Postmark Here

Postage     $0.78
$

Total Postage and Fees
$10.48

Sent To
Freedom Mortgage
Street and Apt. No., or PO Box No.
P.O. Box 7230
City, State, ZIP+4
Pasadena, CA 91109-7230

11/03/2025

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Freedom Mortgage
P.O. Box CA 91109-7230

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____     ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

NOV 07 2025

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

9590 9402 9694 5199 3949 72

2. Article Number (Transfer from service label)
9589 0710 5270 3071 2553 45

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

PLAINTIFF'S
EXHIBIT
NO. 2

- 60

19:09

< **CHECK # 1008**

Amount

# -$1,133.00

Description
CHECK # 1008

Posting Date
12/15/2025

Transaction ID
1535500

Transaction Categories
Checks

Transaction images



Memo



PLAINTIFF'S
EXHIBIT
NO. 2

☑ Track your expenses...
☐ Clothing   ☐ Food   ☐ Transportation
☐ Credit Card   ☐ Utilities   ☐ Mortgage
☐ Entertainment   ☐ Insurance   ☐ Other:_____

☐ TAX-DEDUCTIBLE ITEM

1008

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For added security, your name and account number do not appear on this copy.

NOT NEGOTIAB

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**

Pasadena, CA 91109

| | | |
|---|---|---|
| Certified Mail Fee $5.30 | | 0926 |
| $ $4.40 | | 28 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) $ $0.00 | | |
| ☐ Return Receipt (electronic) $ $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | | Here |
| ☐ Adult Signature Required $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage $0.78 | | |
| $ | | 12/10/2025 |
| Total Postage and Fees | | |
| $ $10.48 | | |

Sent To  Freedom Mortgage
Street and Apt. No., or PO Box No.  P.O. Box 7230
City, State, ZIP+4  Pasadena CA, 91109-7230

9589 0710 5270 3444 4120

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Freedom Mortgage
P.O. Box 7230
Pasadena CA, 91109-7230

9590 9402 9694 5199 3912 09

2. Article Number (Transfer from service label)

9589 0710 5270 3444 4120 09

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                               ☐ Agent
                                ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

62

PLAINTIFF'S
EXHIBIT
NO. 2

FREEDOM MORTGAGE®

**Mortgage Statement**
Statement Date 12/15/25
Continued from previous page

5-807-67246-0012686-001-000-000-000-000

DANNY LEE WAGNER
FREDA SUE WAGNER
3517 BEYERS ST
BAKERSFIELD CA 93312-2032

### Contact Information

| | |
|---|---|
| Phone: | 855-690-5900 |
| Customer Care: | Monday - Friday 8:00am – 8:00pm ET |
| | Saturday 9:00am – 2:00pm ET |
| Find us on the web at: | www.freedommortgage.com |

| | |
|---|---|
| Loan Number | 0160220760 |
| Payment Due Date | 01/01/26 |

## Amount Due** $5,951.49
If payment is received after 01/16/26, $42.65 late fee will be charged.

Property Address: 3517 BEYERS ST
BAKERSFIELD CA 93312

### Delinquency Notice

You are late on your mortgage payments and have been in a delinquent status since 09/01/25. Failure to bring your loan current may result in fees and foreclosure, the loss of your home. As of 12/15/25, you are 105 days delinquent on your mortgage.

Recent Account History
* Payment due 08/01/25: Fully paid on 12/12/25
* Payment due 08/01/25: Unpaid balance of $127.95
* Payment due 09/01/25: Unpaid balance of $1,158.42
* Payment due 10/01/25: Unpaid balance of $1,158.42
* Payment due 11/01/25: Unpaid balance of $1,158.42
* Payment due 12/01/25: Unpaid balance of $1,158.42
* Current payment due 01/01/26 - $1,158.42
* Total $5,951.49 due. You must pay this amount to bring your loan current.

"If you are experiencing financial difficulty, please refer to the reverse side of page 1 of the statement for information about mortgage counseling or assistance "

### Additional Messages

No additional messages to display at this time

### Transaction Activity (11/08/25 - 12/15/25)    Continued from previous page

PLAINTIFF'S
EXHIBIT
NO. 12

64

PLAINTIFF'S
EXHIBIT
NO. 3

64

FILED ON DEMAND

POS-010

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>Jerry Wagner<br>3517 Beyers ST<br>Bakersfield CA, 93312<br>In Pro Per<br><br>TELEPHONE NO.: (661)-371-5984   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* WagnerJerry02@gmail<br>ATTORNEY FOR *(Name):* In Pro Per | **FOR COURT USE ONLY**<br><br>**ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of Kern<br>By: Marina Mercado<br>Deputy Clerk<br>**05/13/26 9:48 AM** |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Kern
STREET ADDRESS: 1215 Truxtun Ave
MAILING ADDRESS: 1215 Truxtun Ave
CITY AND ZIP CODE: Bakersfield CA 93301
BRANCH NAME: Metro -Civil

| | |
|---|---|
| PLAINTIFF/PETITIONER: Jerry Wagner | **CASE NUMBER:**<br>26CUB00705 |
| DEFENDANT/RESPONDENT: Affinia Default Services,LLC | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. [x] summons - Affinia listed
   b. [x] complaint 1st Amended complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [x] other *(specify documents):* Notice

3. a. Party served *(specify name of party as shown on documents served):* Affinia Default Services LLC

   b. [x] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   CSC/Maddie Bright agent for service

4. Address where the party was served: 2710 Gateway Oaks Dr. STE 150N

5. I served the party *(check proper box)*
   a. [x] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on *(date):* April 24, 2026   (2) at *(time):* 1:06 p·m

   b. [ ] **by substituted service.** On *(date):* ___ at *(time):* ___ I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* ___ from *(city):* ___ or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

_65

POS-010

| PLAINTIFF/PETITIONER: Jerry Wagner : Danny Wagner | CASE NUMBER: 26CuB00705 |
| DEFENDANT/RESPONDENT: Affinia Default Services LLC | |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                   (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.

  b. ☑ as the person sued under the fictitious name of *(specify):* Affinia Default Services, LLC

  c. ☐ as occupant.

  d. ☐ On behalf of *(specify):*

    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**

  a. Name: Katherine Davis

  b. Address: PO Box 447 Chico CA, 95926

  c. Telephone number: (666)-369-9081

  d. **The fee** for service was: $

  e. I am:

    (1) ☑ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☐ a registered California process server:

      (i) ☐ owner ☐ employee ☐ independent contractor.

      (ii) Registration No.:

      (iii) County:

8. ☑ **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

  **or**

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 5/12/2024

Katherine Davis
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ Kat Oss
(SIGNATURE)

POS-010 [Rev. January 1, 2007]     **PROOF OF SERVICE OF SUMMONS**     Page 2 of 2

For your protection and privacy, please press the Clear This Form button after you have printed the form.

| Print this form | Save this form | | Clear this form |
|---|---|---|---|

66

67

PLAINTIFF'S
EXHIBIT
NO. 4

**POS-010**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Jerry Wagner<br>3517 Beyers Street<br>Bakersfield Ca, 93312<br><br>TELEPHONE NO.:(661)-371-5984    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): Wagnerjerry87@gmail<br>ATTORNEY FOR (Name): In Pro Per | FOR COURT USE ONLY<br><br>**ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of Kern<br>By : Julia Barrera<br>Deputy Clerk<br>04/17/26 9:00 AM |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 1415 Truxtun Ave
MAILING ADDRESS: 1215 Truxtun Ave
CITY AND ZIP CODE: Bakersfield, 93301
BRANCH NAME: Metropolitin

| | |
|---|---|
| PLAINTIFF/PETITIONER: Jerry Wagner, Danny Wenger<br>DEFENDANT/RESPONDENT: LoanDepot.com, LLC | CASE NUMBER: |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☐ summons
   b. ☒ complaint 1st amended complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents):* Motion, Declaration, Notice, proposed orders, Points of Authority, Response to Freedom Mortgage & Opposition

3. a. Party served *(specify name of party as shown on documents served):*
   LoanDepot.com, LLC

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   Stinson LLP, Lawyer for defendent

4. Address where the party was served: 19100 Von Karman Ave #700
   Irvine, CA 92612

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):*              (2) at *(time):*

   b. ☒ **by substituted service.** On *(date):* 4/15/2026       at *(time):* 1:00 p.m. · I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☒ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* 4/15/2026    from *(city):* Sacramento     or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

68

**POS-010**

| | |
|---|---|
| PLAINTIFF/PETITIONER: Jerry Wagner, Danny Wagner<br>DEFENDANT/RESPONDENT: LoanDepot.com, LLC | CASE NUMBER: |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*              (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.

  b. ☒ as the person sued under the fictitious name of *(specify):* LoanDepot.com, LLC

  c. ☐ as occupant.

  d. ☐ On behalf of *(specify):*

    under the following Code of Civil Procedure section:

|  |  |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**

  a. Name: Katherine Davis

  b. Address: P.O. 497 Chico CA, 95927

  c. Telephone number: (661) 369-9081

  d. The fee for service was: $7.00

  e. I am:

    (1) ☒ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☐ a registered California process server:

      (i) ☐ owner ☐ employee ☐ independent contractor.

      (ii) Registration No.:

      (iii) County:

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  **or**

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 4/16/2026

Katherine Davis                 ▶ Kat Dess
_____        _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)       (SIGNATURE)

POS-010 [Rev. January 1, 2007]      **PROOF OF SERVICE OF SUMMONS**      Page 2 of 2

For your protection and privacy, please press the Clear This Form button after you have printed the form.    | Print this form | | Save this form |    | Clear this form |

_69

76

PLAINTIFF'S
EXHIBIT
NO. 5

76

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Jerry Wagner<br>3517 Beyers Street<br>Bakersfield Ca 93301<br>In Pro Per<br><br>TELEPHONE NO.: (661)-371-5984    FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: WagnerJerry02@gmail.com<br>ATTORNEY FOR *(Name)*: In Pro Per | ELECTRONICALLY FILED<br>Superior Court of California,<br>County of Kern<br>By: Julia Barrera<br>Deputy Clerk<br>04/17/26 9:00 AM |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Kern
STREET ADDRESS: 1415 Truxtun Ave
MAILING ADDRESS: 1215 Truxtun Ave
CITY AND ZIP CODE: Bakersfield, 93301
BRANCH NAME: Metropolitan

| PLAINTIFF/PETITIONER: Jerry Wagner, Danny Wagner | CASE NUMBER: 26CUB00705 |
|---|---|
| DEFENDANT/RESPONDENT: Freedom Mortgage Corporation | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☐ summons
   b. ☒ complaint *1st amended complaint*
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents)*: Response to Freedom's Opposition

3. a. Party served *(specify name of party as shown on documents served)*: Freedom Mortgage Corporation

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   Hinshaw & Culbertson LLP, lawyer for defendant

4. Address where the party was served: 350 South Grand Ave STE 3600
   Los Angeles, CA 90071-3476

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:        (2) at *(time)*:

   b. ☒ **by substituted service.** On *(date)*: 4/16/2026    at *(time)*: 11:00 a.m. I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☒ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: 4/16/2026    from *(city)*: Chico    or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

POS-010

| PLAINTIFF/PETITIONER: Jerry Wagner, Danny Wagner | CASE NUMBER: 26CUB00705 |
|---|---|
| DEFENDANT/RESPONDENT: Freedom Mortgage Corporation | |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

  (1) on *(date):*                    (2) from *(city):*

  (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

  (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

 d. ☐ **by other means** *(specify means of service and authorizing code section):*

  ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
 a. ☐ as an individual defendant.
 b. ☒ as the person sued under the fictitious name of *(specify):* Freedom Mortgage Corporation
 c. ☐ as occupant.
 d. ☐ On behalf of *(specify):*
    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)                    ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)            ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)                  ☐ 415.46 (occupant)
                                              ☐ other:

7. **Person who served papers**
 a. Name: Katherine Days
 b. Address: P.O. Box 497 Chico CA 95927
 c. Telephone number: (616)-369-9081
 d. The fee for service was: $ 4.63
 e. I am:
    (1) ☒ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ a registered California process server:
       (i) ☐ owner   ☐ employee   ☐ independent contractor.
       (ii) Registration No.:
       (iii) County:

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   **or**
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 4/16/2026

Katherine Days
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ Kat Ds
(SIGNATURE)

POS-010 [Rev. January 1, 2007]          **PROOF OF SERVICE OF SUMMONS**          Page 2 of 2

For your protection and privacy, please press the Clear This Form button after you have printed the form.

