Jerry Wagner
3517 Beyers St
Bakersfield Ca 93312
(661)-371-5984
Wagnerjerry82@gmail.com
Pro Se



FILED

MAY 2 **6** 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JERRY WAGNER, DANNY WAGNER | Case No.: 1:26CV 0 3848 JLT CDB |
|---|---|
| Plaintiff, | |
| vs. | REQUEST FOR JUDICIAL NOTICE |
| LOANDEPOT.COM, LLC, FREEDOM MORTGAGE CORPORATION, AFFINIA DEFAULT SERVICES, LLC, DOES 1-50 | |
| Defendant | |

May 19, 2026

# REQUEST FOR JUDICIAL NOTICE

Plaintiffs respectfully request that the Court take judicial notice of the following documents to Federal Rule of Evidence 201(b). Each document is either (1) a matter of public record, (2) a document filed in the state-court proceedings prior to removal, or (3) a recorded instrument whose authenticity cannot reasonably be questioned. Courts in the Ninth Circuit routinely take judicial notice of such materials.

REQUEST FOR JUDICIAL NOTICE - 1

147

## I. DOCUMENTS SUBJECT TO JUDICIAL NOTICE

## A. State-Court Filings and Docket (Public Records)

1.  Summons

2.  First Amended Complaint

3.  Declaration of Katherine Davis for Jerry Wagner and Danny Wagner Filed on 04/21/2026

4.  Notice of Filed Declaration by Affinia filed 05/13/2026

5.  Short Notice for No Opposition filed opposing preliminary injunction filed 05/13/2026

6.  Short Notice of all Defendants failure to Comply with CCP § 430.41(A). Filed 05/13/2026

7.  Declaration of Jerry Wagner in support of Reply Brief and No Response to Opposition. Filed 05/13/2026

8.  Declaration of no-opposition in Support of Preliminary Injunction by Katherine Davis. Filed 05/13/2026

9.  Reply Brief of non-opposition in Support of Motion for Preliminary Injunction and Declaratory Relief. Served on 05/13/2026

10. All proof of services for the above-mentioned documents stamped by the state court

11. Screenshots of the Superior Court of California, County of Kern Website showing Defendants filed no opposition to Preliminary Injunction.

12. Screenshot of the automated email from Affinia

13. Affinias' declaration

14. Screenshot of Pacer website

These documents are proper subjects of judicial notice because they are court records whose accuracy cannot reasonably be disputed. (*United States v. Black (2007)*)

## II. LEGAL BASIS FOR JUDICIAL NOTICE

REQUEST FOR JUDICIAL NOTICE - 2

148

Judicial notice is appropriate because:

- The documents are public records

- Their authenticity cannot reasonably be questioned

- They are capable of accurate and ready determination

- They are central to the issues before the court

- Defendants relied on them or were required to include them in removal

Fed. R. Evid. 201(b) ( *Khoha v Oreigen Theraeutics (2018)*)

## III. PURPOSE OF JUDICIAL NOTICE

Judicial notice is necessary to:

- Provide the Court with the complete state -Court record

- Demonstrate the Defendants' filed no opposition to the state Preliminary Injunction

- Show the contradictory loan documents

- Establish the publicly recorded foreclosure documents

- Confirm the procedural defects in the removal

- Support Plaintiffs' showing of likelihood of success and irreparable harm


X _____

Jerry Wagner
Pro Se


X _____

Danny Wagner
Pro Se

REQUEST FOR JUDICIAL NOTICE - 3

149

Jerry Wagner
3517 Beyers St
Bakersfield Ca 93312
(661)-371-5984
Wagnerjerry82@gmail.com
Pro Se

**RECEIVED**

MAY 26 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY WAGNER, DANNY WAGNER

    Plaintiff,

vs.

LOANDEPOT.COM, LLC, FREEDOM
MORTGAGE CORPORATION, AFFINIA
DEFAULT SERVICES, LLC, DOES 1-50

    Defendant

Case No.: 1:26CV03848

[PROPOSED] ORDER GRANTING
PLAINTIFFS' REQUEST FOR JUDICAL
NOTICE

May 19, 2026

The Court, having reviewed Plaintiffs' Request for Judicial Notice submitted in connection with Plaintiffs' Motion for Remand, and good cause appearing, hereby by ORDERS:

1. Plaintiffs' Request for Judicial Notice is GRANTED

2. The Court takes judicial notice of the following documents pursuant to Federal Rule of Evidence 201(b):

    a. Summons

[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR JUDICAL NOTICE - 1

144

b. First Amended Complaint

c. Declaration of Katherine Davis for Jerry Wagner and Danny Wagner Filed on 04/21/2026

d. Notice of Filed Declaration by Affinia filed 05/13/2026

e. Short Notice for No Opposition filed opposing preliminary injunction filed 05/13/2026

f. Short Notice of all Defendants failure to Comply with CCP § 430.41(A). Filed 05/13/2026

g. Declaration of Jerry Wagner in support of Reply Brief and No Response to Opposition. Filed 05/13/2026

h. Declaration of no-opposition in Support of Preliminary Injunction by Katherine Davis. Filed 05/13/2026

i. Reply Brief of non-opposition in Support of Motion for Preliminary Injunction and Declaratory Relief. Served on 05/13/2026

j. All proof of services stamped by the state court

k. Screenshots of the Superior Court of California, County of Kern Website showing Defendants filed no opposition to Preliminary Injunction.

l. Screenshot of the automated email from Affinia

3. The Court finds that each of the above documents is a matter of public record, a court filing, a recorded instrument, or a document whose authenticity cannot reasonably be questioned, and its therefore appropriate for judicial notice under Federal Rule of Evidence 201(b).

[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR JUDICAL NOTICE - 2

145

IT IS SO ORDERED

DATE:

United States District Judge    .

[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR JUDICAL NOTICE - 3

146