Jerry Wagner
3517 Beyers St
Bakersfield Ca 93312
(661)-371-5984
Wagnerjerry82@gmail.com
Pro Se

**FILED**

MAY 28 2026

CLERK, U.S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WAGNER, DANNY WAGNER | Case No.: 1:26CV03848-JLT-CDB |
| Plaintiff, | |
| vs. | NOTICE OF LACK OF UNANIMOUSE CONSENT TO REMOVAL |
| LOANDEPOT.COM, LLC, FREEDOM MORTGAGE CORPORATION, AFFINIA DEFAULT SERVICES, LLC, DOES 1-50 | |
| Defendant | |

May 27, 2026

Plaintiffs hereby give notice that not all Defendants consented to the removal of this action from Kern County Superior Court to the United States District Court as required by 28 USC § 1446(b)(2)(A). The Notice of Removal filed by Freedom Mortgage Corporation contains no written consent from the remaining served Defendants, not any explanation for their absence. Despite this lack of unanimous consent, Defendants have proceeded to file motions to dismiss, requests for judicial notices, and new case documents in the federal court. These filings do not

NOTICE OF LACK OF UNANIMOUSE CONSENT TO REMOVAL - 1

cure procedural defects in removal and cannot retroactively supply the consent required by statue.

Plaintiffs reserve all rights to challenge the removal as a procedurally improper and to seek remand.

X _Jerry Wagner_____ X _Danny Wagner_____ 05/27/26
Jerry Wagner                    Danny Wagner
Pro Se                          Pro Se

NOTICE OF LACK OF UNANIMOUSE CONSENT TO REMOVAL - 2