

FILED

JUN 12 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

Jerry Wagner, Danny Wagner
3517 Beyers st
Bakersfield CA, 93312
661-371-5984
Wagnerjerry82@gmail.com
Pro Se

UNITED STATES DISTRICT COURTEASTERN DISTRICT OF CALIFORNIA

JERRY WAGNER; DANNY WAGNER,

      Plaintiff,

vs.

LOANDEPOT.COM, LLC; FREEDOM MORTGAGE CORPORATION, AFFINIA DEFAULT SERVICES, LLC; DOES 1–50,

Case No.: 1:26CV03848-JLT-CDB

PLAINTIFFS' NOTICE REGUARDING FREEDOM MORTGAGE CORPORATION'S STATUS REPORT

      Plaintiffs acknowledge Defendant Freedom Mortgage Corporation's Status Report filed June 5, 2026, in which Freedom states that no Notice of Trustee's Sale has been recorded, and that Freedom "will not record or cause to be recorded a Notice of Trustee's Sale through and including July 5, 2026." however,

      Plaintiffs respectfully notify the Court that Plaintiffs will continue to contest federal jurisdiction and do not intend to litigate this action in federal court. Plaintiffs request the

PLAINTIFFS' NOTICE REGUARDING FREEDOM MORTGAGE CORPORATION'S STATUS REPORT - 1

Plaintiffs respectfully notify the Court that Plaintiffs will continue to contest federal jurisdiction and do not intend to litigate this action in federal court. Plaintiffs request the Court's continued protection of the status quo after July 5, 2026, so that no foreclosure activity may resume while the Motion to Remand remains pending. This request is made solely to prevent irreparable harm and preserve the Court's ability to rule on jurisdictional issues already before it.

Dated: _June 12_, 2026

Respectfully submitted,

Jerry Wagner, Plaintiff, _Jerry Wagner_

Danny Wagner, Plaintiff, _Danny Wagner_

PLAINTIFFS' NOTICE REGUARDING FREEDOM MORTGAGE CORPORATION'S STATUS REPORT - 2