Jerry Wagner
3517 Beyers St
Bakersfield Ca 93312
(661)-371-5984
Wagnerjerry82@gmail.com
Pro Se

**FILED**

JUN 26 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JERRY WAGNER, DANNY WAGNER | Case No.: 1:26CV03848-JLT-CDB |
|---|---|
| Plaintiff, | |
| vs. | DECLARATION OF JERRY WAGNER IN SUPPORT OF PRELIMINARY INJUNCTION |
| LOANDEPOT.COM, LLC, FREEDOM MORTGAGE CORPORATION, AFFINIA DEFAULT SERVICES, LLC, DOES 1-50 | |
| Defendant | |

June 25, 2026

I, Jerry Wagner, declare:

1. I am a Plaintiff in this action, and I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

DECLARATION OF JERRY WAGNER IN SUPPORT OF PRELIMINARY INJUNCTION - 1

2. I have reviewed Freedom's June 23, 2026 opposition to Plaintiffs Preliminary Injunction (Doc 40). Several statements in that filing contradict the state record and Freedom's own prior filings.

3. Freedom claims we were in default since September 1, 2025 (DOC 40, Pg 4, at 22-23), but provides a NOD for January 28, 2026 (DOC 1, Pg 131-132)

4. Freedom claims it opposed the preliminary injunction on April 3, 2026 (DOC 40, Pg 3, at 7-9; ten days before receiving FAC.

5. Freedom confirms FAC complaint was served April 13, 2026, (See DOC 1, Pg 2 at 3; DOC 31 Pg 1, at 27; DOC 32 Pg 3, at 12; DOC 40, Page 5, at 15). All of Freedom's documents claim service of FAC was April 13, 2026, by US. Mail.

6. Freedom claims it opposed the preliminary injunction on April 2, 2026 (DOC 32, PG 12, 5-6)

7. No defendant including Affinia Default Services and Loan Depot.Com LLC filed any opposition to the May 20, 2026, PI hearing in state court This is confirmed by:

   a. Screenshot of the state court docket (Doc 17, Pg 122 40) showing no opposition filed. We filed fourteen filings on May 13, 2026, Freedom filed a notice of removal on May 18, 2026.

8. Freedom's or Brian A. Piano, Helen Mosothoane, Zeeshan Iqbal , removal (DOC 1) omitted all fourteen of our May 13, 2026, filings including:

   a. Our Short Notice of No Opposition (DOC 17, 88-89)

   b. Declarations confirming no opposition was filed (DOC 17, 88-96)

   c. Our Brief of No Opposition (DOC 17, Pg 103-112)

   d. Declaration of Jerry Wagner Support of Remand (DOC 17, Pg 7-8, at 22-12)

DECLARATION OF JERRY WAGNER IN SUPPORT OF PRELIMINARY INJUNCTION - 2

9. Freedom or Brian Panino was emailed all of Our May 13, 2026 state court filings on May 13, 2026, making Freedom completely aware of the procedural posture of the case confirmed by:

   a. Proof of electronic service Kern County Superior Court form POS-050, (DOC 17, Pg 118-119)

10. Freedom or Zeeshan Iqbal , requested a meet and confer on May 11, 2026, by email then removed the case May 18, 2026, for Federal question jurisdiction. Confirmed by:

   a. Our Motion to Remand (DOC 17 Pg 6, at 7-17, Declaration of Jerry Wagner in Support of Remand)

## Undisputed Evidence

11. Three versions of the Promissory Note-(DOC 17, Pg 95-99, at 20-1)-"Declaration of Jerry Wagner in Support of Reply Brief and No Response to Opposition"

12. Defective assignment of Deed of Trust-(DOC 17, Pg 90, at 11-16; DOC 1, Pg220)

13. A void substitution of trustee-(Doc 1, Pg 227-228)

14. Contradictory loan origination Dates:

   a. DOC 1, Pg 100,- A version of the Note showing April 10, 2020;

   b. DOC 1, Pg 117,71,70- Copy of 1098 Forms frol showing April 22, 2020,

   c. DOC 1 Pg 69- Transaction Description shows April 20, 2020;

   d. DOC 1 Pg 68 -Customer Activity Statement showing April 30, 2020)

15. Payments placed into a suspense account to manufacture default:

   a. DOC 1, Pg 122-129, Copies of Checks Cashed from September 2025-December2025, Copy of Certified mailing receipts, Screenshots from our bank showing payment withdrawals

DECLARATION OF JERRY WAGNER IN SUPPORT OF PRELIMINARY INJUNCTION - 3

b.  DOC 1, Pg 121, copy of billing statement, second box "Recent Account History", "Unpaid balance" for September 2025-December 2025

c.  DOC 1, Pg 247-250, Copy Account history submitted by Freedom Mortgage on April 6, 2026, left margin "Unapplied Funds" is the same amount and time of our cashed mortgage payments.

d.  The NOD (DOC 1, Pg 131-132) shows we allegedly owe $5, 964.16 as of 1/27/2026 almost the same amount of our missing payments.

X _____

Jerry Wagner
Pro Se

06/26/2026

DECLARATION OF JERRY WAGNER IN SUPPORT OF PRELIMINARY INJUNCTION - 4