Brian A. Paino (SBN 251243)
bpaino@hinshawlaw.com
Helen Mosothoane (SBN 254511)
hmosothoane@hinshawlaw.com
Zeeshan Iqbal (SBN 337990)
ziqbal@hinshawlaw.com
**HINSHAW & CULBERTSON LLP**
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Telephone:  213-680-2800
Facsimile:  213-614-7399

Attorneys for *Defendant* **FREEDOM MORTGAGE CORPORATION**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WAGNER, DANNY WAGNER<br><br>Plaintiffs,<br><br>v.<br><br>LOANDEPOT.COM, LLC; FREEDOM MORTGAGE CORPORATION; AFFINIA DEFAULT SERVICES LLC, DOES 1-50<br><br>Defendants. | Case No.: 1:26-cv-03848-JLT-CDB<br><br>**DEFENDANT FREEDOM MORTGAGE CORPORATION'S FURTHER STATUS REPORT IN RESPONSE TO THE COURT'S JUNE 30, 2026 MINUTE ORDER [DOC. 47]** |

*Defendant* Freedom Mortgage Corporation ("Freedom"), by and through its counsel of record, Hinshaw & Culbertson LLP, hereby submits this Further Status Report in response to the Court's June 30, 2026 Minute Order [Doc. 47].

1.    On January 28, 2026, a Notice of Default and Election to Sell Under Deed of Trust ("NOD") was recorded against the real property located at 3517 Beyers St., Bakersfield, CA 93312 (the "Property"), in the Official Records of Kern County, California. As of the date of this filing, no Notice of Trustee's Sale has been recorded and no foreclosure sale has been set or noticed with respect to the Property.

2.    In light of the Court's Minute Order issued on June 30, 2026 (the "Minute Order"), and in an effort to assist the Court in resolving the pending motions without the need for emergency

**DEFENDANT FREEDOM MORTGAGE CORPORATION'S FURTHER STATUS REPORT IN RESPONSE TO THE COURT'S JUNE 30, 2026 MINUTE ORDER [DOC. 47]**

1101392\330718112.v1

proceedings or shortened briefing schedules, Freedom hereby represents that it will continue to hold off on recording or causing to be recorded a Notice of Trustee's for thirty (30) days from the date of this filing - *i.e.*, through and including July 30, 2026. In response to the Court's inquiry regarding the statutory timeline for setting a foreclosure sale, Cal. Civ. Code § 2924f(b) requires that notice of trustee's sale be given at least twenty (20) days before the schedules sale. Given Freedom's representation that no Notice of Trustee's Sale will be recorded until at least July 30, 2026, the earliest date on which a foreclosure sale can occur is **August 19, 2026**.

3.    Freedom respectfully submits that this voluntary representation should eliminate any urgency that might otherwise warrant emergency treatment of Plaintiffs' request for injunctive relief [Doc. 27], as no foreclosure sale can proceed absent the recording and service of a Notice of Trustee's Sale pursuant to Cal. Civ. Code § 2924(a)(3), and even then the sale date would need to be set at least twenty (20) days out. Because no foreclosure sale can occur before August 19, 2026, Freedom is hopeful that the Court will have sufficient time to resolve any questions regarding the extent of its jurisdiction over this action and the pending motions, including the motions to dismiss, which are currently subject to a 14-day objection period by virtue of the Magistrate Judge's June 29, 2026 findings and recommendations [Doc. 46], before any sale can proceed, thereby obviating the need for an order to show cause on shortened time. Freedom's representation is intended to continue to preserve the status quo to afford the Court sufficient time to resolve the outstanding issues and motions to dismiss, without the need for expedited or emergency briefing or hearings.

Dated: July 1, 2026                              **HINSHAW & CULBERTSON LLP**


By: */s/  Zeeshan Iqbal*
      BRIAN A. PAINO
      HELEN MOSOTHOANE
      ZEESHAN IQBAL
Attorneys for *Defendant* **FREEDOM MORTGAGE CORPORATION**

**DEFENDANT FREEDOM MORTGAGE CORPORATION'S FURTHER STATUS REPORT IN RESPONSE TO THE COURT'S JUNE 30, 2026 MINUTE ORDER [DOC. 47]**

1101392\330718112.v1

## PROOF OF SERVICE

### *Jerry Wagner, et al. v. LoanDepot.com, LLC, et al.*
**USDC, Eastern District of California Case No.: 1:26-cv-03848-JLT-CDB**

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 350 South Grand Ave., Suite 3600, Los Angeles, CA 90071-3476. Email: crico@hinshawlaw.com

On **July 1, 2026**, I served the document(s) entitled: **DEFENDANT FREEDOM MORTGAGE CORPORATION'S FURTHER STATUS REPORT IN RESPONSE TO THE COURT'S JUNE 30, 2026 MINUTE ORDER [DOC. 47]** on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

### SEE ATTACHED SERVICE LIST

☒ **(BY MAIL):** I deposited such envelope in the mail at Los Angeles, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **(VIA OVERNIGHT MAIL):** I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight delivery. Under that practice it would be deposited in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence.

☒ **(BY ELECTRONIC MAIL):** By transmitting a true copy thereof to the electronic mail addresses as indicated below.

☒ **(BY CM/ECF SERVICE):** I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

☐ **(BY HAND DELIVERY):** I caused to be delivered by hand each sealed envelope to the addressee(s) mentioned in the attached service/mailing list.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on **July 1, 2026**, at Anaheim, California.

_____
Carolina Rico

PROOF OF SERVICE

**HINSHAW & CULBERTSON** LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

86160\329819530.v1

## <u>SERVICE LIST</u>

*Jerry Wagner, et al. v. LoanDepot.com, LLC, et al.*
**USDC Eastern District of California Case No.: 1:26-cv-03848-JLT-CDB**

| | |
|---|---|
| Jerry Wagner<br>3517 Beyers St.<br>Bakersfield, CA 93312<br>Tel.: (661) 371-5984<br>Email: wagnerjerry82@gmail.com | *Plaintiff*, **IN PRO PER** |

*(Via Email and U.S. Mail)*

| | |
|---|---|
| Danny Wagner<br>3517 Beyers St.<br>Bakersfield, CA 93312<br>Tel.: (661) 371-5984<br>Email: wagnerjerry82@gmail.com | *Plaintiff*, **IN PRO PER** |

*(Via Email and U.S. Mail)*

| | |
|---|---|
| Lauren W. Coe, Esq.<br>Sara Shahbazi, Esq.<br>STINSON LLP<br>19100 Von Karman Ave., Suite 700<br>Irvine, CA 92612<br>Tel.: (949) 442-7110<br>Email: loren.coe@stinson.com<br>        sara.shahbazi@stinson.com | Attorneys for *Defendant*<br>**LOANDEPOT.COM, LLC** |

*(Via ECF)*

**HINSHAW & CULBERTSON LLP**
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

2
PROOF OF SERVICE

86160\329819530.v1