Jerry Wagner
3517 Beyers St
Bakersfield Ca 93312
(661)-371-5984
Wagnerjerry82@gmail.com
Pro Se

**FILED**

JUL 08 2026



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WAGNER, DANNY WAGNER<br><br>Plaintiff,<br><br>vs.<br><br>LOANDEPOT.COM, LLC, FREEDOM MORTGAGE CORPORATION, AFFINIA DEFAULT SERVICES, LLC, DOES 1-50<br><br>Defendant | Case No.: 1:26CV03848-JLT-CDB<br><br>NOTICE OF MOTION AND MOTION TO REMAND SECOND AMENDED COMPLAINT; MEMROANDUM OF POINTS AND AUTHORTIES |

July 7, 2026

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiffs Jerry Wagner and Danny Wagner will, hereby, and does move this Court for an order remanding this action to the Superior Court of California, County of Kern, pursuant to 28 USC § 1447(c). This Motion is brought concurrently with Plaintiffs Motion to Leave to Amend, which seeks leave to file the Second Amended Complaint ("SAC"). Upon this Court granting

NOTICE OF MOTION AND MOTION TO REMAND SECOND AMENDED COMPLAINT; MEMROANDUM OF POINTS AND AUTHORTIES - 1

leave, the SAC becomes the operative pleading for jurisdictional purposes and confirms that no federal question exist.

This Motion is based on the accompanying Memorandum of Points and Authorities, the pleadings and papers on file, the SAC or Exhibit A submitted concurrently, and any argument the Court may permit.

## Memorandum of Points and Authorities

## I. INTRODUCTION

This case must be remanded. Defendants removed this matter based on allegations in prior complaint that is no longer operative. Plaintiffs now seek leave to file the SAC, which asserts only California-law claims and eliminates and purported federal question. Once the SAC is accepted, federal jurisdiction disappears, and remand is mandatory under 28 USC § 1447(c).

## II. LEGAL STANDARD

Under 28 USC § 1447(c), "If at any time before final judgement if appears that the district court lacks subject-matter jurisdiction, the case shall be remanded." Jurisdiction is determined based on the operative complaint. When Plaintiffs amend the complaint to remove federal claims, remand is required. See *Rockwell Int'l Corp. v. Unites States*, 549 US. 457, 473-74 (207); *Briarpatch Ltd. V. Phoenix Pictures, Inc.* 373 F.3d 296, 302, (2d Cir. 2004)

## III. ARGUMENT

## A. THE SAC CONTAINS NO FEDERAL QUESTION

The SAC asserts only state-law causes of action, including wrongful foreclosure, violations of California Homeowner Bill of Rights, negligence, and related California statutory

NOTICE OF MOTION AND MOTION TO REMAND SECOND AMENDED COMPLAINT; MEMROANDUM OF POINTS AND AUTHORTIES - 2

and common-law claims. No Federal statute, federal right, or federal cause of action appears on the face of the SAC.

Defendants removal relied on allegations in the FAC which Plaintiffs now seek leave to supersede. Once the SAC is accepted, it controls for jurisdictional purposes. Because the SAC presents no federal issue and does not raise a substantial federal question under *Grable & Sons Metal Prods., Inc. v. Darue Eng's & Mfg.*, 545 U. S. 308 (2005), federal-question jurisdiction is absent.

## B. REMOVAL WAS PROCEDURALLY DEFECTIVE (§ 1446)

Remand is independently required due to multiple procedural defects:

1. Incomplete State-Court Records: Defendants failed to attach all required pleadings, orders, and filings from the state court, violating § 1446(a)

2. Removal lacking unanimous consent or willfully withheld consent until May 18, 2026, two days before state PI hearing.

3. Removal Based on a Superseded Pleading: Removal was premised on allegations in the FAC, which Plaintiffs now seek leave to replace. Removal cannot be sustained on a non-operative pleading.

Any one of these defects requires remand; together they make removal unsustainable

## D. THE OPERATIVE SAC COMPLAINT ELIMINATES ANY BASIS FOR FEDERAL JURISDICTION

Once the SAC is accepted, it becomes the operative pleading for jurisdictional analysis. Federal courts routinely remand when amended  complaint eliminates federal claims. See Rockwell 549 U.S. at 473-74

NOTICE OF MOTION AND MOTION TO REMAND SECOND AMENDED COMPLAINT; MEMROANDUM OF POINTS AND AUTHORTIES - 3

The SAC removes any federal issue and confirms that this dispute belongs in state court. Because subject-matter jurisdiction is lacking, remand is mandatory under § 1447(c).