[ Print this form ]  [ Save this form ]      [ Clear this form ]

72

73

PLAINTIFF'S
EXHIBIT
NO. 6

**POS-030**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Jerry Wagner<br>3517 Beyers ST<br>Bakersfield CA 93312<br><br>TELEPHONE NO.: (661)-371-5984    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): In Pro Per | FOR COURT USE ONLY<br><br>ELECTRONICALLY FILED<br>Superior Court of California,<br>County of Kern<br>By: Julia Barrera<br>Deputy Clerk<br>04/21/26 10:02 AM |

| |
|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>STREET ADDRESS: 1215 Truxtun Ave<br>MAILING ADDRESS: 1215 Truxtun Ave<br>CITY AND ZIP CODE: Bakersfield, 93312<br>BRANCH NAME: Metropolitan |

| |
|---|
| PETITIONER/PLAINTIFF: Jerry Wagner, Danny Wagner<br>RESPONDENT/DEFENDANT: Affinia Default Services, LLC |

| | |
|---|---|
| PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL | CASE NUMBER: 26CUB00705 |

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and not a party to this action. I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:
   P.O. BOX 497
   Chico Ca 95926

3. On *(date)*: 04/20/2026    I mailed from *(city and state)*: Long Beach
   the following documents *(specify)*: Motion, Notice, Declaration, Memorandum of points of Authority, Proposed orders, Response to Freedom

   [ ] The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)* (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and *(check one)*:
   a. [ ] **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. [X] **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. **Name of person served:** Affinia Default Services, LLC
   b. **Address of person served:** 301 E Ocean Blvd STE 1720
      Long Beach CA, 90802

   [ ] The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 4/21/2026

Katherine Davis
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)

▶ Kat Davis
(SIGNATURE OF PERSON COMPLETING THIS FORM)

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>POS-030 [New January 1, 2005] | PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL<br>(Proof of Service) | Code of Civil Procedure, §§ 1013, 1013a<br>www.courts.ca.gov |

74

PLAINTIFF'S
EXHIBIT
NO. 7

.75

Jerry Wagner
3517 Beyers Street
Bakersfield CA 93312
(661)-371-5984
Wagnerjerry82@gmail.com
In Pro Per

**ELECTRONICALLY FILED**
Superior Court of California,
County of Kern
By: Sydney Cardenas
Deputy Clerk
**04/21/26 5:08 PM**

CALIFORNIA SUPERIOR COURT, COUNTY OF KERN

| JERRY WAGNER, DANNY WAGNER | Case No.: 26CUBOO705 |
|---|---|
| Plaintiff, | |
| vs. | DECLARATION OF KATHERINE DAVIS FOR JERRY WAGNER AND DANNY WAGNER |
| LOANDEPOT.COM,LLC,    FREEDOM MORTGAGE   CORPORATION,   AFFINA DEFAULT SERVICES, LLC, DOES 1-50 | |
| Defendant | |

August 21, 2026

I, Katherine Davis, declare:

1. On, April 20, 2026, I personally went to 301 E. Ocean Blvd Suite 1720 Long Beach Ca, 90802 the address listed on the Notice of Default ('NOD") as the address for the trustee, Affinia Default Services, LLC.

2. When I arrived at that address, the office signage did not identify Affinia Default Services, LLC. Instead, the signage displayed the name of a different business, specifically: "McCalla Rayner Leibert Pierce, LLP"

DECLARATION OF KATHERINE DAVIS FOR JERRY WAGNER AND DANNY WAGNER - 1

76

3. There was a male standing outside the office door, who identified himself as a staff member for McCalla Rayner Leibert Pierce, LLP, informed me that I was at the right location for "Affinia Default Services, LLC" but they do not accept mail or legal documents for Affinia Default Services, LLC, and pointed to a sign stating, " I needed to go through the Register Agent instead." He refused to accept the documents.

4. At no time did I see any indication that Affinia Default Services, LLC operated at that location, received mail there, or maintained any physical presence there. The office building is locked down, I had to be escorted to the elevator by security, and then you must ring a doorbell to be let in at the office suite.

5. The address listed on the NOD therefore appears to be incorrect, or misleading, preventing me from being able to serve documents and communicate with the trustee.

6. This defect is material because Civil Code § 2924(a)(1) requires the trustee to be properly identified and reachable, and the NOD must contain accurate information. A trustee that cannot be located at the address provided prevents the borrower from exercising statutory/contractional rights and is forced to rely on the court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

## Exhibits

1. Picture of the signage outside the office stuite at 301 E. Ocean Blvd Ste 1720, Long Beach CA,90802. Exhibit 1- Left side of office door

    Exhibit 2-Right side of office door

DECLARATION OF KATHERINE DAVIS FOR JERRY WAGNER AND DANNY WAGNER - 2

77

X _____

Katherine Davis
04/21/2026

DECLARATION OF KATHERINE DAVIS FOR JERRY WAGNER AND DANNY WAGNER - 3

78



PLAINTIFF'S
EXHIBIT
NO. 7

7q

Service is <u>not</u> accepted here. You can find out the name of our agent for service at the website of the California Secretary of State.

Please Ring
Doorbell

PLAINTIFF'S
EXHIBIT
NO. 7

81

PLAINTIFF'S
EXHIBIT
NO. 8

FILED ON DEMAND

POS-050/EFS-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY:    STATE BAR NO:<br>NAME: Jerry Wagner<br>FIRM NAME: In Pro Per<br>STREET ADDRESS: 3517 Beyers ST<br>CITY: Bakersfield,    STATE: CA    ZIP CODE: 93312<br>TELEPHONE NO.: (661)-371-5984    FAX NO.:<br>E-MAIL ADDRESS: WagnerJerry82@gmail.com<br>ATTORNEY FOR (name): | FOR COURT USE ONLY<br><br>**ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of Kern<br>By: Marina Mercado<br>Deputy Clerk<br>**05/13/26 9:48 AM** |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Kern<br>STREET ADDRESS: 1215 Truxtun Ave<br>MAILING ADDRESS: 1215 Truxtun Ave<br>CITY AND ZIP CODE: Bakersfield 93301<br>BRANCH NAME: Metro-Civil | |
| PLAINTIFF/PETITIONER: Jerry Wagner<br>DEFENDANT/RESPONDENT: Freedom Mortgage Corporation | CASE NUMBER:<br>26CUB00705 |
| | JUDICIAL OFFICE<br>Hon. T. Mark Smith |
| **PROOF OF ELECTRONIC SERVICE** | DEPARTMENT:<br>Courtroom T-2 |

1.  I am at least 18 years old.

    a.  My residence or business address is (specify):
    3517 Beyers ST
    Bakersfield CA 93312

    b.  My electronic service address is (specify):
    WagnerJerry82@gmail.com

2.  I electronically served the following documents (exact titles):
    Declaration of Katherine Davis for Jerry Wagner and Danny Wagner

    ☐ The documents served are listed in an attachment. (Form POS-050(D)/EFS-050(D) may be used for this purpose.)

3.  I electronically served the documents listed in 2 as follows:
    a.  Name of person served:
        On behalf of (name or names of parties represented, if person served is an attorney): Freedom Mortgage Corporation

    b.  Electronic service address of person served: bpaino@hinshawlaw.com / zigbal@hinshawlaw.com

    c.  On (date): 04/21/2026
        ☐ The documents listed in item 2 were served electronically on the persons and in the manner described in an attachment.
        (Form POS-050(P)/EFS-050(P) may be used for this purpose.)

Date: 05/13/2026

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Jerry Wagner                                    ▶ _Jerry Wagner_
(TYPE OR PRINT NAME OF DECLARANT)                   (SIGNATURE OF DECLARANT)

Page 1 of 1

For your protection and privacy, please press the Clear
This Form button after you have printed the form.
82
| Print this form | Save this form | | Clear this form |

FILED ON DEMAND

POS-050/EFS-050

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:    STATE BAR NO:<br>NAME: Jerry Wagner<br>FIRM NAME: In Pro Per<br>STREET ADDRESS: 3517 Beyers St<br>CITY: Bakersfield    STATE: CA    ZIP CODE: 93312<br>TELEPHONE NO.: (661)-371-5984    FAX NO.:<br>E-MAIL ADDRESS: wagnerjerry82@gmail<br>ATTORNEY FOR (name): In Pro Per | FOR COURT USE ONLY<br><br>**ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of Kern<br>By: Marina Mercado<br>Deputy Clerk<br>05/13/26 9:48 AM |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Kern<br>STREET ADDRESS: 1215 Truxtun Ave<br>MAILING ADDRESS: 1215 Truxtun Ave<br>CITY AND ZIP CODE: Bakersfield CA, 93301<br>BRANCH NAME: Metro-Civil | |
| PLAINTIFF/PETITIONER: Jerry Wagner | CASE NUMBER:<br>26CUB00705 |
| DEFENDANT/RESPONDENT: LoanDepot.com, LLC | |
| PROOF OF ELECTRONIC SERVICE | JUDICIAL OFFICER:<br>Hon. T. Mark Smith<br>DEPARTMENT:<br>Courtroom T-2 |

1.  I am at least 18 years old.

    a.  My residence or business address is *(specify):*
        3517 Beyers St
        Bakersfield CA, 93312

    b.  My electronic service address is *(specify):*
        wagnerjerry82@gmail

2.  I electronically served the following documents *(exact titles):*
    Declaration of Katherine Davis for Jerry Wagner and Danny Wagner

    ☐ The documents served are listed in an attachment. *(Form POS-050(D)/EFS-050(D) may be used for this purpose.)*

3.  I electronically served the documents listed in 2 as follows:
    a.  Name of person served: loren coe
        On behalf of *(name or names of parties represented, if person served is an attorney):* LoanDepot.com, LLC

    b.  Electronic service address of person served: lorencoe@stinson.com

    c.  On *(date):* 04/21/2026
        ☐ The documents listed in item 2 were served electronically on the persons and in the manner described in an attachment.
        *(Form POS-050(P)/EFS-050(P) may be used for this purpose.)*

Date: 05/13/2226

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| Jerry Wagner | ▶ Jerry Wagner |
| (TYPE OR PRINT NAME OF DECLARANT) | (SIGNATURE OF DECLARANT) |

Page 1 of 1

Form Approved for Optional Use<br>Judicial Council of California<br>POS-050/EFS-050 [Rev. February 1, 2017]

**PROOF OF ELECTRONIC SERVICE**
**(Proof of Service/Electronic Filing and Service)**

Cal. Rules of Court, rule 2.251
www.courts.ca.gov

83

For your protection and privacy, please press the Clear
This Form button after you have printed the form.

| Print this form | Save this form | | Clear this form |

84.