X _____    X _____    07/08/2026

Jerry Wagner
Pro Se

Danny Wagner
Pro Se

Jerry Wagner
3517 Beyers St
Bakersfield Ca 93312
(661)-371-5984
Wagnerjerry82@gmail.com
Pro Se

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WAGNER, DANNY WAGNER<br><br>Plaintiff,<br><br>vs.<br><br>LOANDEPOT.COM, LLC, FREEDOM MORTGAGE CORPORATION, AFFINIA DEFAULT SERVICES, LLC, DOES 1-50<br><br>Defendant | Case No.: 1:26CV03848-JLT-CDB<br><br>DECLARATION OF JERRY WAGNER SUPPORTING REMAND OF SECOND AMENDED COMPLAINT |

July 6, 2026

I, Jerry Wagner, declare:

1. I am a Plaintiff in this action. I make this declaration in support of Plaintiffs' Motion to Reamand under 28 USC §1447(c).

2. I have reviewed the Second Amended Complaint ("SAC") submitted concurrently with the Motion for Leave to Amend.

3. The SAC removes the sole federal cause of action previously asserted under 26 USC § 7434. Plaintiffs did not replace any federal claim.

DECLARATION OF JERRY WAGNER SUPPORTING REMAND OF SECOND AMENDED COMPLAINT - 1

4. The SAC asserts only state-law causes of action, including claims arising under the California HBOR, California Civil Code, California Business & Professions Code, California Code of Civil Procedure, and related state foreclosure statutes.

5. Plaintiffs intend to pursue all claims in Kern County Superior Court, where the case originated and where the foreclosure property is located.

6. The magistrate judge's Findings and Recommendations (DOC 46) recommended dismissal of the federal claim and expressly declined supplemental jurisdiction over the remaining state-law claims.

7. Because the SAC contains no federal question, and because all parties are believed to be California citizens, there is no diversity jurisdiction.

8. For these reasons, once the SAC is accepted, the federal court lacks subject matter jurisdiction, and remand is mandatory under 28 USC § 1447(c).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 6, 2026

X _Jerry Wagner_ 07/08/2026
Jerry Wagner
Pro Se

DECLARATION OF JERRY WAGNER SUPPORTING REMAND OF SECOND AMENDED COURT - 2

Jerry Wagner
3517 Beyers St
Bakersfield Ca 93312
(661)-371-5984
Wagnerjerry82@gmail.com
Pro Se

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WAGNER, DANNY WAGNER | Case No.: 1:26CV03848-JLT-CDB |
| Plaintiff, | |
| vs. | PROOF OF SERVICE BY MAIL AND EMAIL |
| LOANDEPOT.COM, LLC, FREEDOM MORTGAGE CORPORATION, AFFINIA DEFAULT SERVICES, LLC, DOES 1-50 | |
| Defendant | |

July 8, 2026

I am a resident of the State of California and over the age of eighteen. I am not the Plaintiff in this action. I am competent to testify to the matters stated herein.

On July 8, 2026, I emailed the following documents:

1. Second Amended Complaint with evidence- total 89 Pages

2. Motion to Leave and Amend- total 10 Pages

3. Motion to Remand Second Amended Complaint -total 8 Pages

PROOF OF SERVICE BY MAIL AND EMAIL - 1

Mailed hard copies by placing in an envelope and mailing regular United States Postal Service.

I declare I sent a true and correct copy of the above-listed documents to the Following person(s):

**DEFENDANT ONE**

Name: LoanDepot.Com,LLC

Firm: Stinson LLP

19100 Von Karman Ave

Irvine CA, 92612

Email: loren.coe@stinson.com,

**DEFENDANT TWO**

Name: Freedom Mortgage Corporation

Firm: Hinshaw &Culbertson LLP

350 South Grand Ave STE 3600

Los Angeles CA, 90071-3476

Emai: bpaino@hinshawlaw.com

**DEFENDANT THREE**

Name: Affinia Default Services, LLC

Firm: McCalla Raymer Leibert Pierce LLP

301 E. Ocean Blvd STE 1720

Long Beach Ca, 90802

Email: Nabeel.Zuberi@mccalla.com,

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

PROOF OF SERVICE BY MAIL AND EMAIL - 2

X _____

Katherine Davis

_____

**PROOF OF SERVICE BY MAIL AND EMAIL - 3**