PLAINTIFF'S
EXHIBIT
NO. 9

FILED ON DEMAND

Jerry Wagner
3517 Beyers St
Bakersfield, CA 93312
661-371-5984
Wagnerjerry82@gmail.com
In Pro Per

**ELECTRONICALLY FILED**
Superior Court of California,
County of Kern
By: Marina Mercado
Deputy Clerk
**05/13/26 9:48 AM**

SUPERIOR COURT OF CALIFORNIA COUNTY OF KERN

| | |
|---|---|
| JERRY WAGNER, DANNY WAGNER | Case No.: 26CUBOO705 |
| PLAINTIFFS | |
| vs. | NOTICE OF FILED DECLARATION BY AFFINIA DEFAULT SERVICES, LLC |
| LOANDEPOT.COM, LLC, FREEDOM MORTGAGE CORPORATION, AFFINIA DEFAULT SERVICES, LLC DOES 1-50 | |
| DEFENDANTS | |

*NOTICE OF FILED DECLARATION BY AFFINIA DEFAULT*

*SERVICES, LLC*

Plaintiff Jerry Wagner respectfully submits this Notice to clarify the procedural record.

NOTICE OF FILED DECLARATION BY AFFINIA DEFAULT SERVICES, LLC - 1

85

1. On April 21, 2026, Defendant Affinia Default Services, LLC filed a declaration with the Court. A copy of the proof of filing from the Superior Court of California County of Kerns web site is attached as Exhibit A. Exhibit B is a copy of the actual declaration

2. Under Code of Civil Procedure § 410.50(a), a general appearance by a defendant is equivalent to personal service of the summons and complaint.

3. Under Code of Civil Procedure § 1014, a defendant makes a general appearance by filing any responsive document, including a declaration, thereby waiving any objection to service of process.

4. Accordingly, Defendant's filing on April 21,2026 constitutes a general appearance, and any prior question regarding service is moot as a matter of law.

5. This Notice is submitted solely to clarify the procedural record, as the Court did not reference Defendant's filing during the hearing on April 22, 2026.

Respectfully Submitted,

Date: 5/12/2026

JERRY WAGNER

Plaintiff, In Pro Per

NOTICE OF FILED DECLARATION BY AFFINIA DEFAULT SERVICES, LLC - 2

86

87

PLAINTIFF'S
EXHIBIT
NO. 10

FILED ON DEMAND

**ELECTRONICALLY FILED**
Superior Court of California,
County of Kern
By: Marina Mercado
Deputy Clerk
**05/13/26 9:48 AM**

Jerry Wagner
3517 Beyers St
Bakersfield Ca 93312
(661)-371-5984
Wagnerjerry82@gmail.com
In Pro Per

CALFORNIA SUPERIOR COURT, COUNTY OF KERN

JERRY WAGNER, DANNY WAGNER

Plaintiff,

vs.

LOANDEPOT.COM, LLC, FREEDOM MORTGAGE CORPORATION, AFFINIA DEFAULT SERVICES, LLC, DOES 1-50

Defendant

Case No.: 26CUB00705

SHORT NOTICE FOR NO OPPOSITION FILED OPPOSING PRELIMINARY INJUNCTION

May 8, 2026

Plaintiff Jerry Wagner hereby gives notice that no defendant has filed any opposition to Plaintiff's motion for Preliminary Injunction.

This motion was originally set for hearing on March 25, 2026, and the court granted the defendant's more time twice. In the most recent minute order, the Court expressly provided the defendants until May 6, 2026, and no valid opposition is on file with the court.

SHORT NOTICE FOR NO OPPOSITION FILED OPPOSING PRELIMINARY INJUNCTION - 1

88

Under Code of Civil Procedure § 1005(b), the time for filing opposition has expired. Plaintiff's evidence therefore stands unrebutted, and the motion should be considered unopposed.

Plaintiff respectfully requests that the Court grant the preliminary injunction to preserve the status quo pending resolution of Plaintiff's claims, including declaratory relief.

X _____

Jerry Wagner
In Pro Per

SHORT NOTICE FOR NO OPPOSITION FILED OPPOSING PRELIMINARY INJUNCTION - 2

89.

PLAINTIFF'S
EXHIBIT
NO.
    11

90

FILED ON DEMAND

**ELECTRONICALLY FILED**
Superior Court of California,
County of Kern
By: Marina Mercado
Deputy Clerk
**05/13/26 9:48 AM**

Jerry Wagner
3517 Beyers St
Bakersfield Ca 93312
(661)-371-5984
Wagnerjerry82@gmail.com
In Pro Per

CALFORNIA SUPERIOR COURT, COUNTY OF KERN

| | |
|---|---|
| JERRY WAGNER, DANNY WAGNER | Case No.: 26CUB00705 |
| Plaintiff, | |
| vs. | SHORT NOTICE OF DEFENDANTS FAILURE TO COMPLY WITH CCP§ 430.41(A) |
| LOANDEPOT.COM, LLC, FREEDOM MORTGAGE CORPORATION, AFFINIA DEFAULT SERVICES, LLC, DOES 1-50 | |
| Defendant | |

May 12, 2026

Plaintiff provides notice that none of the defendants satisfied the mandatory meet and confer requirement of Code of Civil Procedure § 430.41(a) prior to the May 15, 2026, deadline to respond to the First Amended Complaint. Defendants have already been granted two continuances by the Court.

LoanDepot sent an email on May 8, 2026, a Friday, which did not allow parties to complete the meet and confer process at least five days before the responsive pleading was due, as required by CCP § 430.41(a)(2).

SHORT NOTICE OF DEFENDANTS FAILURE TO COMPLY WITH CCP§ 430.41(A) - 1

91

Freedom Mortgage sent a email on May 11, 2026, which was after the statutory deadline and therefore noncompliant. Freedom Mortgage also failed to identify any specific defects, causes of action, or legal grounds for a demurrer in violation of CCP § 430.41(a)(1).

Affinia Default Services made no attempt whatsoever to meet and confer. Because none of the defendants completed the required meet and confer process by May 10, 2026, and because Freedom Mortgage failed to indemnify any alleged defects at all, no defendant may file a demurrer to the First Amended Complaint.

Any demurrer filed without compliance is procedurally defective under CCP § 430.41(a) and subject to objection. Plaintiff reserves all rights regarding defendant's noncompliance.

X _Jerry Wagner_

Jerry Wagner
In Pro Per

SHORT NOTICE OF DEFENDANTS FAILURE TO COMPLY WITH CCP§ 430.41(A) - 2

a3

a3

PLAINTIFF'S
EXHIBIT
NO. 12

Jerry Wagner
3517 Beyers St
Bakersfield Ca 93312
(661)-371-5984
Wagnerjerry82@gmail.com
In Pro Per

ELECTRONICALLY FILED
Superior Court of California,
County of Kern
By: Marina Mercado
Deputy Clerk
05/13/26 10:00 AM

CALFORNIA SUPERIOR COURT, COUNTY OF KERN

JERRY WAGNER, DANNY WAGNER

Plaintiff,

vs.

LOANDEPOT.COM, LLC, FREEDOM MORTGAGE CORPORATION, AFFINIA DEFAULT SERVICES, LLC, DOES 1-50

Defendant

Case No.: 26CUB00705

DECLARATION TO NO OPPOSITION IN SUPPORT OF PRELIMINARY INJUNTION

May 8, 2026

I, Katherine Davis, declare as follows:

1. I am the domestic partner to Jerry Wagner for the past twenty years. Jerry Wagner is Danny Wagner's only next to kin.

2. I became caretake and power of attorney of Danny Wagner with Jerry Wagner, after his wife Freda Wagner passed.

3. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently to the truth of these matters.

DECLARATION TO NO OPPOSITION IN SUPPORT OF PRELIMINARY INJUNTION - 1

94

4. I, nor Jerry Wagner were not present at the loan's origination, but we have had continuous involvement with the mortgage for years. Based on this long-term familiarity, I believe we have greater firsthand knowledge of the loans history, payment records, and document inconsistencies than the individuals submitting declarations on behalf of defendants.

5. We requested/receivied copies of the NOTE from Freedom Mortgage and LoanDepot Dec 2024-Jan 2025 that did not match each other, on the borrowers signatures, and there was no assignment at the Kern County Recorders at that time. The Note is evidence of the debt, the deed is evidence of the collateral, we had no verified proof Danny Wagner had a valid mortgage debt.

6. I have reviewed 3 different loan applications produced by LoanDepot for my uncle's alleged mortgage. Each application lists different income amounts for the borrowers, and the "other income" figures do not match the income amounts stated in the description fields. These discrepancies total approximately $3,000, even though these numbers should be identical, borrowers were on SSI.

When the monthly debt obligations listed in the application are added, the borrower's debt-to-income ratio still exceeds the allowable limits for this loan product- even using the inflated income.

This loan was structured in a way that locked three generations of our family into a contract designed to fail, leaving us with no contractual right other than to "pay until we lose the home."

No reasonable lender acting in good faith would originate a loan under these circumstances.

DECLARATION TO NO OPPOSITION IN SUPPORT OF PRELIMINARY INJUNTION - 2

95

7. I have not seen LoanDepot produce a single piece of competent evidence proving their disbursement of any funds to Danny Wagner.

8. I saw a Note showing April 10, 2020, account summaries/IRS filings both show April 22, 2020, and April 30, 2020, Defendants have not stated what document they use to establish the loans origination date.

9. I reviewed IRS documents that the lenders reported different origination dates, different loan numbers, no defendants explained how their system is "integrated" with the IRS to prevent reporting's as new loan.

10. I reviewed the "Assignment of the Deed of Trust" and do not believe it to be valid when Nationwide Title Clearing, LLC-an entity with no disclosed relationship to my uncles loan- suddenly "requested" an assignment five months later assigns "Heather Leibowitz," an unidentified individual. The Deed of Trust clearly identifies "Lawyers Title Company" as the trustee, the only one on record.

11. Despite the chaos and contradictions in LoanDepot's documents, we still paid Freedom Mortgage every month-$1133 until June 2025, then it was $1018 as they instructed in writing. Then in September 2025 Freedom Mortgage began intentionally misapplying our payments into a suspense account, but we still paid twice in October, once in November and December, by January 2026 they manufactured a default without ever explaining how we supposedly became delinquent, while arbitrarily raising our payments to $1156. My family was right to question Freedom Mortgage; a real servicer would not behave this way.

12. I personally served every defendant, some more that once, and can provide GPS confirmation.

DECLARATION TO NO OPPOSITION IN SUPPORT OF PRELIMINARY INJUNTION - 3

96

13. These errors are life-altering because Danny Wagner's cognitive decline requires his family to rely entirely on accurate information from lenders/servicers to protect him and his financial stability. We have been forced to navigate contradictory loan documents with unidentifiable parties acting in the loan, unexplained payment increase, and payments intentionally held in a suspense account to manufacture a default- All of which create daily stress, financial instability, fear of losing Jerry Wanger, Danny Wagner, and our home. What Defendants dismiss as "clerical errors", are catastrophic events for my family, that threatens our safety for generations to come.

14. The harm Defendants have caused is immediate, severe, and ongoing. Danny Wagner's cognitive decline means he cannot remember prior conversations, so he relieves the terror and confusion of this mortgage crisis every single day. This emotional trauma is dangerous-it can trigger seizures or cardiac arrest, and he already relies on a pacemaker. The damage has also forced Jerry Wagner, a Federal Initial Attack Fire Captain responsible for the lives of hundreds of firefighters and the safety of entire communities, to step away from duty for the first time in ten years. The stress and instability caused by Defendant's actions have already made it unsafe for him to lead wildfire incidents. Losing even one wildland firefighter is a 1.5% loss of the workforce, creating immediate ripple effect across California's emergency response system. These are not potential harms-these are real, present, and compounding harms caused directly by Defendant's misconduct.

15. Not a single Defendant has claimed that they will suffer any loss, hardship, or disruption if this court rules in my family's favor. No one has suggested that they will miss payroll, lose revenue, or experience any personal impact whatsoever. Freedom Mortgage is

DECLARATION TO NO OPPOSITION IN SUPPORT OF PRELIMINARY INJUNCTION - 4

97

owned by a single family-yet unlike ours, their family faces no danger, their financial security is never at risk. The imbalance is staggering while defendants have no consequences, the Wagner family has been medically, emotionally, financially, and generationally harmed.

X ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Katherine Davis

DECLARATION TO NO OPPOSITION IN SUPPORT OF PRELIMINARY INJUNTION - 5

98

99

PLAINTIFF'S
EXHIBIT
NO. 13

**ELECTRONICALLY FILED**
Superior Court of California,
County of Kern
By: Marina Mercado
Deputy Clerk
**05/13/26 10:00 AM**

Jerry Wagner, Danny Wagner
3517 Beyers St
Bakersfield Ca 93312
(661)-371-5984
Wagnerjerry82@gmail.com
In Pro Per

CALFORNIA SUPERIOR COURT, COUNTY OF KERN

JERRY WAGNER, DANNY WAGNER

Plaintiff,

vs.

LOANDEPOT.COM, LLC, FREEDOM MORTGAGE CORPORATION, AFFINIA DEFAULT SERVICES, LLC, DOES 1-50

Defendant

Case No.: 26CUB00705

DECLARATION OF JERRY WAGNER IN SUPPORT OF REPLY BRIEFF AND NO RESPOSE TO OPPOSITON

May 12, 2026

I, Jerry Wagner, declare:

I am a Plaintiff in this case. I submit this declaration to support the Reply and Notice of Non-Opposition to Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the facts because I personally reviewed every document the Defendants filed, served, emailed, or referenced, including all versions of the Note, the Deed of Trust, assignments, declarations, payment records, and foreclosure documents.

DECLARATION OF JERRY WAGNER IN SUPPORT OF REPLY BRIEFF AND NO RESPOSE TO OPPOSITON - 1

100

From my review, I confirmed that Defendants filed no opposition, made no legal arguments, and did not dispute any evidence presented in the Motion. Defendants also failed to complete a meet and confer five days before the deadline of May 10, 2026.

1. For months, I have been subjected to nonstop phone calls, text messages, mailed notices, and even unannounced visitors coming to my home, all telling me that my house is "in foreclosure," "going to auction," or that I am about to lose my property. These encounters have been relentless and have caused significant disruption to my home and family.

2. These repeated foreclosure threats have suffered mental and emotional harm, especially to Danny Wagner, whose cognitive decline makes him extremely vulnerable to stress and confusion. The combination of these inconsistent documents, the repeated foreclosure threats, and the constant harassment has caused ongoing harm to me, my family, and especially to Danny Wagner, whose health and safety depend on stability and accurate information.

3. The ongoing mortgage issues and the constant harassment have also prevented me from returning to work as a Federally contracted Initial Attack Fire Captain, a position I have held for over ten years.

4. Freedom Mortgage recently sent me a declaration from Ebony C. Sherrod, along with a third version of the "NOTE". This version is materially different from the two versions previously sent to me by the plaintiffs.

5. I have attached the signature page of all three version see:

Exhibit 1 Page  4 - Version of the NOTE LoanDepot served me

Exhibit 2 Page 5 – First version of the NOTE Freedom Mortgage served me

Exhibit 3 Page 6- Third version of the NOTE second version served on me through email

DECLARATION OF JERRY WAGNER IN SUPPORT OF REPLY BRIEFF AND NO RESPOSE TO OPPOSITON - 2

101

6. I have attached a doctor's letter from Danny Wagners doctor, Dr. Patel Exhibit 4 Page 7

X Jerry Wagner

Jerry Wagner
In Pro Per

DECLARATION OF JERRY WAGNER IN SUPPORT OF REPLY BRIEFF AND NO RESPOSE TO OPPOSITON - 3

102



protections given to the Note Holder under this Note, a Mortgage, Deed of Trust or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

_____
- BORROWER -   DANNY LEE WAGNER

_____
- BORROWER -   FREDA SUE WAGNER

*[Sign Original Only]*

Individual Loan Originator: TRISTEN ALLEMAN, NMLSR ID: 5307
Loan Originator Organization: LOANDEPOT.COM, LLC, NMLSR ID: 4457

PAY TO THE ORDER OF: _____
WITHOUT RECOURSE
loanDepot.com, LLC

BY: _____

**MULTISTATE FIXED RATE NOTE** --Single Family-- Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
5.69                                                    Form 3200   1/01   *(page 3 of 3 pages)*



5|3|3|103643148

PLAINTIFF'S
EXHIBIT
NO. 13

103

3148

protections given to the Note Holder under this Note, a Mortgage, Deed of Trust or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

_____
- BORROWER - DANNY LEE WAGNER

_____
- BORROWER - FREDA SUE WAGNER

*[Sign Original Only]*

Individual Loan Originator: TRISTEN ALLEMAN, NMLSR ID: 5307
Loan Originator Organization: LOANDEPOT.COM, LLC, NMLSR ID: 4457

PAY TO THE ORDER OF: _____
WITHOUT RECOURSE
loanDepot.com, LLC

BY: _____

MULTISTATE FIXED RATE NOTE --Single Family-- Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
EX  5.69                                                      Form 3200   1/01   *(page 3 of 3 pages)*

5|3|3|103643148



PLAINTIFF'S
EXHIBIT
NO. 13



■■■3148

protections given to the Note Holder under this Note, a Mortgage, Deed of Trust or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

_____  4/10/2020  DLW

- BORROWER -   DANNY LEE WAGNER

_____  #FSW

- BORROWER -   FREDA SUE WAGNER

*[Sign Original Only]*

Individual Loan Originator: **TRISTEN ALLEMAN**, NMLSR ID: **1895307**
Loan Originator Organization: **LOANDEPOT.COM, LLC**, NMLSR ID: **174457**

PAY TO THE ORDER OF: _____
WITHOUT RECOURSE
loanDepot.com, LLC

BY: _____



Megan West
Collateral Document Specialist

**MULTISTATE FIXED RATE NOTE --Single Family-- Fannie Mac/Freddie Mac UNIFORM INSTRUMENT**
CX   5.69                                              Form 3200   1/01   *(page 3 of 3 pages)*

5|3|3|■■3148

PLAINTIFF'S
EXHIBIT
NO. 13

105

Raj Patel, M.D.

Primary Care Physician

Preferred Family Care Physicians

661-369-2273


May 5, 2026


To Whom It May Concern:


I am the primary care physician for Danny Wagner and have been involved in his ongoing medical care for over ten years. Based on my medical evaluations, clinical observations, and records available in his chart, the following information reflects my professional understanding of his condition during the relevant period.


Mr. Wagner demonstrated documented cognitive impairment as early as 2016, with symptoms consistent with diminished memory, impaired judgment, and reduced ability to independently manage daily tasks. These impairments were noted to be progressive in nature.


By 2020, Mr. Wagner's cognitive limitations had advanced to the point that he was not consistently capable of making sound, informed, or independent decisions regarding personal, financial, or daily-living matters. During this time, he relied heavily on others for support, supervision, and assistance with routine activities and decision-making.


Mr. Wagner has a long history of tobacco use, seizure disorder, and chronic cardiac disease, all of which significantly impact his overall health and functional capacity.


This statement is provided at the request of the family for administrative and evaluative purposes and is based solely on my medical knowledge and the records maintained in the course of his treatment.

PLAINTIFF'S
EXHIBIT
NO. 13

106

Sincerely,

RAJENDRA A PATEL, M.D.

Dr. Raj Patel

107

108

PLAINTIFF'S
EXHIBIT
NO. 14

Jerry Wagner
3517 Beyers St
Bakersfield Ca 93312
(661)-371-5984
Wagnerjerry82@gmail.com
In Pro Per

**ELECTRONICALLY FILED**
Superior Court of California,
County of Kern
By: Marina Mercado
Deputy Clerk
**05/13/26 10:00 AM**

CALFORNIA SUPERIOR COURT, COUNTY OF KERN

JERRY WAGNER, DANNY WAGNER

Plaintiff,

vs.

LOANDEPOT.COM, LLC, FREEDOM MORTGAGE CORPORATION, AFFINIA DEFAULT SERVICES, LLC, DOES 1-50

Defendant

Case No.: 26CUB00705

REPLY BRIEF NON-OPPOSITION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND DECLARTORY RELIEF

May 9, 2026

1. Plaintiffs Jerry Wagner and Danny Wagner respectfully submit this reply and "Notice of Non-Opposition in Support of Motion for Preliminary Injunction". The deadline for Defendants to file an opposition has passed. Because Defendants filed no opposition, they have forfeited all arguments, failed to rebut any factual showing, and left Plaintiffs evidence and legal arguments undisputed. Defendants' conclusory statements have collapsed under their clients' own contradictory documents.

REPLY BRIEF NON-OPPOSITION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND DECLARTORY RELIEF - 1

2. Instead of correcting the record:

    a. Freedom Mortgage emailed a declaration with 3rd version of the Note to Plaintiff that has not been filed with the court, and with a brand-new indorsement that we have never seen before.

    b. Affinia is moving ahead with the auction despite the obvious defects and without even attempting an investigation, claiming trustee immunity and neutral action.

    c. LoanDepot has stayed silent on the numerous defects within the mortgage documents they created. Freedom Mortgage and Affinia are relying on these documents to lawfully foreclose.

2. Evidence Code § 421:When a party fails to produce evidence it should produce, the evidence offered by the opposing party should be accepted as true.

## I. DEFENDANTS FILED NO OPPOSITION -NO MEET AND CONFER

1.Defendants filed no memorandum, no legal argument, and no opposition brief. Declarations alone do not satisfy California laws. California Rules of Court, Rule 3.1113(a)-opposition must serve and file memorandum of points and authorities, Rule 3.113(b)-memorandum must contain supporting legal arguments, Rule 3.113(d)- evidence submitted cannot replace the required memorandum, Rule 3.1300(a)-opposition papers must be filed at least nine court days before hearing. Defendants failed to complete meet and confer 5 days before deadline, demurring not possible.

## II. MOTIONS ARE NOT DECIDED ON DECLARATIONS

LEGAL BRIEF NON-OPPOSITION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND DECLARTORY RELIEF - 2

110 -

1. Because defendants filed no opposition, they are in procedural default. Rule 3.1129(a)(3)-motions are decided base on the motion, the opposition, and the reply-not declarations filed in isolation. Cal. Evidence Code § 413:a judge may consider the party's failure to explain or deny by their testimony such evidence or facts.

## III. NO ADMISSABLE EVIDENCE

1. Even if the court considers the declarations, they do not rebut any of the factual or legal defects raised in Plaintiffs' Motion or FAC. Defendants' declaration goes no further than asserting familiarity with the documents, falling short of the personal knowledge required for admissible testimony.

2. Evidence Code §702- a declarant must have firsthand knowledge not someone who never worked on, service it, and wasn't present for the events cannot testify to anything except hearsay. Evidence Code § 1400,1271-Only someone who: Created the documents and maintained the records the whole time can authenticate the mortgage documents or admit them. A person who wasn't there, didn't work there, or maintain the system cannot make representations CCP § 2015.5. Evidence Code § 403-They cannot lay foundation or explain when loan origination was, whether the documents are accurate.

3. In Foreclosure cases, Civil Code § 2924.17- Servicers must review competent and reliable evidence before recording notices. A random agent for defendants six years later has proven not to be competent and the evidence is unreliable.

## IV. LACK OF STANDING

LEGAL BRIEF NON-OPPOSITION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND DECLARTORY RELIEF - 3

1. LoanDepot and Freedom Mortgage have now served three different version of the "Original NOTE" on Plaintiff, the first two inconsistent version were sent 5 months before the defective assignment of trustee at the Kern County Recorder's Office.

2. This new 3rd version contains a different borrower signature and a previously undisclosed indorsement rendering the document inherently unreliable and unauthenticated under Evid. Code § 1401.

   Because Defendants cannot identify which of these documents is the original, they have failed to establish standing, and valid chain of title to support a foreclosure.

3. The third version of the note appears inconsistent with the timeline of events and may have been created and executed after the fact. NOTE executed in "Foothill" when burrowers were in "Bakersfield" is material because it effects authenticity, enforceability, and chain of title.

4. The third version of the NOTE was produced by Freedom Mortgage, the second servicer, different from the first version they served on Plaintiff, no explanation of why the new one now has a blank indorsement when none existed before, and the burrowers signatures changed. Both versions that Freedom Mortgage produced differ from the version LoanDepot served on Plaintiff.

   a. The declarant Ebony C, Sherrod identifies as a "litigation specialist" for Freedom Mortgage, she does not claim personal knowledge of the loan's origination, transfers, servicing history, does not explain why three different versions of the NOTE exist, she only references one account numbers assigned to the NOTE, or why payments were held in a suspense account.

LEGAL BRIEF NON-OPPOSITION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND DECLARTORY RELIEF - 4

112

5. The inconsistent documents raise substantial questions about whether the assignment was executed by an entity with authority at the time consistent, with the concerns identified in Yvanova v. New Century Mortgage Corp.

6. Jerry Wagner and Katherine Davis have reviewed all versions of the mortgage documents provided over the years, despite not and able to identify the inconsistencies that defendants' declarants do not address because they lack firsthand knowledge of the loans actual history, the omissions are not accidental.

## V. HOMMEOWNER BILL OF RIGHTS, CAL CIVIL CODE § 2924.17, 2924.(A)(1)

1. HBOR liability is attached to any entity whose inaccurate records, declarations, or representations are used to initiate or advance foreclosure, not only the entity that physically initiates the foreclosure process. Freedom Mortgage and Affinia relied on LoanDepot's defective documents to initiate foreclosure.

2. LoanDepot created three origination dates 04/10/2020 on the three versions of the NOTE, 04/22/2020 or 04/30/2020 on IRS Forms 1098, internal payment summaries, and other mortgage documents.

3. LoanDepot and Freedom Mortgage reported their internal account numbers, different origination dates on IRS 1098 forms

4. Cal. Civil Code § 2924.17 requires that all foreclosure documents be based on competent and reliable evidence.

## VI. AFFINIA DEFAULT SERVICES, BASIS FOR INJUNCTION

LEGAL BRIEF NON-OPPOSITION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND DECLARTORY RELIEF - 5

113

1. Affinia Default Services cannot proceed with foreclosure because the evidence submitted in Plaintiff's declaration establishes that Affina acted without legal authority, relied on void instruments, and failed to comply with statutory duties.

2. Affinia's declarant, Omar Solorazano, admits only that he "reviewed" certain documents, but does not claim to have reviewed any evidence of delinquency or of Freedom Mortgages alleged assignment.

3. Plaintiffs' declaration confirms all payments had been made, Plaintiffs were not in default, Plaintiffs provided proof of payment, Affinia ignored this evidence, proceeded despite statutory defects.

4. Affinia acted outside the scope of trustee immunity. Under Kachlon v Markowitiz (2008) 168 Cal. App. 4th 316, trustee immunity does not apply when the trustee acts maliciously, oppressively, or outside the scope of its authority.

5. Under Dimock v Emerald Properties (2000) 81 Cal.App.4th 868, a foreclosure initiated by an entity without authority is void, not voidable. Affinia's actions are void

6. A void foreclosure cannot proceed and Affinia must remain enjoined from conducting a foreclosure sale, recording further foreclosure documents, Transferring or assigning any interest, Or taking any action as "trustee"

## VII. BREACH OF CONTRACT

1. The facts correspond to specific contractual duties, proper application of payments, notice of payment changes , accurate default, notice and opportunity to cure, only the beneficiary may foreclose, trustee must act lawfully. California law allows pleading in the alternative (void +breach)

LEGAL BRIEF NON-OPPOSITION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND DECLARTORY RELIEF - 6

## VIII. IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING

1. The facts show Defendants deprived Plaintiffs of the benefits of the contract including accurate records and accounting, proper payment application, lawful foreclosure process, And the right to cure

## IX. ROSENTHAL ACT/FDCPA

1. California Senate Bill 187 (2019) amended the Rosenthal Fair Debt Collection Act, expanding the definition of consumer debt to include "mortgage debts" and "debt collector" statues applies even if the loan is current.

2. The Rosenthal Act is designed to protect consumers more broadly than federal law, explicitly bringing mortgage collection, including communications and foreclosure threats under its umbrella.

## X. NEGLIEGENCE AND NEGIEGENCE MISREPRESENTATION

1. Alvarez v BAC Home Loan Servicing L.P (2014) holding that lenders/servicers can be liable for negligence and unfair business practices.

2. Defendants owed duty when they mishandle records, misapply payments, provide inaccurate information. Freedom Mortgage introduced a new loan number when instructed Plaintiffs to make $1118 under a loan modification

3. The facts show WHO: LoanDepot, Freedom Mortgage, and Affinia, WHAT: cannot balance the loan, cannot authenticate the loan, defective mortgage documents, broken chain of title ,WHEN: 2020-2026, HOW: Three Contradictory NOTES, false IRS forms, false NOD, false trustee address, false execution location, account numbers assigned to the NOTE not integrated, reported to the IRS with three different origination dates, payments held in

LEGAL BRIEF NON-OPPOSITION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND DECLARTORY RELIEF - 7

115

suspense account to manufacture default, assignments from unknown entities in the alleged chain of title. This is affirmative misconduct, not "ordinary lending"

## XI. UNFAIR COMPETITION (BUS & PROF. CODE § 17200)

1. Plaintiffs' FAC and declarations establish unlawful, unfair, and fraudulent conduct by all defendants.

2. Unlawful Conduct includes HOBOR Cal Civil Code §§ 2923.5, 2923.55, 2924(a)(1), 2924.11, 2924.11, and Rosenthal Act/FDCPA

3. Unfair Conduct Includes misapplying payments, manufacturing a default, recording a NOD without authority, using a false trustee address, and relying on fabricated loan records.

4. Fraudulent conduct includes contradictory NOTES, False execution location, false IRS reporting, contradictory loan numbers, and false transfer representations.

5. Plaintiffs' declarations confirm these defects, and defendants filed no opposition, leaving allegations unrebutted.

## XII.  Declaratory Relief

1. Plaintiffs FAC and declarations established a present, actual controversy regarding the mortgage documents Loan Depot originated, chain of title, the authority of Freedom Mortgage and Affinia, the status of the account is mathematically impossible to get a true accounting, and the authenticity of the NOTE.

2. These Facts create a real and immediate dispute requiring judicial determination.

## XII. QUITE TITLE

1. Plaintiffs' FAC and declaration establish multiple void instruments including, Void substitution of trustee executed by an entity with no beneficial interest, Void NOD recorded

LEGAL BRIEF NON-OPPOSITION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND DECLARTORY RELIEF - 8

1.16

by an unauthorized entity (Cal Civil Code § 2924(a)(1) , A void assignment omitting the alleged beneficiary, And a void chain of title

2. Actions taken by an unauthorized trustee are void, not voidable.

3.  Katherine Davis's declaration proves Affini's address is false and refused service making tender impossible.

4. Plaintiffs FAC and declarations prove they were not in default and provided proof of payment.

## XIII. 26 USC § 7434

1. Plaintiffs FAC and declarations show willful falsification, not clerical error.

2. Different origination dates, unintegrated loan number, cannot validate the principal balance, mirror the contradictions in the NOTE, assignments, and servicing records.

3. Defendants producing a third NOTE with a new indorsement further demonstrate intentional manipulation of loan documents. These facts support a plausible inference of willfulness under USC 26 § 7434.

## IX. CONSTRUCTIVE FRAUD

1. Constructive does not require a traditional fiduciary relationship; it applies whenever one party possesses superior knowledge and the other reasonably relies on that information.

2. Plaintiffs FAC, declarations, and reply establish that LoanDepot, Freedom Mortgage, Affinia controlled all loan records, servicing data, assignments, declarations, and foreclosure documents.

3. Plaintiffs relied on these representations to understand the loan status, beneficiary identity, and foreclosure authority. Plaintiffs' declaration shows defendants had contradictions in the

LEGAL BRIEF NON-OPPOSITION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND DECLARTORY RELIEF - 9

mortgage loan since origination in 2020 with LoanDepot. These facts demonstrate Defendants breached their equitable duties of honesty, accuracy and fair dealing in a non-judicial foreclosure context.

## IIX INJUCTIVE RELIEF

1. Defendants filed no opposition after being granted two continuances, leaving all facts unrebutted. Plaintiffs' declarations show medical, emotional, and financial harm, and the public-safety impact of forcing a Federal Fire Captain off duty. Injunctive relief is proper and necessary to preserve the status quo.

## X. TENDER IS NOT REQUIRED

1. Tender is not required in this case because Plaintiffs challenge a foreclosure based on void instruments, void authority, nonexistent default, void assignment, defective declaration all of which are independently established in the FAC and Plaintiffs' declaration.

## XI. Conclusion

1. Defendants fied no opposition raised in Plaintiff's Motion, FAC, declarations, or reply. The only filings submitted were conclusory declarations lacking personal knowledge, foundation, or admissible evidence which do not address the core defects identified by Plaintiffs

X _____     X _____
Jerry Wagner                   Danny Wagner
In Pro Per                     In Pro Per

LEGAL BRIEF NON-OPPOSITION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND DECLARTORY RELIEF - 10

PLAINTIFF'S
EXHIBIT
NO. 15

119

FILED ON DEMAND

POS-050/EFS-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY:   STATE BAR NO: | FOR COURT USE ONLY |
|---|---|

NAME: Jerry Wagner
FIRM NAME: IN Pro Per
STREET ADDRESS: 3517 Beyers St
CITY: Bakersfield   STATE: CA   ZIP CODE: 93312
TELEPHONE NO.: 661-371-5984   FAX NO. :
E-MAIL ADDRESS: WagnerJerry82@gmail.com
ATTORNEY FOR (name): IN Pro Per

**ELECTRONICALLY FILED**
Superior Court of California,
County of Kern
By: Marina Mercado
Deputy Clerk
**05/13/26 9:48 AM**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Kern
STREET ADDRESS: 1215 Truxtun Ave
MAILING ADDRESS: 1215 Truxtun Ave
CITY AND ZIP CODE: Bakersfield, 93301
BRANCH NAME: Metro Civil

PLAINTIFF/PETITIONER: Jerry Wagner

DEFENDANT/RESPONDENT: Loandepoth.Com, LLC

CASE NUMBER:
26CUB00705

JUDICIAL OFFICER:
Hon T. Mark Smith

**PROOF OF ELECTRONIC SERVICE**

DEPARTMENT:
T2

1. I am at least 18 years old.
   a. My residence or business address is (specify): 3517 Beyers St, Bakersfield CA 93312

   b. My electronic service address is (specify): WagnerJerry82@gmail.com

2. I electronically served the following documents (exact titles):

   ☒ The documents served are listed in an attachment. (Form POS-050(D)/EFS-050(D) may be used for this purpose.)

3. I electronically served the documents listed in 2 as follows:
   a. Name of person served: loren Coe

      On behalf of (name or names of parties represented, if person served is an attorney): Loandepot.com, LLC

   b. Electronic service address of person served: loren.coe@stinson.com

   c. On (date): 05/13/2026

      ☐ The documents listed in item 2 were served electronically on the persons and in the manner described in an attachment. (Form POS-050(P)/EFS-050(P) may be used for this purpose.)

Date: 05/13/2026

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Jerry Wagner
(TYPE OR PRINT NAME OF DECLARANT)

▶ _(signature)_
(SIGNATURE OF DECLARANT)

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
POS-050/EFS-050 [Rev. February 1, 2017]

**PROOF OF ELECTRONIC SERVICE**
(Proof of Service/Electronic Filing and Service)

Cal. Rules of Court, rule 2.251
www.courts.ca.gov

For your protection and privacy, please press the Clear
This Form button after you have printed the form.

| Print this form | Save this form |

| Clear this form |

126

POS-050(D)/EFS-050(D)

| CASE NAME: | CASE NUMBER: |
|---|---|
| JERRY WAGNER et al v. LOANDEPOT.COM, LLC et al | 26CUB00705 |

## ATTACHMENT TO PROOF OF ELECTRONIC SERVICE (DOCUMENTS SERVED)

*(This attachment is for use with form POS-050/EFS-050.)*

**The documents that were served are as follows** *(describe each document specifically):*

Declaration of Jerry Wagner in support of reply brief and no response

Reply Brief Non Opposition in support of motion for preliminary injunction and declaratory relieg

Declaration to no opposition in support of preliminary injunction by Katherine Davis

Short notice of defendants failure to comply with CCP § 430.41

Short notice of no opposition filed opposing prelimary injunction

Notice of filed declaration by Affinia Default Services, LLC

Form Approved for Optional Use
Judicial Council of California
POS-050(D)/EFS-050(D)
[New January 1, 2010]

**ATTACHMENT TO PROOF OF ELECTRONIC SERVICE (DOCUMENTS SERVED)**
**(Proof of Service/Electronic Filing and Service)**

Page _____ of _____

121

FILED ON DEMAND

POS-050/EFS-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY:   STATE BAR NO: | FOR COURT USE ONLY |
|---|---|
| NAME: Jerry Wagner<br>FIRM NAME: In Pro Per<br>STREET ADDRESS: 3517 Beyers St<br>CITY: Bakersfield   STATE: CA   ZIP CODE: 93312<br>TELEPHONE NO.: 661-371-5984   FAX NO.:<br>E-MAIL ADDRESS: WagnerJerry82@gmail.com<br>ATTORNEY FOR (name): IN Pro Per | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of Kern<br>By: Marina Mercado<br>Deputy Clerk<br>**05/13/26 9:48 AM** |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Kern<br>STREET ADDRESS: 1215 Truxtun Ave<br>MAILING ADDRESS: 1215 Truxtun Ave<br>CITY AND ZIP CODE: Bakersfield, 93301<br>BRANCH NAME: Metro (Civil | |
| PLAINTIFF/PETITIONER: Jerry Wagner<br>DEFENDANT/RESPONDENT: Affina Default Services LLC | CASE NUMBER:<br>26CUB00705 |
| | JUDICIAL OFFICER:<br>Hon. T. Mark Smith |
| **PROOF OF ELECTRONIC SERVICE** | DEPARTMENT:<br>Courtroom T2 |

1. I am at least 18 years old.
   a. My residence or business address is (specify): 3517 Beyers St, Bakersfield CA 93312

   b. My electronic service address is (specify): WagnerJerry82@gmail.com

2. I electronically served the following documents (exact titles):

   ☑ The documents served are listed in an attachment. (Form POS-050(D)/EFS-050(D) may be used for this purpose.)

3. I electronically served the documents listed in 2 as follows:
   a. Name of person served: nabeel.zuberi
      On behalf of (name or names of parties represented, if person served is an attorney): Affina Default Services LLC

   b. Electronic service address of person served : nabeel.zuberi@Mcalla.com

   c. On (date): 05/13/2026

      ☐ The documents listed in item 2 were served electronically on the persons and in the manner described in an attachment. (Form POS-050(P)/EFS-050(P) may be used for this purpose.)

Date: 05/13/2226

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Jerry Wagner
(TYPE OR PRINT NAME OF DECLARANT)

▶ Jerry Wagner
(SIGNATURE OF DECLARANT)

Page 1 of 1

Form Approved for Optional Use<br>Judicial Council of California<br>POS-050/EFS-050 [Rev. February 1, 2017]

**PROOF OF ELECTRONIC SERVICE**
(Proof of Service/Electronic Filing and Service)

Cal. Rules of Court, rule 2.251
www.courts.ca.gov

For your protection and privacy, please press the Clear This Form button after you have printed the form.

| Print this form | Save this form | | Clear this form |
|---|---|---|---|

122

POS-050(D)/EFS-050(D)

| CASE NAME: | CASE NUMBER: |
|---|---|
| JERRY WAGNER et al v. LOANDEPOT.COM, LLC et al | 26CUB00705 |

## ATTACHMENT TO PROOF OF ELECTRONIC SERVICE (DOCUMENTS SERVED)

*(This attachment is for use with form POS-050/EFS-050.)*

**The documents that were served are as follows** *(describe each document specifically):*

Declaration of Katherine Davis for Jerry Wagner and Danny Wagner

Declaration of Jerry Wagner in support of reply brief and no response

Reply Brief Non Opposition in support of motion for preliminary injunction and declaratory relieg

Declaration to no opposition in support of preliminary injunction by Katherine Davis

Short notice of defendants failure to comply with CCP § 430.41

Short notice of no opposition filed opposing prelimary injunction

Notice of filed declaration by Affinia Default Services, LLC

Form Approved for Optional Use
Judicial Council of California
POS-050(D)/EFS-050(D)
[New January 1, 2010]

**ATTACHMENT TO PROOF OF ELECTRONIC SERVICE (DOCUMENTS SERVED)**
(Proof of Service/Electronic Filing and Service)

Page ____ of ____

123

FILED ON DEMAND

POS-050/EFS-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY:   STATE BAR NO:<br>NAME: Jerry Wagner<br>FIRM NAME: In Pro Per<br>STREET ADDRESS: 3517 Beyers St<br>CITY: Bakersfield   STATE: CA   ZIP CODE: 93312<br>TELEPHONE NO.: 661-371-5984   FAX NO.:<br>E-MAIL ADDRESS: WagnerJerry82@gmail.com<br>ATTORNEY FOR (name): In Pro Per | FOR COURT USE ONLY<br><br>**ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of Kern<br>By: Marina Mercado<br>Deputy Clerk<br>**05/13/26 9:48 AM** |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Kern<br>STREET ADDRESS: 1215 Truxtun Ave<br>MAILING ADDRESS: 1215 Truxtun Ave<br>CITY AND ZIP CODE: Bakersfield, 93301<br>BRANCH NAME: Metro Civil | |
| PLAINTIFF/PETITIONER: Jerry Wagner | CASE NUMBER:<br>26CUB00705 |
| DEFENDANT/RESPONDENT: Freedom Mortgage Corporation | JUDICIAL OFFICER:<br>Hon. T. Mark Smith |
| **PROOF OF ELECTRONIC SERVICE** | DEPARTMENT:<br>T2 |

1. I am at least 18 years old.
   a. My residence or business address is (specify): 3517 Beyers St, Bakersfield CA 93312

   b. My electronic service address is (specify): WagnerJerry82@gmail.com

2. I electronically served the following documents (exact titles):

   ☑ The documents served are listed in an attachment. (Form POS-050(D)/EFS-050(D) may be used for this purpose.)

3. I electronically served the documents listed in 2 as follows:
   a. Name of person served: Zeeshan Iqbal
      On behalf of (name or names of parties represented, if person served is an attorney): Freedom Mortgage Corporation

   b. Electronic service address of person served: ziqbal@hinshawlaw.com

   c. On (date): 05/13/2026

   ☐ The documents listed in item 2 were served electronically on the persons and in the manner described in an attachment. (Form POS-050(P)/EFS-050(P) may be used for this purpose.)

Date: 05/13/2026

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Jerry Wagner
(TYPE OR PRINT NAME OF DECLARANT)

Jerry Wagner
(SIGNATURE OF DECLARANT)

Page 1 of 1

Form Approved for Optional Use<br>Judicial Council of California<br>POS-050/EFS-050 [Rev. February 1, 2017]

**PROOF OF ELECTRONIC SERVICE**
**(Proof of Service/Electronic Filing and Service)**

Cal. Rules of Court, rule 2.251
www.courts.ca.gov

For your protection and privacy, please press the Clear
This Form button after you have printed the form.

| Print this form | Save this form |
|---|---|

| Clear this form |
|---|

124

POS-050(D)/EFS-050(D)

| CASE NAME: | CASE NUMBER: |
|---|---|
| JERRY WAGNER et al v. LOANDEPOT.COM, LLC et al | 26CUB00705 |

## ATTACHMENT TO PROOF OF ELECTRONIC SERVICE (DOCUMENTS SERVED)

*(This attachment is for use with form POS-050/EFS-050.)*

**The documents that were served are as follows** *(describe each document specifically):*

Declaration of Jerry Wagner in support of reply brief and no response

Reply Brief Non Opposition in support of motion for preliminary injunction and declaratory relieg

Declaration to no opposition in support of preliminary injunction by Katherine Davis

Short notice of defendants failure to comply with CCP § 430.41

Short notice of no opposition filed opposing prelimary injunction

Notice of filed declaration by Affinia Default Services, LLC

Form Approved for Optional Use
Judicial Council of California
POS-050(D)/EFS-050(D)
[New January 1, 2010]

**ATTACHMENT TO PROOF OF ELECTRONIC SERVICE (DOCUMENTS SERVED)**
**(Proof of Service/Electronic Filing and Service)**

Page ____ of ____

1.25

12,6

PLAINTIFF'S
EXHIBIT
NO. 16

12,6



# Superior Court of California
## County of Kern

## Filings

- Domestic Violence Filing
- Gun Violence Filing

**26CUB00705**
Jerry Wagner, et al v. LoanDepot.Com,LLC, et al
Bakersfield Metropolitan Justice

Summary    Filings    Parties    Documents    Events    Case Transfer

Summary

### ⌄ Next Event

| ▼ Date/Time | Type | Official | Location |
|---|---|---|---|
| 05-20-2026 08:30 AM | Motion - re: Preliminary Injunction | Smith | Bakersfield Traffic Courtroom 2 |

### ⌄ Judicial Officers

| ▼ Date | Role | Name | Status | Case Judge |
|---|---|---|---|---|
| 02/24/2026 | Judge | Smith T Mark | Current | Case Judge |

⌃ Back to Top ⌃

127



# Superior Court of California
**County of Kern**

## Filings

- Domestic Violence Filing
- Gun Violence Filing

**26CUB00705**
Jerry Wagner. et al v. LoanDepot.Com,LLC, et al
Bakersfield Metropolitan Justice

Summary    Filings    Parties    Documents    Events    Case Transfer

Documents

### Documents

| Filed | Description | Filed By |
|---|---|---|
| | 26CUB00705  Jerry Wagner  et al v  LoanDepot Com.LLC, et al | |
| 05/19/2026 | Ruling  Removal of Action "Out of Court Control" | Clerk |
| 05/19/2026 | Certificate of Service | Clerk |
| 05/18/2026 | Notice - Removal (Entire) **EFILED** | Defendant - Freedom Mortgage Corporation |
| 05/13/2026 | Notice **EFILED** | Plaintiff - Jerry Wagner |
| 05/13/2026 | Notice **EFILED** | Plaintiff - Jerry Wagner |
| 05/13/2026 | Notice **EFILED** | Plaintiff - Jerry Wagner |
| 05/13/2026 | Proof - Personal Service on First Amended Complaint as to Affinia Default Services LLC via personal service ***Filed on Demand** Duplicate filing as Proof of Service was filed for party served on 04/21/2026 **EFILED** | Plaintiff - Jerry Wagner |
| 05/13/2026 | Proof - Electronic Service **EFILED** | Plaintiff - Jerry Wagner |
| 05/13/2026 | Proof - Electronic Service **EFILED** | Plaintiff - Jerry Wagner |
| 05/13/2026 | Proof - Electronic Service **EFILED** | Plaintiff - Jerry Wagner |
| 05/13/2026 | Proof - Electronic Service **EFILED** | Plaintiff - Jerry Wagner |
| 05/13/2026 | Proof - Electronic Service **EFILED** | Plaintiff - Jerry Wagner |
| 05/13/2026 | Brief - Reply non opposition in support of Motion for preliminary injunction **EFILED** | Plaintiff - Jerry Wagner |
| 05/13/2026 | Declaration to no opposition in support of preliminary Injunction **EFILED** | Plaintiff - Jerry Wagner |
| 05/13/2026 | Declaration of Jerry Wagner in support of reply brief and no response to opposition **EFILED** | Plaintiff - Jerry Wagner |

128

| Date | Description | Party |
|---|---|---|
| 04/13/2026 | Declaration - Meet and Confer **EFILED** | Defendant - LoanDepot.Com,LLC |
| 04/13/2026 | Proof - Service Re: Declaration Meet & Confer **EFILED** | Defendant - LoanDepot.Com,LLC |
| 04/10/2026 | Declaration - Demurrer Extension **EFILED** | Defendant - Freedom Mortgage Corporation |
| 04/07/2026 | Notice of Preliminary Injunction Hearing | Plaintiff - Jerry Wagner Plaintiff - Danny Wagner |
| 04/03/2026 | Notice - Rejection Application for Appointment of Guardian Ad Litem - efile 26KN00085063 | Clerk |
| 04/03/2026 | Notice - Rejection (Electronic) 26CUB00705 - Opposition submission | Clerk |
| 04/03/2026 | Notice - Opposition Defendant Freedom Mortgage Corporation's Opposition To Plaintiffs' Motion For Preliminary Injunction **EFILED** | Defendant - Freedom Mortgage Corporation |
| 04/03/2026 | Request - Judicial Notice Corporation's Request For Judicial Notice In Support Of Opposition To Plaintiffs' Motion For Preliminary Injunction **EFILED** | Defendant - Freedom Mortgage Corporation |
| 04/03/2026 | Order (Proposed) **EFILED** | Defendant - Freedom Mortgage Corporation |
| 04/03/2026 | Notice - Rejection (Electronic) Document - efile - 26KN00090300 | Clerk |
| 04/02/2026 | Notice - Rejection (Electronic) Opposition / Order Cover Sheet / Request for Judicial Notice - efile - 26KN00093085 | Clerk |
| 04/01/2026 | Proof - Service as to Freedom Mortgage Corporation - Notice of Motion **EFILED** | Plaintiff - Jerry Wagner |
| 04/01/2026 | Proof - Service for Loan depot LLC - Notice of motion submission **EFILED** | Plaintiff - Jerry Wagner |
| 04/01/2026 | Proof - Service for Loan depot LLC - renotice of preliminary injunction **EFILED** | Plaintiff - Jerry Wagner |
| 04/01/2026 | Notice - Rejection proof of service as to motion | Clerk |
| 03/30/2026 | Proof - Service of Summons as to Freedom Mortgage Corporation via personal service **EFILED** | Plaintiff - Jerry Wagner |
| 03/30/2026 | Proof - Service of Summons as to LoanDepot.Com, LLC via personal service **EFILED** | Plaintiff - Jerry Wagner |
| 03/30/2026 | Proof - Service by Mail for Notice of Motion **EFILED** | Plaintiff - Jerry Wagner |
| 03/20/2026 | Notice - Rejection | Clerk |

124

| | | |
|---|---|---|
| 03/30/2026 | Proof - Service by Mail for Notice of Motion **EFILED** | Plaintiff - Jerry Wagner |
| 03/20/2026 | Notice - Rejection | Clerk |
| 03/18/2026 | Notice - Rejection | Clerk |
| 03/17/2026 | Notice - Rejection (Electronic) 26KN00074577 - Summons | Clerk |
| 03/12/2026 | Notice - Rejection | Clerk |
| 03/10/2026 | Summons Issued and Filed | Plaintiff - Jerry Wagner<br>Plaintiff - Danny Wagner |
| 03/10/2026 | Notice Re-notice of Motion Resetting Hearing Date for Preliminary Injunction | Plaintiff |
| 03/03/2026 | Motion Preliminary Injunction **EFILED** | Plaintiff - Jerry Wagner |
| 03/03/2026 | Declaration **EFILED** | Plaintiff - Jerry Wagner |
| 03/03/2026 | Order (Proposed) **EFILED** | Plaintiff - Jerry Wagner |
| 03/03/2026 | Points & Authorities **EFILED** | Plaintiff - Jerry Wagner |
| 02/24/2026 | Complaint **EFILED** | Plaintiff - Jerry Wagner<br>Plaintiff - Danny Wagner |
| 02/24/2026 | Civil Case Cover Sheet **EFILED** | Plaintiff - Jerry Wagner<br>Plaintiff - Danny Wagner |
| 02/24/2026 | Notice - Assignment, Order to Show Cause CRC 3.110 and Case Management Conference | Clerk |

⌃ Back to Top ⌃



**26CUB00705**

Jerry Wagner, et al v. LoanDepot.Com,LLC, et al

Bakersfield Metropolitan Justice

Summary    Filings    Parties    Documents    Events    Case Transfer

## Events

### ˅ Events

| ▼ Date/Time | Type | Result | Official | Location |
|---|---|---|---|---|
| ˍ 26CUB00705: Jerry Wagner, et al v. LoanDepot.Com,LLC, et al | | | | |
| 05/20/2026 08 30 AM | Motion - re: Preliminary Injunction | | Smith | Bakersfield Traffic Courtroom 2 |
| 08/25/2026 08 30 AM | Case Management Conference | Not Heard - Vacated | Smith | Bakersfield Traffic Courtroom 2 |
| 06/09/2026 08 30 AM | Order to Show Cause - CRC 3.110 | Not Heard - Vacated | Smith | Bakersfield Traffic Courtroom 2 |
| 05/19/2026 08 00 AM | Ruling | Not Heard - Papers Filed | Smith | Bakersfield Metro Justice Ruling |
| 04/22/2026 08 30 AM | Motion - for Preliminary Injunction | Not Heard Continued by Court | Smith | Bakersfield Traffic Courtroom 2 |
| 04/06/2026 08 30 AM | Motion - Re-notice filed 03/10/2026-Motion filed 03/02/2026 Plaintiff Jerry Wagner Motion for preliminary injunction Requested B; Plaintiff | Heard - Continued | Smith | Bakersfield Traffic Courtroom 2 |
| Complaint - Other Tort: Fraud (16) filed on 02/24/2026 | | | | |

131

132

PLAINTIFF'S
EXHIBIT
NO. 17

132

Jerry Wagner
3517 Beyers St
Bakersfield Ca 93312
(661)-371-5984
Wagnerjerry82@gmail.com
Pro Se

| | |
|---|---|
| JERRY WAGNER, DANNY WAGNER<br><br>Plaintiff,<br><br>vs.<br><br>LOANDEPOT.COM, LLC, FREEDOM MORTGAGE CORPORATION, AFFINIA DEFAULT SERVICES, LLC, DOES 1-50<br><br>Defendant | Case No.:26CUB00705 or 1:26-at-02174<br><br>CONSENT TO ELECTRONIC SERVICE FEDERAL RULE OF CIVIL PROCEDURE 5(B)(2)(E) |

May 19, 2026

I, Jerry Wagner, hereby provide written consent under Federal Rule of Civil Procedure 5(b)(2)(E) to receive service on all documents in this action by electronic means and hard copies continue to be sent postal service  Service may be made to me at the following email address Wagnerjerry82@gmail.com. This is written consent satisfies the requirements of Rule 5(b)(2)(E) and is effective upon transmission.

Pro Se

CONSENT TO ELECTRONIC SERVICE FEDERAL RULE OF CIVIL PROCEDURE 5(B)(2)(E) - 1

133

134

PLAINTIFF'S
EXHIBIT
NO.
— 18



**Jerry Wagner**
to me ▾

---------- Forwarded message ---------
From: **Nabeel Zuberi** <Nabeel.Zuberi@mccalla.com>
Date: Tue, May 19, 2026, 12:23
Subject: Automatic reply: Electronic service consent
To: Jerry Wagner <wagnerjerry82@gmail.com>


I am traveling with limited email access and will respond as soon as possible. I will be back in the office on 5/26/2026.


↩ Reply      ↪ Forward      ☺

135

136

136

PLAINTIFF'S
EXHIBIT
NO. 19

Nabeel M. Zuberi, SBN 294600
**MCCALLA RAYMER LEIBERT PIERCE, LLP**
301 E. Ocean Boulevard, Suite 1720
Long Beach, California 90802
Telephone/Facsimile: (562) 983-5378
Email: Nabeel.Zuberi@McCalla.com
File No. 26-11994CA

Attorneys for Defendant,
AFFINIA DEFAULT SERVICES, LLC

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF KERN

| | |
|---|---|
| JERRY WAGNER, DANNY WAGNER, <br><br> Plaintiffs, <br><br> v. <br><br> LOANDEPOT.COM, LLC, FREEDOM MORTGAGE CORPORATION; AFFINIA DEFAULT SERVICES, LLC; and DOES 1-50, <br><br> Defendants. | CASE NO.: 26CUB00705 <br><br> **DECLARATION OF NON-MONETARY STATUS TO PLAINTIFFS' FIRST AMENDED COMPLAINT BY FORECLOSURE TRUSTEE PURSUANT TO CAL. CIV. CODE § 2924l** <br><br> [FILING FEES EXEMPT PURSUANT TO CAL. CIV. CODE § 2924L(H)] |

I, OMAR SOLORZANO, declare that:

1. I have personal knowledge of the facts herein, and if called as a witness, could and would competently testify thereto.

2. I oversee the operations of Defendant AFFINIA DEFAULT SERVICES, LLC ("ADS").

3. The subject matter of this litigation is a Deed of Trust under which ADS is the substituted trustee. The Deed of Trust was dated April 10, 2020, and recorded May 1, 2020, with the Kern County Recorder's Office as Instrument No.: 220055217. A true and correct copy of the Deed of Trust is attached hereto as **Exhibit 1**. ADS was substituted as the foreclosure trustee under Substitution of Trustee ("SOT") recorded on January 28, 2026, as Document No. 226009965. A true



1

DECLARATION OF NON-MONETARY STATUS TO PLAINTIFFS' FIRST AMENDED COMPLAINT BY FORECLOSURE TRUSTEE
PURSUANT TO CAL. CIV. CODE § 2924l

· l37

and correct copy of the SOT is attached here to as **Exhibit 2**. ADS has not been named as a Defendant due to any acts or omissions on its part in the performance of its duties as trustee.

4.  ADS believes, based on the pleadings, that it has been named in this proceeding solely in its capacity as trustee or dual agent under the Deed of Trust. As stated above, ADS maintains a reasonable belief that it has not been named due to any acts of omissions on its part in the performance of its duties as trustee or agent. The basis for that belief is that the acts of ADS in commencing and proceeding with the foreclosure proceedings are privileged under Civil Code § 2924(d) and Civil Code § 47 and it has engaged in no actionable conduct of any kind.

5.  ADS agrees to be bound by whatever non-monetary order or judgment is issued by the Court regarding the subject Deed of Trust.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 21, 2026 at Long Beach, CA

_____
**OMAR SOLORZANO, Declarant**

**DECLARATION OF NON-MONETARY STATUS TO PLAINTIFFS' FIRST AMENDED COMPLAINT BY FORECLOSURE TRUSTEE PURSUANT TO CAL. CIV. CODE § 2924l**

138

139

PLAINTIFF'S
EXHIBIT
NO. 20

ıt

---

**1:26-cv-03848-JLT-CDB** Wagner et al v. LoanDepot.com, LLC et al
Jennifer L. Thurston, presiding
Christopher D. Baker, referral
**Date filed:** 05/18/2026
**Date of last filing:** 05/19/2026

# History

| RECAP Actions ▾ | | |
|---|---|---|
| **Doc. No.** | **Dates** | **Description** |
| 1 | *Filed & Entered:*  05/18/2026 | ☾ Notice of Removal |
| 2 | *Filed & Entered:*  05/18/2026 | ☾ Corporate Disclosure Statement |
| | *Filed & Entered:*  05/19/2026 | ☾ Service by Mail |
| 3 | *Filed & Entered:*  05/19/2026 | ☾ Civil New Case Documents |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05 21 2026 16:06:10 | | | |
| **PACER Login:** | Kathfdavis86 | **Client Code:** | |
| **Description:** | History Documents | **Search Criteria:** | 1:26-cv-03848-JLT-CDB |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

140

Jerry Wagner, Danny Wagner
3517 Beyers st
Bakersfield CA, 93312
661-371-5984
Wagnerjerry82@gmail.com
Pro Se

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY WAGNER, DANNY WAGNER,

Plaintiff,

vs.

LOANDEPOT.COM, LLC; FREEDOM MORTGAGE CORPORATION;

AFFINIA DEFAULT SERVICES, LLC; AND DOES 1–50,

Defendant

Case No.: 1:26CV 03848

PLEADING TITLE MEMORANDUM OF POINTS AND AUTHORITIES

I. INTRODUCTION

Plaintiff respectfully request remand under 28 USC § 1447(c) because this Court lacks subject-matter jurisdiction and Defendants' removal suffers from incurable procedural defects. The sole federal citation in the First Amended Complaint-26 USC § 7434-cannot create

DEFENDANT'S NAME - 1

4

federal question jurisdiction because IRS 1098 Form is not an "information return" reporting payments made to the taxpayer, and therefore cannot satisfy the statues' elements as a matter of law. With no viable federal claim on the face of the complaint, removal under 28 USC § 1331 was improper and remand is mandatory.

Removal is independently defective under 28USC § 1446 (a) for failure to attach all state-court pleadings, and under § 1446 (b)(2)(A) because not all properly served defendants consented. Removal is further barred by the forum-defendant rule, 28 USC § 1441(b)(2), because all defendants were served in California before removal. Defendants also removed the case two days before Plaintiffs unopposed preliminary-injunction hearing, right after Plaintiff served Freedom Mortgage "Notice For Request of Entry Default (Civ-100) ", without meeting and conferring or attempting to resolve any issues, conduct that violates the spirt and purpose of EDCA Local Rule 230 and demonstrates removal was filed in bad faith to derail imminent state-court proceedings. For all these reasons, remand is required.

## II. THE COURT LACKS SUBJECT MATTER JURISDICTION

1.  A IRS 1098 Form cannot satisfy the elements of 26 USC §7434

Section 7434 creates a private right of action only when a defendant willfully files a fraudulent information return "with respect to payments purported to be made to" the taxpayer. A form 1098 does not report payments made to the taxpayer; it reports mortgage interest the taxpayer paid the lender. Courts uniformly hold that Form 1098 is not an information return within the meaning of §7434. Thus, inaccuracies in origination dates or account numbers on Form 1098 cannot satisfy the statute's elements. See: § 7434 elements and Federal question jurisdiction.

DEFENDANT'S NAME - 2

5

2.  A legally impossible Federal Claim Cannot Create Federal Question Jurisdiction. Under the well-pleaded complaints rule, federal jurisdiction exists only if a valid federal cause of action appears on the face of the complaint. A claim that fails as a matter of law-because the statute does not apply to the fact-is treated as if no federal claim was pled at all. Because Plaintiffs' § 7434 claim is legally impossible, removal under § 1331 was improper.

3.  Remand is Mandatory Under 28 USC § 1447(c)- If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded-because no federal jurisdiction exists, remand is mandatory.

## III. REMOVAL WAS PROCEDURALLY DEFECTIVE

1.  Not All Defendants Consented to Removal

Freedom Mortgage filed its Notice of Removal on May 18, 2026. The federal docket contains no written consent from LoanDepot.com, LLC or Affinia Default Services, LLC. Silence is not consent. Consent must be filed in the federal docket within the 30-day removal window. Because multiple defendants were served and did not join or consent, removal violates § 1446(b)(2)(A).

2.  The Notice of Removal Is Defective on Its Face

The Notice of Removal does state that all defendants consented. It does not attach any written consent. It does not certify that consent was obtained. These omissions are fatal.

3.  Defendants failed to attach all state-court Pleadings violating 28 USC § 1446(a) requiring removing party to attach "all process, pleadings, and orders" served in the state action. Defendants Failed to attach all of Plaintiffs filings.

## IV. REMOVAL IS BARRED BY THE FORUM-DEFENDANT RULE (28 USC §1441(B)(2))

DEFENDANT'S NAME - 3

1. Section 1441(b)(2) prohibit removal of a diversity case when any properly served defendant is a citizen of the state where action was filed. All defendants were served and appeared in state court before removal. This is a jurisdictional bar, not curable defect. See: Forum-defendant rule.

## V. DEFENDANTS' FAILURE TO MEET AND CONFER DEMONSTRATES BAD-FAITH REMOVAL

1. Defendants' Failure to Meet and Confer Caused the Unnecessary Federal Issues, Defendants' refusal to follow the Court's procedural rules—specifically the requirement to conduct meaningful, good-faith meet-and-confer efforts—directly created the situation they now rely on to justify removal.

2. Although removal is not technically a motion, EDCA Local Rule 230 requires parties to meet and confer before seeking judicial intervention. Freedom Mortgages conduct demonstrates removal was field to derail the state-court injunction hearing, not to litigate a legitimate federal issue. Courts consider such conduct when awarding fees under § 1447(c). See: EDCA local Rule 230, Bad-faith removal.

3. Had Freedom Mortgage, LoanDepot, and Affinia Default Services complied with their obligations, the parties would have already addressed the allegations under 26 U.S.C. § 7434 and the Fair Debt Collection Practices Act at the state-court level.
Those issues would have been narrowed, clarified, or resolved without any need for federal intervention. California courts require parties to meet and confer in good faith before raising disputes, including statutory violations.

4. Defendants did not do so. Their failure prevented the parties from addressing: Whether the § 7434 claim was properly pled Whether the FDCPA allegations applied to each defendant

DEFENDANT'S NAME - 4

7

Whether amendment, clarification, or withdrawal of claims was appropriate Whether any federal issues could be resolved without motion practice.

5. If the Defendants had complied with their obligations, these matters would have been handled in the ordinary course of state-court procedure. Instead, Defendants now attempt to use the mere presence of federal statutes—statutes they refused to discuss during meet-and-confer—as a pretext to remove the case. The removal statute does not reward parties who create federal issues through non-compliance

# VI. REMAND IS MANDATORY AND FEES ARE APPORIATE UNDER 28 USC § 1447(c)

1. Because removal lacked an objectively reasonable basis-given the invalid § 7434 claim, the forum-defendant rule, lack of unanimous consent, missing filings, and bad-faith timing-Plaintiff is entitled to remand and fees.

Federal courts "possess only the power authorized by Constitution and statute." Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 377 (1994).

The removing defendant bears the burden of establishing federal jurisdiction, and "any doubt is resolved in favor of remand." Gaus v. Miles, Inc., 980 F.2d 564, 566 (9th Cir. 1992); 28 U.S.C. § 1447(c).

# VI. CONCLUSION

1. For the reasons above, Plaintiffs respectfully request that this Court remand this action to the Superior Court of California, County of Kern.

DEFENDANT'S NAME - 5

X _____    X _____
Jerry Wagner                         Danny Wagner
Pro Se                               Pro Se

DEFENDANT'S NAME - 6

9

Jerry Wagner, Danny Wagner
3517 Beyers st
Bakersfield CA, 93312
661-371-5984
wagnerjrry82@gmail.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY WAGNER AND DANNY WAGNER | Case No.: 1:26CV03848

  Plaintiff,

vs.

 LOANDEPOT.COM, LLC; FREEDOM
MORTGAGE CORPORATION;

AFFINIA DEFAULT SERVICES, LLC; AND
DOES 1–50,

  Defendant

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION TO REMAND

May 18, 2026

  The Court, having considered Plaintiffs' Motion to Remand, The Points and

Authorities, all supporting documents, and the record in this matter, hereby finds as follows:

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMAND - 1

141

1. The Court lacks subject-matter jurisdiction because the sole federal citation in the First Amended Complaint-26 USC § 7434-does not apply to IRS 1098 Form at issue and therefore cannot create federal question jurisdiction under 28 USC § 1331. A IRS 1098 form is not an "information return" reporting payments made to the taxpayer, and Plaintiffs' allegations cannot satisfy the statutory elements of §7434.

2. Removal was procedurally defective because not all properly served defendants joined or consented to removal, and written consent was not field by each defendant as required violating  28 U.S.C. § 1446(b)(2)(A).

3. Remand is mandatory under 28 USC § 1447(c), which provides that " if any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded.

4. Removal is further procedurally defective under 28 USC § 1446(a) because Defendants failed to attach all state-court pleadings, process, and orders.

5. Removal is independently barred by the forum-defendant rule, 28 USC §1441(b)(2) because all defendants were properly served and appeared in California state-court before removal.

6. The Court further finds that Defendants removed this action two days before Plaintiff's scheduled preliminary-injunction hearing, without meeting and conferring or attempting to resolve any issues conduct inconsistent with the purpose of EDCA local Rule 230

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMAND - 2

142

IT IS HEREBY ORDERED:

1. Plaintiffs Motion to Remand is GRANTED

2. This action is REMANDED to Superior Court of California, County of Kern

3. All pending federal deadlines VACATED

4. The clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

DATED: _____

_____

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMAND - 3

143