Jerry Wagner
3517 Beyers St
Bakersfield Ca 93312
(661)-371-5984
Wagnerjerry82@gmail.com
Pro Se



**FILED**

JUL 08 2026

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WAGNER, DANNY WAGNER | Case No.: 1:26CV03848-JLT-CDB |
| Plaintiff, | |
| vs. | NOTICE & MOTION TO LEAVE TO AMEND COMPLAINT |
| LOANDEPOT.COM, LLC, FREEDOM MORTGAGE CORPORATION, AFFINIA DEFAULT SERVICES, LLC, DOES 1-50 | |
| Defendant | |

July 7, 2026

**I. Leave to Amend is Freely Granted Under Rule 15(a)(2)**

Federal Rule of Civil Procedure 15(a)(2) provides that leave to amend "shall be freely given

when justice so requires"

**II. Both Plaintiffs and Defendant Agree the §7437 Claim Cannot Survive**

Plaintiffs seek leave to amend because both Plaintiffs and Freedom agree that the §7434 claim

will not survive in court. Because both sides agree the claim is defective, amendment is

NOTICE & MOTION TO LEAVE TO AMEND COMPLAINT - 1

appropriate to remove or correct the claim and prevent unnecessary litigation over an issue that is not viable.

## III. Amendment Will Promote Judicial Efficiency and Narrow the issues

Amending the complaint will:

- remove or correct both parties agree is defective,
- streamline the litigation
- eliminate unnecessary disputes
- and allow the case to proceed on the merits of the remaining state-law claims.

No defendant will be prejudiced by amendment, and the interest of justice strongly support granting leave.

## IV. The Motion for Leave to Amend Should be Heard Concurrently with Plaintiff's Motion to Remand Based on the Second Amended Complaint

Because the Second Amended Complaint removes the only purported federal-question basis for removal, Plaintiffs respectfully request that the Court hear and decide the Motion to Leave to Amend concurrently with Plaintiff's Motion to Remand. The two Motions are procedurally intertwined: the amendment eliminates the federal claim on which removal was based, and the remand motion seeks return of the action to state court once the defective federal claim is removed. Resolving both motions together will promote judicial economy, avoid duplicative briefing, and ensure the case proceeds in the proper forum.

## V. Plaintiffs Acted in Good Faith

Plaintiffs amended their original complaint in good faith based on Defendants' demurrer issues. Plaintiff now seek leave to amend again to remove or correct a claim that both parties agree

NOTICE & MOTION TO LEAVE TO AMENED COMPLAINT - 2

cannot survive, and to clarify the pleading to reflect the actual issues in dispute. For the Court's convenience, Plaintiffs submit the proposed Second Amended Complaint, Attached as Exhibit A.

X _Jerry Wagner_

Jerry Wagner
Pro Se

X _Danny Wagner_    07/08/2026

Danny Wagner
Pro Se

NOTICE & MOTION TO LEAVE TO AMEND COMPLAINT - 3

Exhibit A

Jerry Wagner
3517 Beyers Street
Bakersfield CA, 93312
(661)-371-5984
Wagnerjerry82@gmail.co,
In Pro Per

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jerry Wagner, Danny Wagner | Case No.: 1:26CV03848-JLT-CDB |
| Plaintiff, | |
| vs | |
| LOANDEPOT.COM, LLC, FREEDOM MORTGAGE CORPORATION, AFFINIA DEFAULT SERVICES LLC, DOES 1-50 | SECOND AMENDED COMPLAINT FOR: |
| | (1) VIOLATION OF HOMEOWNER BILL OF RIGHTS; |
| Defendant | (2) BREACH OF CONTRACT; (3) BREACH OF IMPLIED GOOD FAITH AND FAIR DEALING; (4) VIOLATION OF ROSENTHAL ACT; (5) NEGILEGENCE MISREPRESNTATION; (6) CONSTUCTIVE FRAUD; (7) VIOLATION OF UNFAIR COMPETITION (BUS. & PROF. CODE § 17200); (8) DECLARATORY RELIEF; (9) PRAYER FOR RELIEF |

July 8, 2026

SECOND AMENDED COMPLAINT FOR:(1) VIOLATION OF HOMEOWNER BILL OF RIGHTS;(2) BREACH OF CONTRACT;(3) BREACH OF IMPLIED GOOD FAITH AND FAIR DEALING;(4) VIOLATION OF ROSENTHAL ACT;(5) NEGILEGENCE MISREPRESNTATION;(6) CONSTUCTIVE FRAUD;(7) VIOLATION OF UNFAIR COMPETITION (BUS. & PROF. CODE § 17200);(8) DECLARATORY RELIEF;(9) PRAYER FOR RELIEF - 1

Second Amended Complaint

## I. Jurisdiction & Venue

1. Kern County Superior Court has subject matter jurisdiction (State Case# 26CUB00705) because this matter is **not** arising under the United States Constitution or federal laws or treaties requiring federal question under 28 USC § 1331. Pursuant to Article VI, § 10 of the California Constitution, which grants the Superior Court original jurisdiction in all civil cases except those given by statute to other tribunals. Plaintiffs expressly disclaim any federal causes of action. All claims arise solely under California statutory and common law, and Plaintiffs seek no relief under federal statutes or the U.S. Constitution.

2. **The amount in controversy is presently unascertainable and speculative but** based on the nature of the claims-including wrongful conduct affecting real property, statutory damages, and equitable relief- the matter is properly classified as an **unlimited civil case** within the jurisdiction of the Superior Court.

3. **Venue is proper in Kern County** under Code of Civil Procedure §§392(a) and 395(a) because:

    a. The real property that is subject to this action is located in Kern County;

    b. The acts, omissions, and transactions giving rise to this action occurred in Kern County; and

    c. Defendants conducted business and carried out within Kern County.

Plaintiffs resides in Kern County, and the injuries alleged herein were suffered in Kern County, making this the proper and convenient forum for adjudication of this matter

SECOND AMENDED COMPLAINT FOR:(1) VIOLATION OF HOMEOWNER BILL OF RIGHTS;(2) BREACH OF CONTRACT;(3) BREACH OF IMPLIED GOOD FAITH AND FAIR DEALING;(4) VIOLATION OF ROSENTHAL ACT;(5) NEGILEGENCE MISREPRESNTATION;(6) CONSTUCTIVE FRAUD;(7) VIOLATION OF UNFAIR COMPETITION (BUS. & PROF. CODE § 17200);(8) DECLARATORY RELIEF;(9) PRAYER FOR RELIEF - 2

## II. Parties

4.  Plaintiffs Jerry Wagner and Danny Wagner live in the County of Kern, State of California. Plaintiffs are the owner and occupants of the real property that is subject of this action.

5.  Defendant LoanDepot.Com,LLC ("LoanDepot") is a corporation or mortgage lender authorized to conduct business in the State of California. LoanDepot originated the mortgage contract approximately April 2020, that is now subject of the attempted foreclosure.

6.  Defendant Freedom Mortgage Corporation ("Freedom") is a mortgage servicer and financial entity authorized to conduct business in California. Freedom claimed it was assigned Plaintiff's mortgage contract in or around October 2024.

7.  Defendant Affinia Default Services,LLC ("Affinia") is a entity acting as a foreclosure trustee in California. Affinia was nominated by Freedom on January 2026.

8.  Defendants DOES 1-50, inclusive are persons or entities whose true names and capacities are presently unknown to the Plaintiffs. Plaintiffs allege that each DOE defendant is responsible, in whole or in part, for the wrongful acts, omissions, and damages described in this Second Amended Complaint. Plaintiffs will amend this Complaint to allege their true names and capacities when ascertained.

## III.  Factual Background

9.  On or about April 2020, LoanDepot originated a mortgage contract with Danny Wagner and Freda Wagner for the real property located at 3517 Beyers Street Bakersfield Ca, 93312 in Kern County, California.

SECOND AMENDED COMPLAINT FOR:(1) VIOLATION OF HOMEOWNER BILL OF RIGHTS;(2) BREACH OF CONTRACT;(3) BREACH OF IMPLIED GOOD FAITH AND FAIR DEALING;(4) VIOLATION OF ROSENTHAL ACT;(5) NEGILEGENCE MISREPRESNTATION;(6) CONSTUCTIVE FRAUD;(7) VIOLATION OF UNFAIR COMPETITION (BUS. & PROF. CODE § 17200);(8) DECLARATORY RELIEF;(9) PRAYER FOR RELIEF - 3

10. At the time of origination, Danny Wagner was completely dependent on his wife, Freda Wagner, due to a long-standing documented cognitive impairment that affected his ability to understand, process, and manage complex financial information, including mortgage contracts.

11. Both Danny and Freda Wagner were over 60 years old, living on limited fixed income, suffering from age-related medical conditions that significantly restricted their financial stability and long-term earning capacity. At the time of the loan execution, Freda Wagner was bedridden, on continuous oxygen support, and suffering from severe medical limitations that restricted her mobility and cognitive functioning. LoanDepot's notary came to the Subject property to obtain signatures.'

12. Freda passed away August 27, 2021, approximately a year later

13. Plaintiffs possess two LoanDepot prepared loan applications, each showing different borrowers' income and each containing miscalculations of the TDI ratio.

14. Beginning, of 2024, Plaintiff Jerry Wagner, Danny Wagner's nephew and next of kin, assumed full responsibility for caring for Danny and managing all of Danny's personal, medical, and financial affairs due to Danny's progressive cognitive impairment and inability to independently handle essential life functions. From that point forward, Jerry Wagner became the primary point of contact for all matters relating to Danny's health, finances, and the mortgage contract at issue.

SECOND AMENDED COMPLAINT FOR:(1) VIOLATION OF HOMEOWNER BILL OF RIGHTS;(2) BREACH OF CONTRACT;(3) BREACH OF IMPLIED GOOD FAITH AND FAIR DEALING;(4) VIOLATION OF ROSENTHAL ACT;(5) NEGILEGENCE MISREPRESNTATION;(6) CONSTUCTIVE FRAUD;(7) VIOLATION OF UNFAIR COMPETITION (BUS. & PROF. CODE § 17200);(8) DECLARATORY RELIEF;(9) PRAYER FOR RELIEF - 4

15. October 2024 the loan was transferred to Freedom. However, Plaintiffs did not receive any written transfer of service notices or assignment letters and continued making payments to LoanDepot.

16. December 2024, Freedom issued written notice stating that Plaintiffs were late on payments, even though Plaintiffs had continued making timely payments to LoanDepot, who accepted those payments without objection.

17. Following Decembers 2024 misapplied payments, Plaintiffs requested by telephone to Freedom, to set up an appointment to view the original loan documents specifically the NOTE and was willing to fly to anywhere in the U.S. to do so. Freedom declined, so Plaintiffs requested to be mailed all mortgage documents from LoanDepot and Freedom, including the Note, Deed of Trust, and any assignment or transfer of servicing records.

18. In January 2025, both LoanDepot and Freedom sent Plaintiff's their own separate sets of mortgage documents. The documents did not match, and contained critical discrepancies, including:

    a.  Different version of the Note;

    b.  Conflicting origination dates;

    c.  Inconsistent signatures

    d.  And still no recorded assignment in the Kern County Recorder's Office transferring beneficial interest from LoanDepot to Freedom.

19. By March 2025, the Kern County Recorder's Office still showed no recorded assignment transferring beneficial interest from LoanDepot to Freedom Mortgage. Plaintiffs remained

SECOND AMENDED COMPLAINT FOR:(1) VIOLATION OF HOMEOWNER BILL OF RIGHTS;(2) BREACH OF CONTRACT;(3) BREACH OF IMPLIED GOOD FAITH AND FAIR DEALING;(4) VIOLATION OF ROSENTHAL ACT;(5) NEGILEGENCE MISREPRESNTATION;(6) CONSTUCTIVE FRAUD;(7) VIOLATION OF UNFAIR COMPETITION (BUS. & PROF. CODE § 17200);(8) DECLARATORY RELIEF;(9) PRAYER FOR RELIEF - 5

confused and increasingly alarmed as to who the actual beneficiary of the loan was, especially because Plaintiffs were actively making monthly payments to Freedom and there was payment issues months prior. Due to the conflicting documents, dual-servicing, absences of any recorded transfer of interest, and Freedom denying Plaintiffs request to physically view the documents, Plaintiffs recorded a Quitclaim Deed as a temporary protective placeholder to safeguard the subject property from wrongful foreclosure or unauthorized actions by entities claiming to hold the loan.

20. In June 2025, an "Assignment of Deed of Trust" (DOC#225063552) was recorded at the Kern County Recorder's office by Nationwide Title Clearing, LLC, and entity with no known relationship to Plaintiffs and no prior involvement in the loan. The document purported to assign the Deed of Trust to Freedom, but the final sentence of the assignment appeared to reassign interest to "Heather Leibowitz," an individual whose identity, authority, and connection to the loan were not disclosed anywhere in the document. The assignment contained no endorsement or official capacity identifying who Heather Leibowitz was or why she appeared in the chain of title.

21. At the time of June 2025 assignment , Plaintiffs were completely unaware that any beneficial interest had occurred. No notice of assignment or a copy of the allege assignment was ever provided to Plaintiffs by LoanDepot or Freedom prior to Plaintiffs asking the court for protection from this wrongful foreclosure. Plaintiffs continued to make monthly payments to Freedom during this time despite having every reason not to.

SECOND AMENDED COMPLAINT FOR:(1) VIOLATION OF HOMEOWNER BILL OF RIGHTS;(2) BREACH OF CONTRACT;(3) BREACH OF IMPLIED GOOD FAITH AND FAIR DEALING;(4) VIOLATION OF ROSENTHAL ACT;(5) NEGILEGENCE MISREPRESNTATION;(6) CONSTUCTIVE FRAUD;(7) VIOLATION OF UNFAIR COMPETITION (BUS. & PROF. CODE § 17200);(8) DECLARATORY RELIEF;(9) PRAYER FOR RELIEF - 6

22. These continued discrepancies left Plaintiffs without any reliable means of determining who held the loan or possessed authority over the Deed of Trust.

23. In October 2025, Plaintiffs discovered that their monthly payments were not being applied to the loan balance again. Plaintiffs immediately contacted Freedom who claimed they had not received any payments, despite Plaintiffs possessing certified mail receipts confirming delivery and bank records showing the checks had been cashed. Plaintiffs continued making monthly payments through December 2025, yet Freedom Mortgage's statements continued to show no payments applied, and Freedom again insisted they had not received any payments since September 2025. [Exhibits 15-19 Plaintiffs Payments]

24. On January 2026, Freedom executed a Substitution of Trustee naming Affinia Default Services LLC as trustee

25. The very next day, Affinia recorded a Notice of Default and Declaration [Exhibit 8-9 , NOD dated 1/27/2026 & Declaration dated 1/02/2026]

26. Affinia then mailed copies of the NOD and Declaration to Plaintiffs Jerry Wagner and Danny Wagner individually.

27. Plaintiffs were left with no other option but to seek court intervention to prevent unlawful foreclosure

28.

## IV. Cause of Action

### (1) Violation of Homeowner Bill of Rights enforceable under Cal. Civ. Code § 2924.12 entitling to injunction relief-Against All Defendants

29. Plaintiffs reallege and incorporate all prior paragraphs as though fully set forth herein.

**LoanDepots HBOR Violations (§ 2924.17)**

30. LoanDepot prepared two different loan applications, each showing different borrower income and each containing miscalculations of total debt. LoanDepot then originated the loan using contradictory and unreliable data. These inconsistent applications demonstrate that LoanDepot qualified elderly, fixed-income borrowers for a loan they could not mathematically sustain through maturity. [Exhibit 1-2]

31. LoanDepot created material defects in the mortgage NOTE itself, producing three different versions containing mismatched borrower signatures, unexplained third-party signature only on one version, and incorrect city "Foothill" instead of "Bakersfield". [Exhibit 3-6] These defects render the note facially unreliable and prevent any defendant from establishing a valid, enforceable interest or proving a lawful default.

32. LoanDepot created four different origination dates from the same mortgage loan:

   a. The Note- April 10, 2020

   b. IRS Form 1098-Aprul 10, 2020 [Exhibit 13-14}

   c. IRS Form 1098-April 22, 2020 [Exhibit 11-12]

   d. Internal Transaction Description- April 20, 2020 [Exhibit 10]

   e. Customer Activity Sheet-April 30, 2020 [Exhibit 9]

33. LoanDepot created two different internal "Loan Set Up" entries for $190,000.00 then immediately reversed on April 20 & April 30 of 2020 showing a pattern of accounting manipulation. [Exhibit 9-10]

SECOND AMENDED COMPLAINT FOR:(1) VIOLATION OF HOMEOWNER BILL OF RIGHTS;(2) BREACH OF CONTRACT;(3) BREACH OF IMPLIED GOOD FAITH AND FAIR DEALING;(4) VIOLATION OF ROSENTHAL ACT;(5) NEGILEGENCE MISREPRESNTATION;(6) CONSTUCTIVE FRAUD;(7) VIOLATION OF UNFAIR COMPETITION (BUS. & PROF. CODE § 17200);(8) DECLARATORY RELIEF;(9) PRAYER FOR RELIEF - 8

**LoanDepot and Freedom HBOR Violations (§ 2924.17)**

34. LoanDepot and Freedom waited nine months to record an assignment creating a break in the chain of beneficial interest.

35. LoanDepot and Freedom relied on American Title Company a unidentified entity in the chain of title to prepare and execute an assignment on their behalf. The assignment produced by this unidentified entity does not transfer interest to Freedom, but instead to "Heather....." an unknown individual.

**Freedom HBOR violations ( § 2924.17; § .2924(a)(1); 2924a)**

36. Freedom claimed beneficiary statues and servicing Plaitiff's loan in October 2024 nine months before their alleged assignment was executed in June 2025. Freedom lacked authority to service Plaintiffs under § 2924(a)(1) a valid recorded assignment needs to occur before servicing of the loan.

37. September 2025 Freedom began holding Plaintiffs payments in a suspense account to manufactured delinquency and record a NOD January 2026. A default created through suspense-account manipulation renders all subsequent foreclosure actions void.

38. January 2026 Freedom relied on ServiceLink an unknown entity in the chain of title to reord a trustee assignment naming Affinia as the new trustee despite Freedom having no lawful to do so, due to their defective assignment from LoanDepot violating §§2924(a)(1) and 2934a

**Affinia HBOR Violations ( § 2924.17; §2923.55; 2923.5)**

SECOND AMENDED COMPLAINT FOR:(1) VIOLATION OF HOMEOWNER BILL OF RIGHTS;(2) BREACH OF CONTRACT;(3) BREACH OF IMPLIED GOOD FAITH AND FAIR DEALING;(4) VIOLATION OF ROSENTHAL ACT;(5) NEGILEGENCE MISREPRESNTATION;(6) CONSTUCTIVE FRAUD;(7) VIOLATION OF UNFAIR COMPETITION (BUS. & PROF. CODE § 17200);(8) DECLARATORY RELIEF;(9) PRAYER FOR RELIEF - 9

39. Affinia relied on ServiceLink an unknown entity to the chain of title to record a NOD based on: unknown loan origination date causing the principal balance to be incalculable; fabricated non-payment status, three Note versions, and listed a non-working address for Affinia.

40. The NOD contained an invalid declaration-signed before the 30-day contact period, not based on personal knowledge, relied on fabricated amounts, and its incomplete most of the boxes are not check off. [Exhibit]

**Conclusion & Relief**

41. LoanDepot created the first material defects in the loan records that Freedom and Affina relied on-these defects were carried forward and compounded by Freedom and Affina. The material defects include:

    a.  two different loan applications with miscalculated TDI;

    b.  three different versions of the Note

    c.  Wrong execution location

    d.  Four origination dates with two loan setup entries of $190,00.00

    e.  Used unidentified third-parties to create and process loan documents

    f.  Nine month gap in alleged assignments of Deed

    g.  Didn't wait 30-day contact period to file NOD and Declaration

    h.  Declaration was incomplete, not based on personal knowledge, relied entirely on inaccurate information

LoanDepot, Freedom, and Affinia material violations of the HBOR are enforceable under § 2924.12, entitling Plaintiffs to injunctive relief halting foreclosure, cancellation of the NOD and

SECOND AMENDED COMPLAINT FOR:(1) VIOLATION OF HOMEOWNER BILL OF RIGHTS;(2) BREACH OF CONTRACT;(3) BREACH OF IMPLIED GOOD FAITH AND FAIR DEALING;(4) VIOLATION OF ROSENTHAL ACT;(5) NEGILEGENCE MISREPRESNTATION;(6) CONSTUCTIVE FRAUD;(7) VIOLATION OF UNFAIR COMPETITION (BUS. & PROF. CODE § 17200);(8) DECLARATORY RELIEF;(9) PRAYER FOR RELIEF - 10

Substitution of Trustee, statutory damages, civil penalties, attorney's fees, and declaratory relief confirming Defendants lack competent evidence of any default.

### (2) BREACH OF CONTRACT-Against all Defendants

42. Plaintiffs reallege all prior paragraphs.

43. LoanDepot breached the Note and Deed of Trust by creating four origination dates, three versions of the mortgage Note, dual mortgage payments during allege servicing transfer, delayed or defective assignments, ultimately failing to maintain accurate contractual information required under the Deed of Trust.

44. Freedom breached the contract by holding Plaintiffs' payments in suspense from September 2025 through December to fabricated foreclosure, then initiating foreclosure without being properly assigned under the deed of trust.

45. Affinia breached contractual duties by recording a NOD based on inaccurate payment history, listing a non-working address, and a defective declaration.

46. As a result of Defendants' breaches, Plaintiffs suffered damages including clouded title, wrongful foreclosure exposure, emotional distress, and legal expenses.

### (3) BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING-Against All Defendants

47. Plaintiffs reallege all prior paragraphs.

48. LoanDepot acted in bad faith by originating a mortgage loan that was mathematically impossible for the borrowers to perform on until maturity. Failing to create or maintain a

SECOND AMENDED COMPLAINT FOR:(1) VIOLATION OF HOMEOWNER BILL OF RIGHTS;(2) BREACH OF CONTRACT;(3) BREACH OF IMPLIED GOOD FAITH AND FAIR DEALING;(4) VIOLATION OF ROSENTHAL ACT;(5) NEGILEGENCE MISREPRESNTATION;(6) CONSTUCTIVE FRAUD;(7) VIOLATION OF UNFAIR COMPETITION (BUS. & PROF. CODE § 17200);(8) DECLARATORY RELIEF;(9) PRAYER FOR RELIEF - 11

facially valid Note (Incorrect city of "Foothill" listed and mismatched borrower's signatures) and by failing to retain a consistent original instrument.

49. LoanDepot provided Plaintiffs with four different origination dates and internal same-day loan "adjustments" that fabricated the true status of their loan. LoanDepot received payment, benefiting from Plaintiffs confusion.

50. Freedom acted in bad faith by claiming beneficiary status and asserting an assignment in October 2024 when no assignment had been recorded, misapplying Plaintiffs payments, refusing to correct payment errors despite Plaintiffs disputes and proof of payment, and advancing foreclosure based on manufactured payment default.

51. Affinia acted in bad faith by failing to verify any foreclosure information before recording. Affinia recorded a declaration that was incomplete and not based on personal knowledge and recorded a NOD for alleged non-payment without possessing admissible evidence required under Civil Code §§ 2923.5, 2923.55, and 2924(a)(1).

52. Affinia providing and using a non-working trustee address on the NOD, made it impossible for Plaintiffs to further dispute the misapplied payments or tender payment. Affinia frustrated Plaintiffs' ability to benefit from the contract and further created an imminent threat of foreclosure.

53. Plaintiffs suffered harm including emotional distress, loss of career, clouded title, and legal expenses.

## (4) VIOLATION OF THE ROSENTHAL ACT-Against Freedom and LoanDepot

SECOND AMENDED COMPLAINT FOR:(1) VIOLATION OF HOMEOWNER BILL OF RIGHTS;(2) BREACH OF CONTRACT;(3) BREACH OF IMPLIED GOOD FAITH AND FAIR DEALING;(4) VIOLATION OF ROSENTHAL ACT;(5) NEGILEGENCE MISREPRESNTATION;(6) CONSTUCTIVE FRAUD;(7) VIOLATION OF UNFAIR COMPETITION (BUS. & PROF. CODE § 17200);(8) DECLARATORY RELIEF;(9) PRAYER FOR RELIEF - 12

54. Plaintiffs reallege and incorporate all prior paragraphs.

55. LoanDepot, Freedom, are "debt collectors" under Civil Code § 1788.2(c) because they regularly collect mortgage debts.

56. Under Civil Code § 1788.2(d), "Debt" means money, property, or services owed or alleged to be owed by a natural person to another person, a mortgage obligation falls squarely within this definition. Mortgage servicers are 'debt collectors' under Civil Code § 1788.2(c) when they engage in debt collection activity, including issuing delinquency notices, demanding payment, and reporting alleged defaults Accordingly, LoanDepot and Freedom were collecting a debt represented by a mortgage Note, secured by subject property under a deed of trust. LoanDepot violated the Rosenthal Act by issuing and recording alternative account numbers than the mortgage note, providing false origination dates, that created principal-balance discrepancies because the loan is interest-bearing.

57. Freedom violated the Act by also recording alternative account numbers, misrepresenting the amount owed, misrepresenting the legal status of the debt, misapplying payments, issuing mathematically inconsistent summaries, and attempting to collect escrow shortages caused by its own mismanagement.

58. These acts constitute unfair and deceptive debt-collection practices. Plaintiffs are entitled to actual and statutory damages.

59. Plaintiffs reallege all prior paragraphs.

## (5) NEGLIGENT MISREPRESENTATION-Against all Defendants

60. Plaintiffs reallege all prior paragraphs.

SECOND AMENDED COMPLAINT FOR:(1) VIOLATION OF HOMEOWNER BILL OF RIGHTS;(2) BREACH OF CONTRACT;(3) BREACH OF IMPLIED GOOD FAITH AND FAIR DEALING;(4) VIOLATION OF ROSENTHAL ACT;(5) NEGILEGENCE MISREPRESNTATION;(6) CONSTUCTIVE FRAUD;(7) VIOLATION OF UNFAIR COMPETITION (BUS. & PROF. CODE § 17200);(8) DECLARATORY RELIEF;(9) PRAYER FOR RELIEF - 13

61. LoanDepot made material misrepresentation regarding the loan origination dates, true copies of the Promissory Note, and physical execution locations. LoanDepot had no reasonable grounds for believing these facts to be true at the time they were uttered. Plaintiffs justifiably relied on these representations, which actively prevented Plaintiff from understanding the true legal status of the loan. Defendants intended Plaintiffs to rely on these representations, and Plaintiffs reasonably did rely on them. Plaintiffs did not discover, nor could Plaintiff have reasonably discovered the exercise of reasonable diligence, the material misrepresentation, altered execution locations, false origination dates, and structurally conflicting copies of the Promissory Note until the beginning of 2024.

62. Plaintiffs discovered these systemic discrepancies on or about January 2025 when plaintiff was forced to compile, audit, and analyze the complete loan lifecycle documents in direct response to the imminent, unlawful foreclosure initiated by Freedom and Affinia.

63. Plaintiffs, as an ordinary consumer, had no independent access to LoanDepot's internal electronic data systems, corporate tracking logs, or secondary transfer records.

64. Plaintiffs had no reason to suspect or investigate until Freedom claimed assignment in October 2024 and LoanDepot continued to accept payments at that time.

65. Freedom made material, written, and recorded misrepresentation to Plaintiffs including asserting Plaintiffs were in payment default while receiving those payments, issued fraudulent "Cure Demands", initiated Foreclosure based on falsified information, claiming to be the lawful beneficiary without a recorded assignment.

SECOND AMENDED COMPLAINT FOR:(1) VIOLATION OF HOMEOWNER BILL OF RIGHTS;(2) BREACH OF CONTRACT;(3) BREACH OF IMPLIED GOOD FAITH AND FAIR DEALING;(4) VIOLATION OF ROSENTHAL ACT;(5) NEGILEGENCE MISREPRESNTATION;(6) CONSTUCTIVE FRAUD;(7) VIOLATION OF UNFAIR COMPETITION (BUS. & PROF. CODE § 17200);(8) DECLARATORY RELIEF;(9) PRAYER FOR RELIEF - 14

66. Affinia made negligent misrepresentations through its foreclosure mechanics by recording a NOD before the required 30-day contact period, then blindly attaching the incomplete declaration to the NOD, and publicly recording the instruments.

67. Plaintiffs relied on Defendants representations and suffered harm including clouded title, imminent foreclosure, emotional distress, and legal expenses.

## (6) CONSTRUCTIVE FRAUD Cal. Civ Code § 1573(1)-(Against All Defendants)

68. Plaintiffs reallege all prior paragraphs.

69. LoanDepot creating a predatory loan, with systemic misrepresentations on all vital loan documents since inception that actively obscured the legal status of the loan.

70. Freedom claimed assignment of this poisoned loan, legally compromised chain of title from LoanDepot, then weaponized these defective instruments, to manufacture default, and take Plaintiffs property.

71. Affinia blindly accepted these poisoned, false documents and a recorded a premature NOD, while publishing a non-working physical address to sabotage Plaintiff's statutory right to cure.

72. Defendants owed Plaintiffs strict statutory duties under California law, including the HBOR and the strict structural timelines governing nonjudicial foreclosures (Civil Code § 2923.5). Without any requirement to prove an actual fraudulent intent, Defendants breaches of duty actively misled plaintiffs, by never providing loan documents that were not materially defective on their face, proving who the beneficial owner is. Defendants owed Plaintiffs

SECOND AMENDED COMPLAINT FOR:(1) VIOLATION OF HOMEOWNER BILL OF RIGHTS;(2) BREACH OF CONTRACT;(3) BREACH OF IMPLIED GOOD FAITH AND FAIR DEALING;(4) VIOLATION OF ROSENTHAL ACT;(5) NEGILEGENCE MISREPRESNTATION;(6) CONSTUCTIVE FRAUD;(7) VIOLATION OF UNFAIR COMPETITION (BUS. & PROF. CODE § 17200);(8) DECLARATORY RELIEF;(9) PRAYER FOR RELIEF - 15

statutory duties under HBOR and Civil Code § 2923.5 et seq., which constitute the type of special legal duties required for constructive fraud. "The root of this loan is legally compromised by LoanDepot, Freedom lacks no standing to enforce the power of sale. Because Plaintiffs relied on Defendants representations and conduct, we have suffered damages including clouded title, imminent foreclosure, emotional distress, stress-induced health issues, loss of career, and legal expenses.

## (7) UNFAIR COMPETITION, BUS. & PROF. CODE § 17200-(Against All Defendants)

73. Plaintiffs reallege all prior paragraphs.

74. All Defendant's engaged in a continuous coordinated pattern of unlawful and fraudulent business practices because they HBOR, Rosenthal Act, and Cal. Civ. Code 2923.5.

75. All Defendant's conduct is unfair because they violated public policy favoring homeowner retention and consumer protection. Defendants weaponized a defective loan foundation by LoanDepot, Freedom held payments in suspense account to fabricate a non-payment default, Affinia actively sabotage Plaintiffs right to cure by providing a non-working address. The economic utility of these predatory fraudulent business mechanisms is zero to defendants, deceiving Plaintiffs of an imminent foreclosure.

76. The harm to Plaintiffs is catastrophic. Plaintiffs seek injunctive relief, restitution, cancellation of instruments, restoration of title, declaratory relief, and all necessary equitable remedies-but not damages.

## (8) Declaratory Relief, CCP § 1060-(Against All Defendants)

SECOND AMENDED COMPLAINT FOR:(1) VIOLATION OF HOMEOWNER BILL OF RIGHTS;(2) BREACH OF CONTRACT;(3) BREACH OF IMPLIED GOOD FAITH AND FAIR DEALING;(4) VIOLATION OF ROSENTHAL ACT;(5) NEGILEGENCE MISREPRESNTATION;(6) CONSTUCTIVE FRAUD;(7) VIOLATION OF UNFAIR COMPETITION (BUS. & PROF. CODE § 17200);(8) DECLARATORY RELIEF;(9) PRAYER FOR RELIEF - 16

77. Plaintiffs reallege all prior paragraphs.

78. An actual controversy has arisen and now exists between Plaintiffs and Defendants concerning their respective rights and duties under the Promissory Note, Deed of Trust, and the validity of ongoing foreclosure. Plaintiffs are in actual possession of the property and seek to quiet title against all adverse claims asserted by Defendants.""Plaintiffs contends that the NOD recorded by defendant Affinia on behalf of Defendant Freedom is statutorily void ab initio because Defendants failed to comply with the mandatory 30-day pre-foreclosure contact and due diligence window required by California Civil Code § 2923.5

79. Plaintiffs further contends that Defendant Freedom is not the lawful beneficiary and lacks standing to foreclose due to chain of title defects originated by LoanDepot, and because Freedom received and cashed plaintiff's payments, meaning no lawful default exists.

80. Defendants dispute Plaintiffs contentions and intend to proceed with a nonjudicial foreclosure and sale of Plaintiff's residential real property.

81. A judicial declaration is necessary and appropriate at this time under California Code of Civil Procedure § 1060 so that Plaintiffs may ascertain their legal rights, remove the unlawful cloud on title, and prevent the irreparable forfeiture of Plaintiff's home equity.

## (9) PRAYERS FOR RELIEF

WHEREFORE, Plaintiff respectfully prays for judgment against Defendants LoanDepot, Freedom, Affinia, and each of them as follows:

82. On the Cause of Action for Injunctive Relief:

SECOND AMENDED COMPLAINT FOR:(1) VIOLATION OF HOMEOWNER BILL OF RIGHTS;(2) BREACH OF CONTRACT;(3) BREACH OF IMPLIED GOOD FAITH AND FAIR DEALING;(4) VIOLATION OF ROSENTHAL ACT;(5) NEGILEGENCE MISREPRESNTATION;(6) CONSTUCTIVE FRAUD;(7) VIOLATION OF UNFAIR COMPETITION (BUS. & PROF. CODE § 17200);(8) DECLARATORY RELIEF;(9) PRAYER FOR RELIEF - 17

a. For an immediate emergency TRO, followed by a preliminary injunction, and ultimately a Permanent injunction, enjoining Freedom and Affinia, their corporate officers, agents, employees, attorneys, and all persons acting in concert with them, from taking any further steps to conduct a trustee's auction sale, transfer sale, evict, or otherwise interfere with Plaintiffs lawful possession and ownership of the real property commonly known as 3517 Beyers Street Bakersfield CA, 93312.

b. For binding judicial declaration and decree pursuant to California Code of Civil Procedure Section 1060 that the Notice of Default recorded by Affinia as instrument [DOC#2260996 Exhibit    ,] is statutorily deficient, invalid, void ab initio, and of no legal force or effect due to systemic violations of California Civil Code Sections 2923.5 and 2924.17.

c. For a binding judicial declaration that Freedom is not a holder in due course and lacks lawful beneficial standing to invoke the Power of Sale to fatal structural defects and material misrepresentations in the chain of title originated by LoanDepot.

83. On the Cause of Actions for Negligent Misrepresentations and Constructive Fraud:

a. For an order compelling Freedom to provide a complete, verified accounting of all mortgage funds transmitted by Plaintiffs, using copies of the monthly statements between August 2025 to January 2026 that they mailed to plaintiffs, and Plaintiffs relied on for the status of the loan.

b. For full financial restitution of all mortgage payments received, processed, and cashed by all Defendants.

SECOND AMENDED COMPLAINT FOR:(1) VIOLATION OF HOMEOWNER BILL OF RIGHTS;(2) BREACH OF CONTRACT;(3) BREACH OF IMPLIED GOOD FAITH AND FAIR DEALING;(4) VIOLATION OF ROSENTHAL ACT;(5) NEGILEGENCE MISREPRESNTATION;(6) CONSTUCTIVE FRAUD;(7) VIOLATION OF UNFAIR COMPETITION (BUS. & PROF. CODE § 17200);(8) DECLARATORY RELIEF;(9) PRAYER FOR RELIEF - 18

c. For actual, compensatory, and consequential economic damages, including but not limited to, funds expended investigating the fraud, mailing/servicing cost, and severe impairment to Plaintiffs income.

d. For general non-economic damages to compensate Plaintiffs for severe emotional distress, anxiety, mental anguish, and loss of peace of mind proximately caused by Defendants predatory and deceptive foreclosure tracking.

84. On all causes of Action:

a. For reasonable attorney fees (if applicable) and all statutory cost of suit incurred herein;

b. For pre-judgment and post-judgement interest at the maximum legal rate from the date of violations until paid; and

c. For such other, further, or different relief as this Court deems just, equitable, and proper under the circumstances.

## Evidence

1. Original loan application from LoanDepot- Exhibit 1

2. Second Loan Application from LoanDepot-Exhibit 2

3. Copy of Note cover page- Exhibit 3

4. Copy of the Note version 1 signature page from LoanDepot- Exhibit 4

5. Copy of the Note version 2 signature page from Freedom- Exhibit 5

6. Copy of Note version 3 signature page from Freedom- Exhibit 6

7. Copy of NOD -Exhibit 7

SECOND AMENDED COMPLAINT FOR:(1) VIOLATION OF HOMEOWNER BILL OF RIGHTS;(2) BREACH OF CONTRACT;(3) BREACH OF IMPLIED GOOD FAITH AND FAIR DEALING;(4) VIOLATION OF ROSENTHAL ACT;(5) NEGILEGENCE MISREPRESNTATION;(6) CONSTUCTIVE FRAUD;(7) VIOLATION OF UNFAIR COMPETITION (BUS. & PROF. CODE § 17200);(8) DECLARATORY RELIEF;(9) PRAYER FOR RELIEF - 19

8. Copy of Default Declaration- Exhibit 8

9. Copy of LoanDepot.COM, LLC account summary- Exhibit 9

10. Copy of LoanDepot.COM,LLC account summary- Exhibit 10

11. Copy of IRS 1098 from year 2022 LoanDepot.COM,LLC-Exhibit 11

12. Copy of IRS 1098 from year 2024 LoanDepot.COM,LLC- Exhibit 12

13. Copy of IRS 1098 from year 2024 Freedom Mortgage Corporation-Exhibit 13

14. Copy of IRS 1098 from year 2025 Freedom Mortgage Corporation-Exhibit 14

15. Copy of check #1005 cashed by Freedom Mortgage Corporation 09/09/2025-Exhibit 15

16. Copy of mailing labels for check #1005-Exhibit 15

17. Copy of check #1006 cashed by Freedom Mortgage Corporation 10/06/2025-Exhibit 16

18. Copy of mailing labels for check #1006-Exhibit 16

19. Copy of check# 1007 cashed by Freedom Mortgage Corporation 11/10/2025-Exhibit 17

20. Copy of mailing labels for check# 107-Exhibit 17

21. Copy of cash check # 1008 by Freedom Mortgage Corporation 12/15/2025-Exhibit 18

22. Copy of mailing labels for check# 1008-Exhibit 18

23. Copy of billing statement from Freedom Mortgage Corporation 12/15/2025-Exhibit 19

SECOND AMENDED COMPLAINT FOR:(1) VIOLATION OF HOMEOWNER BILL OF RIGHTS;(2) BREACH OF CONTRACT;(3) BREACH OF IMPLIED GOOD FAITH AND FAIR DEALING;(4) VIOLATION OF ROSENTHAL ACT;(5) NEGILEGENCE MISREPRESNTATION;(6) CONSTUCTIVE FRAUD;(7) VIOLATION OF UNFAIR COMPETITION (BUS. & PROF. CODE § 17200);(8) DECLARATORY RELIEF;(9) PRAYER FOR RELIEF - 20

X ~Jerry Wagner~          X ~Danny Wagner~          07/08/2026

Jerry Wagner

In Pro Per

Danny Wagner

In Pro Per

SECOND AMENDED COMPLAINT FOR:(1) VIOLATION OF HOMEOWNER BILL OF RIGHTS;(2) BREACH OF CONTRACT;(3) BREACH OF IMPLIED GOOD FAITH AND FAIR DEALING;(4) VIOLATION OF ROSENTHAL ACT;(5) NEGILEGENCE MISREPRESNTATION;(6) CONSTUCTIVE FRAUD;(7) VIOLATION OF UNFAIR COMPETITION (BUS. & PROF. CODE § 17200);(8) DECLARATORY RELIEF;(9) PRAYER FOR RELIEF - 21

## Verification

I, Jerry Wagner, am a plaintiff in this action. I have read the foregoing Second Amended Complaint, and I declare that the facts stated therein are true and correct of my own knowledge, except as to those matters stated on information and belief, and as to those matters, I believe them to be true.

I make this verification because the allegations concern facts within my personal knowledge, including the four different origination dates, servicing history, payment, records, foreclosure documents, and communications with the Defendants.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed: July 8, 2026

X _Jerry Wagner_ 07/08/2026
Jerry Wagner
In Pro Per

SECOND AMENDED COMPLAINT FOR:(1) VIOLATION OF HOMEOWNER BILL OF RIGHTS;(2) BREACH OF CONTRACT;(3) BREACH OF IMPLIED GOOD FAITH AND FAIR DEALING;(4) VIOLATION OF ROSENTHAL ACT;(5) NEGILEGENCE MISREPRESNTATION;(6) CONSTUCTIVE FRAUD;(7) VIOLATION OF UNFAIR COMPETITION (BUS. & PROF. CODE § 17200);(8) DECLARATORY RELIEF;(9) PRAYER FOR RELIEF - 22

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the Borrower (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

Borrower _____  Co-Borrower _____

| Mortgage Applied for: | ☐ VA  ☒ Conventional  ☐ Other: (explain) ☐ FHA  ☐ USDA/Rural Housing Service | | Agency Case Number | Lender Case Number 103643148 |
|---|---|---|---|---|
| Amount $190,000.00 | Interest Rate 3.500% | No. of Months 360 | Amortization Type: ☒ Fixed Rate ☐ Other (explain): ☐ GPM  ☐ ARM (type): | |

| Subject Property Address (street, city, state & ZIP) 3517 BEYERS ST, BAKERSFIELD, CA 93312 | No. of Units 1 |
|---|---|
| Legal Description of Subject Property (attach description if necessary) SEE ATTACHED LEGAL DESCRIPTION , EXHIBIT A | Year Built 1962 |

| Purpose of Loan | ☐ Purchase  ☐ Construction  ☐ Other (explain): ☒ Refinance  ☐ Construction-Permanent | Property will be: ☒ Primary Residence  ☐ Secondary Residence  ☐ Investment |
|---|---|---|

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost $ | Amount Existing Liens $ | (a) Present Value of Lot $ | (b) Cost of Improvements $ | Total (a + b) $ |
|---|---|---|---|---|---|

Complete this line if this is a refinance loan.

| Year Acquired 2000 | Original Cost $90,000.00 | Amount Existing Liens $140,000.00 | Purpose of Refinance CASH OUT OTHER | Describe Improvements ☐ made ☐ to be made  Cost: $ |
|---|---|---|---|---|

| Title will be held in what Name(s) DANNY LEE WAGNER, FREDA SUE WAGNER | Manner in which Title will be held JOINT TENANTS | Estate will be held in: ☒ Fee Simple |
|---|---|---|
| Source of Down Payment, Settlement Charges, and/or Subordinate Financing (explain) | | ☐ Leasehold (show expiration date) |

| Borrower's Name (include Jr. or Sr. if applicable) DANNY LEE WAGNER | Co-Borrower's Name (include Jr. or Sr. if applicable) FREDA SUE WAGNER |
|---|---|
| Social Security Number 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  Home Phone (incl. area code) (661) 589-0024  DOB (mm/dd/yyyy) 03/28/1956  Yrs. School 12 | Social Security Number 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  Home Phone (incl. area code) (661) 589-0024  DOB (mm/dd/yyyy) 03/07/1949  Yrs. School 13 |
| ☒ Married  ☐ Unmarried (include single, divorced, widowed)  ☐ Separated  Dependents (not listed by Co-Borrower) no. 1  ages 57 | ☒ Married  ☐ Unmarried (include single, divorced, widowed)  ☐ Separated  Dependents (not listed by Borrower) no. 0  ages |
| Present Address (street, city, state, ZIP) ☒ Own ☐ Rent 19 Yrs/ 2 Mos No. Yrs. 3517 BEYERS ST, BAKERSFIELD, CA 93312 | Present Address (street, city, state, ZIP) ☒ Own ☐ Rent 19 Yrs/ 2 Mos No. Yrs. 3517 BEYERS ST, BAKERSFIELD, CA 93312 |
| Mailing Address, if different from Present Address | Mailing Address, if different from Present Address |

If residing at present address for less than two years, complete the following:

| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent _____ No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent _____ No. Yrs. |
|---|---|

| Name & Address of Employer  ☐ Self Employed RETIRED | Yrs. on this job 17  Yrs. employed in this line of work/profession | Name & Address of Employer  ☐ Self Employed KERN COUNTY INNS / RONALD WAGNER 5357 YOSEMITE AVE BAKERSFIELD, CA 93309 | Yrs. on this job 17  Yrs. employed in this line of work/profession 17 |
|---|---|---|---|
| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business CARETAKER | Business Phone (incl. area code) (661) 868-8987 |

If employed in current position for less than two years or if currently employed in more than one position, complete the following:



PLAINTIFF'S EXHIBIT NO. 1

Uniform Residential Loan Application
Freddie Mac Form 65    7/05 (rev. 6/05)
4193.964

4/10/2020 6:27:27 AM MDT
Page 1 of 5

Fannie Mae Form 1003    7/05 (rev. 6/05)

23

103643148

| Name & Address of Employer ☐ Self Employed | Dates (from-to) | Name & Address of Employer ☐ Self Employed | Dates (from-to) |
|---|---|---|---|
| | Monthly Income | | Monthly Income |
| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
| Name & Address of Employer ☐ Self Employed | Dates (from-to) | Name & Address of Employer ☐ Self Employed | Dates (from-to) |
| | Monthly Income | | Monthly Income |
| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | | $3,276.29 | $3,276.29 | Rent | | |
| Overtime | | | | First Mortgage (P&I) | $1,018.00 | $853.18 |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | | $68.09 |
| Dividends/Interest | | | | Real Estate Taxes | | $151.60 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income," below) | $1,927.40 | $3,451.93 | $5,379.33 | Homeowner Assn. Dues | | |
| | | | | Other: | | |
| Total | $1,927.40 | $6,728.22 | $8,655.62 | Total | $1,018.00 | $1,072.87 |

\* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

Describe Other Income    Notice:    Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| B | SOCIAL SECURITY/DISABILITY INCOME | $1,927.40 |
| C | PENSION/RETIREMENT INCOME | $1,831.33 |
| C | SOCIAL SECURITY/DISABILITY INCOME | $1,620.60 |

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed about that spouse or other person also.

Completed ☐ Jointly ☐ Not Jointly

| ASSETS Description | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address, and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
|---|---|---|---|---|
| Cash Deposit toward purchase held by: | | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
| List checking and savings accounts below | | | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company PNC BANK 3232 NEWMARK DR MIAMISBURG OH 45342 | $ Payment/Months ($1,018.00)/144 | $146,749.64 * |
| Acct. no. | | Acct. no. 4331000255892 | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company EDUCATIONAL EMPLOYEE | $ Payment/Months $660.00/67 | $44,195.00 |
| Acct. no. | | Acct. no. 1192881582 | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company PATELCO CREDIT UNION 5050 HOPYARD RD ACCOUNTING DEPT. PLEASANTON CA 94588 | $ Payment/Months $609.00/72 | $43,531.00 |
| Acct. no. | | Acct. no. 68528601 | | |
| Acct. no. | | | | |



PLAINTIFFS EXHIBIT NO. 1

Uniform Residential Loan Application
Freddie Mac Form 65    7/05 (rev. 6/09)    Fannie Mae Form 1003    7/05 (rev. 6/09)
EB  4193.964

Page 2 of 5

4193 2 5 103643146

103643148

| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payment/Months | $37,199.00 |
|---|---|---|---|---|
| | | EDUCATIONAL EMPLOYEE | $365.00/66 | |
| | | Acct. no. 1192881503 | | |
| Acct. no. | | Name and address of Company | $ Payment/Months | $32,964.00 |
| Stocks & Bonds (Company name/ number & description) | | EDUCATIONAL EMPLOYEE 2222 W SHAW FRESNO, CA 93711 | $509.00/65 | |
| | | Acct. no. 1192881501 | | |
| | | Name and address of Company | $ Payment/Months | $4,800.00 |
| | | FNB OMAHA PO BOX 3412 OMAHA, NE 68197 | $96.00/50 | |
| Life insurance net cash value Face amount: | | Acct. no. 323387667967531 | | |
| Subtotal Liquid Assets | | Name and address of Company | $ Payment/Months | $254.00 |
| Real estate owned (enter market value from schedule of real estate owned) | $255,000.00 | TBD/CBNA ONE COURT SQUARE LONG ISLAND CITY, NY 11120 | $28.00/10 | |
| Vested interest in retirement fund | | Acct. no. 6035320923260226 | | |
| Net worth of business(es) owned (attach financial statement) | | Alimony/Child Support/Separate Maintenance Payments Owed to: | | |
| Automobiles owned (make and year) | | | | |
| | | Job-Related Expense (child care, union dues, etc.) | | |
| Other Assets (itemize) | | | | |
| | | Total Monthly Payments | | $2,575.00 |

| Total Assets a. | $255,000.00 | Net Worth (a minus b) » | $-57,400.64 | Total Liabilities b. | $312,400.64 |
|---|---|---|---|---|---|

**Schedule of Real Estate Owned** (If additional properties are owned, use continuation sheet)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 117 MEYERS ST BAKERSFIELD, CA 93312 | SFR | $255,000.00 | $145,680.00 | | $1,018.00 | | |
| | | | | | | | |
| | | | | | | | |
| | Totals | $255,000.00 | $145,680.00 | | $1,018.00 | | |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |

| | | If you answer "Yes" to any questions a through i, please use continuation sheet for explanation. | Borrower | | Co-Borrower | |
|---|---|---|---|---|---|---|
| | | | Yes No | | Yes No | |
| a. Purchase price | | a. Are there any outstanding judgments against you? | ☐ ☒ | | ☐ ☒ | |
| b. Alterations, improvements, repairs | | b. Have you been declared bankrupt within the past 7 years? | ☐ ☒ | | ☐ ☒ | |
| c. Land (if acquired separately) | | c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ ☒ | | ☐ ☒ | |
| d. Refinance (incl. debts to be paid off) | $146,749.64 | d. Are you a party to a lawsuit? | ☐ ☒ | | ☐ ☒ | |
| e. Estimated prepaid items | $1,170.21 | e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? | ☐ ☒ | | ☐ ☒ | |
| f. Estimated closing costs | $3,159.31 | (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial | | | | |
| g. PMI, MIP, Funding Fee | | obligation, bond, or loan guarantee. If "Yes," provide details, including date, name, and address of Lender, FHA or VA case number, if any, and reasons for the action.) | | | | |
| h. Discount (if Borrower will pay) | $3,843.70 | | | | | |
| i. Total cost(s) (add items a through h) | $154,922.86 | | | | | |

PLAINTIFF'S
EXHIBIT
NO. 1



4193|3|5|103643148

25

103643148

| | | | Borrower | | Co-Borrower | |
|---|---|---|---|---|---|---|
| j. Subordinate financing | | If you answer "Yes" to any questions a through i, please use continuation sheet for explanation. | Yes | No | Yes | No |
| k. Borrower's closing costs paid by seller | | f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? | ☐ | ☒ | ☐ | ☒ |
| l. Other Credits (explain) OTHER CREDIT CREDIT FOR EXCESS DEPOSIT CASH DEPOSIT | $487.36 $28.00 | g. Are you obligated to pay alimony, child support, or separate maintenance? | ☐ | ☒ | ☐ | ☒ |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | $190,000.00 | h. Is any part of the down payment borrowed? | ☐ | ☒ | ☐ | ☒ |
| | | i. Are you a co-maker or endorser on a note? | ☐ | ☒ | ☐ | ☒ |
| n. PMI, MIP, Funding Fee financed | | j. Are you a U.S. citizen? | ☒ | ☐ | ☐ | ☒ |
| | | k. Are you a permanent resident alien? | ☐ | ☒ | ☐ | ☒ |
| o. Loan amount (add m & n) | $190,000.00 | l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | ☒ | ☐ | ☐ | ☒ |
| | | m. Have you had an ownership interest in a property in the last three years? | ☒ | ☐ | ☒ | ☐ |
| p. Cash from/to Borrower (subtract j, k, l, & o from i) | $-35,592.50 | (1) What type of property did you own-principal residence (PR), second home (SH), or investment property (IP)? | PR | | PR | |
| | | (2) How did you hold title to the home – by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | SP | | SP | |

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, its servicers, successors or assigns may retain the original and/or an electronic record of this application, whether or not the Loan is approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the Lender, its servicers, successors or assigns may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

Acknowledgement. Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate business purpose through any source, including a source named in this application or a consumer reporting agency.

| Borrower's Signature X _Dan Wagner_ | Date 4/10/2020 | Co-Borrower's Signature X _Fisher I. Wagner_ | Date 4/6/2020 |
|---|---|---|---|

| Loan Originator's Signature X | | Date 04/10/20 |
|---|---|---|
| Loan Originator's Name (print or type) TRISTEN ALLEMAN | Loan Originator Identifier CA-DBO1895307 NMLS: 1895307 | Loan Originator's Phone Number (including area code) (888) 337-6888 |
| Loan Origination Company's Name LOANDEPOT.COM, LLC | Loan Origination Company Identifier NMLS: 174457 | Loan Origination Company's Address 26642 TOWNE CENTRE DRIVE FOOTHILL RANCH CA 92610 |



PLAINTIFFS
EXHIBIT
NO. 1

California Residential Loan Application
Freddie Mac Form 65   7/05 (rev. 6/09)
4193.964

Page 4 of 5

Fannie Mae Form 1003   7/05 (rev. 6/09)

4193|4|5|103643148

26

103643148

## EMPLOYMENT INFORMATION

| Name & Address of Employer ☐ Self Employed | Dates (from-to) | Name & Address of Employer ☐ Self Employed | Dates (from-to) |
|---|---|---|---|
| | Monthly Income | | Monthly Income |
| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |

| Name & Address of Employer ☐ Self Employed | Dates (from-to) | Name & Address of Employer ☐ Self Employed | Dates (from-to) |
|---|---|---|---|
| | Monthly Income | | Monthly Income |
| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |

## MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | | | | Rent | | |
| Overtime | | | | First Mortgage (P&I) | $1,028.00 | $924.85 |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | $75.00 | $75.00 |
| Dividends/Interest | | | | Real Estate Taxes | $191.67 | $151.60 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income," below) | $3,000.00 | $6,416.00 | $9,416.00 | Homeowner Assn. Dues | | |
| | | | | Other: | | |
| Total | $3,000.00 | $6,416.00 | $9,416.00 | Total | $1,294.67 | $1,151.45 |

\* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

**Describe Other Income** **Notice:** Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| B | SOCIAL SECURITY/DISABILITY INCOME | $1,600.00 |
| B | SOCIAL SECURITY/DISABILITY INCOME | $1,400.00 |
| C | PENSION/RETIREMENT INCOME | $1,750.00 |

## ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed about that spouse or other person also.

Completed ☐ Jointly ☐ Not Jointly

| ASSETS Description | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address, and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
|---|---|---|---|---|
| Cash Deposit toward purchase held by: | | **LIABILITIES** | Monthly Payment & Months Left to Pay | Unpaid Balance |
| *List checking and savings accounts below* | | | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company PNC BANK 3232 NEWMARK DR MIAMISBURG, OH 45342 Acct. no. 4331066255892 | $ Payment/Months ($1,018.00)/360 | $145,680.00 * |
| Acct. no. | | Name and address of Company EDUCATIONAL EMPLOYEE Acct. no. 1192881502 | $ Payment/Months $660.00/72 | $44,195.00 |
| Name and address of Bank, S&L, or Credit Union | | | | |
| Acct. no. | | Name and address of Company PATELCO CREDIT UNION 5050 HOPYARD RD ACCOUNTING DEPT. PLEASANTON, CA 94588 Acct. no. 68528601 | $ Payment/Months $609.00/84 | $43,531.00 |
| Name and address of Bank, S&L, or Credit Union | | | | |
| Acct. no. | | | | |

PLAINTIFF'S
EXHIBIT
NO. 2

Uniform Residential Loan Application
Freddie Mac Form 65   7/05 (rev. 6/09)       Initials: _____ Initials: _____
EH   4193.939                                Fannie Mae Form 1003   7/05 (rev. 6/09)

Page 2 of 5



4193[2]5|103643148

27

| Name and address of Bank, S&L, or Credit Union | | Name and address of Company EDUCATIONAL EMPLOYER | $ Payment/Months $565.00 / 72 | $37,199.00 |
|---|---|---|---|---|
| | | Acct. no. 1192881503 | | |
| Acct. no. | | Name and address of Company EDUCATIONAL EMPLOYER 2222 W SHAW FRESNO, CA 93711 | $ Payment/Months $509.00 / 144 | $32,964.00 |
| Stocks & Bonds (Company name/ number & description) | | | | |
| | | Acct. no. 1192881501 | | |
| | | Name and address of Company WFB OMAHA PO BOX 3412 OMAHA, NE 68197 | $ Payment/Months $96.00 / 50 | $4,800.00 |
| Life insurance net cash value Face amount: | | Acct. no. 323387667967531 | | |
| Subtotal Liquid Assets | | Name and address of Company TBD/CBNA ONE COURT SQUARE LONG ISLAND CITY, NY 11120 | $ Payment/Months $28.00 / 10 | $254.00 |
| Real estate owned (enter market value from schedule of real estate owned) | $235,000.00 | | | |
| Vested interest in retirement fund | | Acct. no. 6035320923260226 | | |
| Net worth of business(es) owned (attach financial statement) | | Alimony/Child Support/Separate Maintenance Payments Owed to: | | |
| Automobiles owned (make and year) | | | | |
| | | Job-Related Expense (child care, union dues, etc.) | | |
| Other Assets (itemize) | | | | |
| | | Total Monthly Payments | | $2,575.00 |

| Total Assets a. | $235,000.00 | Net Worth (a minus b) » | $-76,331.00 | Total Liabilities b. | $311,331.00 |
|---|---|---|---|---|---|

**Schedule of Real Estate Owned** (If additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 3517 BEYERS ST BAKERSFIELD, CA 93312 | SFR | $235,000.00 | $145,680.00 | | $1,018.00 | | |
| | | | | | | | |
| | | | | | | | |
| Totals | | $235,000.00 | $145,680.00 | | $1,018.00 | | |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|

| VII. DETAILS OF TRANSACTION | | VIII. DECLARATIONS | | | | | |
|---|---|---|---|---|---|---|---|
| a. Purchase price | | If you answer "Yes" to any questions a through i, please use continuation sheet for explanation. | Borrower | | Co-Borrower | | |
| b. Alterations, improvements, repairs | | | Yes | No | Yes | No | |
| c. Land (if acquired separately) | | a. Are there any outstanding judgments against you? | ☐ | ☒ | ☐ | ☒ | |
| d. Refinance (incl. debts to be paid off) | $145,680.00 | b. Have you been declared bankrupt within the past 7 years? | ☐ | ☒ | ☐ | ☒ | |
| e. Estimated prepaid items | $920.55 | c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ | ☒ | ☐ | ☒ | |
| f. Estimated closing costs | $3,187.31 | d. Are you a party to a lawsuit? | ☐ | ☒ | ☐ | ☒ | |
| g. PMI, MIP, Funding Fee | | e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? | ☐ | ☒ | ☐ | ☒ | |
| h. Discount (if Borrower will pay) | $1,323.52 | (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial | | | | | |
| i. Total cost(s) (add items a through h) | $151,111.38 | obligation, bond, or loan guarantee. If "Yes," provide details, including date, name, and address of Lender, FHA or VA case number, if any, and reasons for the action.) | | | | | |

PLAINTIFF'S
EXHIBIT
NO. 2

Uniform Residential Loan Application
Freddie Mac Form 65    7/05 (rev. 6/09)
4193.939

Page 3 of 5

Initials: _____  Initials: _____
Fannie Mae Form 1003    7/05 (rev. 6/09)



4193135103643148

| VII. DETAILS OF TRANSACTION | | VIII. DECLARATIONS | | | | |
|---|---|---|---|---|---|---|
| | | If you answer "Yes" to any questions a through i, please use continuation sheet for explanation. | Borrower | | Co-Borrower | |
| | | | Yes No | | Yes No | |
| j. Subordinate financing | | | | | | |
| k. Borrower's closing costs paid by Seller | | f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? | ☐ ☒ | | ☐ ☒ | |
| l. Other Credits (explain) CASH DEPOSIT | | g. Are you obligated to pay alimony, child support, or separate maintenance? | ☐ ☒ | | ☐ ☒ | |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | $188,000.00 | h. Is any part of the down payment borrowed? | ☐ ☒ | | ☐ ☒ | |
| | | i. Are you a co-maker or endorser on a note? | ☐ ☒ | | ☐ ☒ | |
| n. PMI, MIP, Funding Fee financed | | j. Are you a U.S. citizen? | ☒ ☐ | | ☐ ☒ | |
| | | k. Are you a permanent resident alien? | ☐ ☒ | | ☐ ☒ | |
| o. Loan amount (add m & n) | $188,000.00 | l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | ☒ ☐ | | ☐ ☒ | |
| | | m. Have you had an ownership interest in a property in the last three years? | ☐ ☒ | | ☐ ☒ | |
| p. Cash from/to Borrower (subtract j, k, l, & o from i) | $-36,888.62 | (1) What type of property did you own-principal residence (PR), second home (SH), or investment property (IP)? | ——— | | ——— | |
| | | (2) How did you hold title to the home - by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | ——— | | ——— | |

## IX. ACKNOWLEDGEMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, its servicers, successors or assigns may retain the original and/or an electronic record of this application, whether or not the Loan is approved; (7) the Lender and its agents, brokers, insurers, servicers, successors, and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the Lender, its servicers, successors or assigns may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

**Acknowledgment.** Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate business purpose through any source, including a source named in this application or a consumer reporting agency.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X | | X | |

| Loan Originator's Signature X | | Date 02/28/20 |
|---|---|---|
| Loan Originator's Name (print or type) TRISTEN ALLEMAN | Loan Originator Identifier CA-DBO1895307 NMLS: 1895307 | Loan Originator's Phone Number (including area code) (888) 337-6888 |
| Loan Origination Company's Name LOANDEPOT.COM, LLC | Loan Origination Company Identifier NMLS: 174457 | Loan Origination Company's Address 26642 TOWNE CENTRE DRIVE FOOTHILL RANCH CA 92610 |

PLAINTIFF'S
EXHIBIT
NO. 2

Uniform Residential Loan Application
Freddie Mac Form 65     7/05 (rev. 6/09)
4193.939

Initials: _____ Initials: _____
Fannie Mae Form 1003     7/05 (rev. 6/09)



4193|4|5|103643148

29

103643148

| | | Agency Case Number: |
|---|---|---|
| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower. | Borrower: DANNY L. WAGNER | |
| | Co-Borrower: FREDA WAGNER | Lender Case Number: 103643148 |

| B/C | | Monthly Amount |
|---|---|---|
| C | SOCIAL SECURITY/DISABILITY INCOME | $1,416.00 |
| C | OTHER | $3,250.00 |

| LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|
| Name and address of Company JHMCB - CARD SERVICE 301 N WALNUT ST, FLOOR 09 WILMINGTON DE 19801-3935 Acct. no. 42668411192178232 | $ Payment/Months $35.00 / 7 | $244.00 |
| Name and address of Company BANK OF AMERICA 4060 OGLETOWN/STANTON RD DE5-019-03-07 NEWARK, DE 19713 Acct. no. 4313077176529644 | $ Payment/Months $25.00 / 6 | $145.00 |
| Co-Borrower | | |
| Name and address of Company BANK OF AMERICA Acct. no. 4313077175840489 | $ Payment/Months $48.00 / 49 | $2,319.00 |

PLAINTIFF'S
EXHIBIT
NO. 2

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X | | X | |

Uniform Residential Loan Application
Freddie Mac Form 65    7/05 (rev. 6/09)
4193.939

Initials: _____ Initials: _____
Fannie Mae Form 1003    7/05 (rev. 6/09)



4193|5|5|103643148

30

# NOTE

WAGNER
Loan #: 103643148
MIN: 100853701036431483

APRIL 10, 2020
[Date]

FOOTHILL RANCH,
[City]

CALIFORNIA
[State]

3517 BEYERS ST, BAKERSFIELD, CA 93312
[Property Address]

## 1. BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. $190,000.00 (this amount is called "Principal"), plus interest, to the order of the Lender. The Lender is LOANDEPOT.COM, LLC. I will make all payments under this Note in the form of cash, check or money order.

I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

## 2. INTEREST

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of 3.500%.

The interest rate required by this Section 2 is the rate I will pay both before and after any default described in Section 6(B) of this Note.

## 3. PAYMENTS

### (A) Time and Place of Payments

I will pay principal and interest by making a payment every month.

I will make my monthly payment on the 1ST day of each month beginning on JUNE 1, 2020. I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest before Principal. If, on MAY 1, 2050, I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

I will make my monthly payments at PO BOX 5710, CHICAGO, IL 60680-5681 or at a different place if required by the Note Holder.

### (B) Amount of Monthly Payments

My monthly payment will be in the amount of U.S. $853.18.

## 4. BORROWER'S RIGHT TO PREPAY

I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a "Prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note.

I may make a full Prepayment or partial Prepayments without paying a Prepayment charge. The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under this Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount, before applying my Prepayment to reduce the Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due date or in the amount of my monthly payment unless the Note Holder agrees in writing to those changes.

## 5. LOAN CHARGES

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit;

MULTISTATE FIXED RATE NOTE—Single Family—Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
EX 5.69
Form 3200   1/01   (page 1 of 3 pages)



511|3|103643148

PLAINTIFF'S
EXHIBIT
NO. 3

31

3148

protections given to the Note Holder under this Note, a Mortgage, Deed of Trust or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

- BORROWER - DANNY LEE WAGNER

- BORROWER - FREDA SUE WAGNER

*[Sign Original Only]*

Individual Loan Originator: TRISTEN ALLEMAN, NMLSR ID: 5307
Loan Originator Organization: LOANDEPOT.COM, LLC, NMLSR ID: 4457

PAY TO THE ORDER OF: _____
WITHOUT RECOURSE
loanDepot.com, LLC

BY: _____

MULTISTATE FIXED RATE NOTE --Single Family-- Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
5.69                                                    Form 3200    1/01    *(page 3 of 3 pages)*



5|3|3|103643148

PLAINTIFF'S
EXHIBIT
NO. 4

32

3148

protections given to the Note Holder under this Note, a Mortgage, Deed of Trust or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

_____
- BORROWER - DANNY LEE WAGNER

_____
- BORROWER - FREDA SUE WAGNER

[Sign Original Only]

Individual Loan Originator: TRISTEN ALLEMAN, NMLSR ID: 5307
Loan Originator Organization: LOANDEPOT.COM, LLC, NMLSR ID: 4457

PAY TO THE ORDER OF: _____
WITHOUT RECOURSE
loanDepot.com, LLC

BY: _____

MULTISTATE FIXED RATE NOTE --Single Family-- Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
EZ 5.69                                                          Form 3200  1/01  (page 3 of 3 pages)



PLAINTIFF'S
EXHIBIT
NO. 5

33

protections given to the Note Holder under this Note, a Mortgage, Deed of Trust or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

- BORROWER -  DANNY LEE WAGNER

- BORROWER -  FREDA SUE WAGNER

[Sign Original Only]

Individual Loan Originator: TRISTEN ALLEMAN, NMLSR ID: 1895307
Loan Originator Organization: LOANDEPOT.COM, LLC, NMLSR ID: 174457

PAY TO THE ORDER OF: _____
WITHOUT RECOURSE
loanDepot.com, LLC

BY: _____

Megan West
Collateral Document Specialist

MULTISTATE FIXED RATE NOTE --Single Family-- Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
EX 5.69                                                                  Form 3200  1/01  (page 3 of 3 pages)

PLAINTIFF'S
EXHIBIT
NO. 6

34

Laura Avila, Assessor-Recorder

JL
1/28/2026
02:48 PM

**RECORDING REQUESTED BY:**
ServiceLink

**AND WHEN RECORDED MAIL TO:**
Affinia Default Services, LLC
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802

Recorded Electronically by:
550 ServiceLink

DOC#: 226009966

| Stat Type: 1 | Pages: 3 |
|---|---|
| FEES | 29.00 |
| TAXES | .00 |
| OTHER | 75.00 |
| PAID | 104.00 |

226009966

SPACE ABOVE THIS LINE FOR RECORDER'S USE

APN: 450-020-16-00          TS No.: 26-11994CA          TSG Order No.: 260009442

# NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

### NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED*

注：本文件包含一个信息摘要

참고사항: 본 첨부 문서에 정보 요약서가 있습니다

NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO

TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP

LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

### IMPORTANT NOTICE

IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS IT MAY BE SOLD WITHOUT ANY COURT ACTION, and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five (5) business days prior to the date set for the sale of your property. No sale date may be set until approximately ninety (90) days from the date this notice of default may be recorded (which date of recordation appears on this notice).

This amount is $5,964.16 as of 01/27/2026 and will increase until your account becomes current.

While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition to reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than three (3) months after this notice of default is recorded) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

TO FIND OUT THE AMOUNT YOU MUST PAY, OR TO ARRANGE FOR PAYMENT TO STOP THE

* The summary documents shall be provided to the trustor(s) and/or vested owner(s), Cal. Civ. Code § 2923.3(c)(2). These summaries are not required to be recorded or published, Cal. Civ. Code § 2923.3(a).

1. File #...

PLAINTIFF'S
EXHIBIT
NO. 7

35

FORECLOSURE, OR IF YOUR PROPERTY IS IN FORECLOSURE FOR ANY OTHER REASON, CONTACT:

**Freedom Mortgage Corporation**
**c/o Affinia Default Services, LLC**
**301 E. Ocean Blvd., Suite 1720, Long Beach, CA 90802**
**Attn: Foreclosure Dept.**
**Phone: (833) 290-7452**
**Fax: (562) 983-5379**

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan. Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale, provided the sale is concluded prior to the conclusion of the foreclosure.

**Remember, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.**

**NOTICE IS HEREBY GIVEN THAT Affinia Default Services, LLC** is either the original trustee, the duly appointed substituted trustee, or acting as agent for the trustee or beneficiary under a Deed of Trust dated **April 10, 2020**, executed by **Danny Lee Wagner and Freda Sue Wagner, husband and wife as joint tenants,** as Trustor(s), to secure certain obligations in favor of **Mortgage Electronic Registration Systems, Inc., as beneficiary, as nominee for Loandepot.com, LLC,** its successors and assigns, as beneficiary, recorded on **May 1, 2020, Instrument No.: 220055217** of Official Records in the Office of the Recorder of Kern County, California describing land therein as: As more fully described on said Deed of Trust.

Included among these obligations is one Note(s) for the original sum of **$190,000.00** that beneficial interest under such Deed of Trust and the obligations secured thereby presently held by the beneficiary or its agent; that a breach of, and default in, the obligations for which said Deed of Trust is security has occurred in that the payment has not been made of:

1)  Installment of Principal and Interest which became due on September 1, 2025, plus impounds and/or advances together with late charges, and all subsequent installments of principal, interest, plus impounds and/or advances and late charges and any reoccurring obligation that become due, including trustee's fees and expenses.

That by reason therefore, the present beneficiary under such deed of trust has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

**NOTHING IN THIS NOTICE SHALL BE CONSTRUED AS WAIVER OF ANY OTHER FEES OWING TO THE BENEFICIARY, OR OTHER DEFAULT BY THE TRUSTOR, PURSUANT TO THE TERMS OF THE LOAN DOCUMENTS.**

The beneficiary, mortgage servicer, or agent of beneficiary or mortgage servicer declares that it has complied with California Civil Code Section 2923.5 and/or 2923.55, wherever applicable. The Declaration is attached.

Dated: **January 27, 2026**         By: **Fidel Aguirre**
                                              **Foreclosure Associate**
                                              **Affinia Default Services, LLC, as Trustee**

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of the debt referenced herein in a bankruptcy proceeding, this is not an attempt to impose personal liability upon you for payment of that debt. In the event you have received a bankruptcy discharge, any action to enforce the debt will be taken against the property only.

**PLAINTIFF'S**
**EXHIBIT**
**NO. 7**

2. File No:

## CALIFORNIA DECLARATION OF COMPLIANCE
### (CAL. CIV. CODE § 2923.5(b))

Borrower(s):            [ Danny Lee Wagner, Freda Sue Wagner ]

Property Address:       [ 3517 Beyers St Bakersfield, CA 93312 ]

Trustee's Sale No.:     [                                      ]

The undersigned, as an authorized agent or employee of the below mortgage servicer, declares as follows:

1. [✓] The mortgage servicer has contacted the borrower to assess the borrower's financial situation and explore options for the borrower to avoid foreclosure as required by California Civil Code § 2923.5(a)(2). Thirty days have passed since the initial contact was made.

2. [ ] The mortgage servicer has tried with due diligence to contact the borrower as required by California Civil Code § 2923.5(e) but has not made contact despite such due diligence. Thirty days have passed since these due diligence efforts were satisfied.

3. [ ] No contact was required because the individual did not meet the definition of "borrower" under California Civil Code § 2920.5(c).

4. [ ] The requirements of California Civil Code § 2923.5 do not apply because the loan is not secured by a first lien mortgage or deed of trust on "owner-occupied" or qualifying tenant-occupied residential real property as defined by California Civil Code § 2924.15.

Additionally, pursuant to California Civil Code § 3273.10:

1. [✓] The mortgage servicer has not denied the borrower a forbearance request on or after 8/31/2020.

2. [ ] The mortgage servicer has denied the borrower a forbearance request on or after 8/31/2020, and a forbearance was not subsequently provided. A copy of the denial notice is attached.

3. [ ] The mortgage servicer has denied the borrower a forbearance request on or after 8/31/2020, however, a forbearance was subsequently provided. A copy of the initial denial notice is attached.

4. [ ] The requirements of California Civil Code § 3273.10 do not apply because the mortgage or deed of trust is not secured by residential property containing four dwelling units or less and the borrower was not current on payments as of 2/1/2020.

5. [ ] The mortgage servicer is in compliance with California Civil Code § 3273.10 because the mortgage servicer has complied with the relevant provisions regarding forbearance in Section 4022 of the federal Coronavirus Aid, Relief, and Economic Security Act (the CARES Act) (Public Law 116-136), including any amendments or revisions to those provisions, pursuant to California Civil Code § 3273.10(d).

I certify that this declaration is accurate, complete and supported by competent and reliable evidence which the mortgage servicer has reviewed to substantiate the borrower's default and the right to foreclose, including the borrower's loan status and loan information.

Freedom Mortgage

Dated: 01/02/2026

*Amber Bogart*
Signature of Agent or Employee

Amber Bogart
Printed Name of Agent or Employee

ATTACHMENT TO NOTICE OF DEFAULT

PLAINTIFF'S
EXHIBIT
NO. 8

37

**loanDepot**

5465 Legacy Drive, Suite 400
Plano, TX 75024
www.loandepot.com

## Customer Activity Statement

| Posting Date | Payment Due Date | Tx. Code | Transaction Description | Principal Amount | Interest Amount | Escrow Amount | Misc Amount | Fee Amount | Transaction Amount | Unapplied Amount | Principal Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/23/20 | 12/01/20 | 351 | Disbursement for Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -826.15 | 0.00 | 188,192.78 |
| 11/17/20 | 11/01/20 | 312 | Disbursement for Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -923.53 | 0.00 | 188,192.78 |
| 11/02/20 | 11/01/20 | 171 | Payment | 303.40 | 549.78 | 219.69 | 0.00 | 0.00 | 1072.87 | 0.00 | 188,192.78 |
| 10/01/20 | 10/01/20 | 171 | Payment | 302.52 | 550.66 | 219.69 | 0.00 | 0.00 | 1072.87 | 0.00 | 188,496.18 |
| 09/01/20 | 09/01/20 | 171 | Payment | 301.64 | 551.54 | 219.69 | 0.00 | 0.00 | 1072.87 | 0.00 | 188,798.70 |
| 08/03/20 | 08/01/20 | 171 | Payment | 300.76 | 552.42 | 219.69 | 0.00 | 0.00 | 1072.87 | 0.00 | 189,100.34 |
| 06/09/20 | 07/01/20 | 173 | Payment | 299.89 | 553.29 | 219.69 | 0.00 | 0.00 | 1072.87 | 0.00 | 189,401.10 |
| 05/22/20 | 06/01/20 | 173 | Payment | 299.01 | 554.17 | 219.69 | 0.00 | 0.00 | 1072.87 | 0.00 | 189,700.99 |
| 05/19/20 | 06/01/20 | 173 | Payment | 0.00 | 0.00 | 0.96 | 0.00 | 0.00 | 0.96 | 0.00 | 190,000.00 |
| 05/08/20 | 06/01/20 | 170 | Initial Escrow Deposit | 0.00 | 0.00 | 878.69 | 0.00 | 0.00 | 878.69 | 0.00 | 190,000.00 |
| 04/30/20 | | 143 | Adjustment | 0.00 | 163.98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 190,000.00 |
| 04/30/20 | | 142 | Loan Set Up | -190,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | -190000.00 | 0.00 | 190,000.00 |

PLAINTIFF'S
EXHIBIT
NO. 9

38

LoanDepot
PO Box 77404
Ewing, NJ 08628
877-420-4526

0485186 000130061 09CNYR 0063573 HZ AF0903 P6 LD
DANNY L WAGNER
FREDA S WAGNER
3517 BEYERS ST
BAKERSFIELD CA 93312-2032

Loan Number:  0137928651

| PROCESS DATE | | TRANSACTION DESCRIPTION | DUE DATE | TOTAL AMOUNT | PRINCIPAL AMOUNT | INTEREST AMOUNT | ESCROW AMOUNT | OTHER |
|---|---|---|---|---|---|---|---|---|
| 04/20 | 142 | NEW LOAN SETUP | 06/20 | | -190,000.00 | | | 190,000.00 |
| 04/20 | 143 | ADJUSTMENT | 06/20 | | | 163.98 | | -163.98 |
| 05/20 | 170 | ADJUSTMENT TRANSACTION | 06/20 | 878.69 | | | 878.69 | |
| 05/20 | 173 | PAYMENT APPLIED - THANK YOU | 06/20 | 0.96 | | | 0.96 | |
| 05/20 | 173 | PAYMENT APPLIED - THANK YOU | 06/20 | 1,072.87 | 299.01 | 554.17 | 219.69 | |
| 06/20 | 173 | PAYMENT APPLIED - THANK YOU | 07/20 | 1,072.87 | 299.89 | 553.29 | 219.69 | |
| 08/20 | 171 | PAYMENT APPLIED - THANK YOU | 08/20 | 1,072.87 | 300.76 | 552.42 | 219.69 | |
| 09/20 | 171 | PAYMENT APPLIED - THANK YOU | 09/20 | 1,072.87 | 301.64 | 551.54 | 219.69 | |
| 10/20 | 171 | PAYMENT APPLIED - THANK YOU | 10/20 | 1,072.87 | 302.52 | 550.66 | 219.69 | |
| 11/20 | 171 | PAYMENT APPLIED - THANK YOU | 11/20 | 1,072.87 | 303.40 | 549.78 | 219.69 | |
| 11/20 | 312 | COUNTY TAX | 11/20 | -923.53 | | | -923.53 | |
| 11/20 | 351 | HAZARD INS (PRIMARY POLICY) | 12/20 | -826.15 | | | -826.15 | |
| 12/20 | 171 | PAYMENT APPLIED - THANK YOU | 12/20 | 1,072.87 | 304.28 | 548.90 | 219.69 | |
| 12/20 | 180 | INTEREST ON ESCROW DEPOSIT | 01/21 | 18.07 | | | 18.07 | |



PLAINTIFFS.
EXHIBIT
NO. 10

39

0485186 000130061 09CNYR 0063573 HZ AF0903 P6 LD

LOANDEPOT COM LLC
6531 IRVINE CENTER DR
IRVINE, CA 92618

 Temp-Return Service Requested

011472-047647-000004-047647 2074259 4161IRS2_2   3
DANNY L WAGNER
FREDA S WAGNER
3517 BEYERS ST
BAKERSFIELD, CA 93312-2032

☐ CORRECTED (if checked)

| RECIPIENT'S/LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>LOANDEPOT COM LLC<br>6531 IRVINE CENTER DR<br>IRVINE CA 92618<br>888-337-6888 | * Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-1380<br>Form **1098**<br>(Rev. January 2022)<br>For calendar year<br>20 22 | **Mortgage Interest Statement** |
|---|---|---|---|
| **RECIPIENT'S/LENDER'S TIN**<br>26-4599244 | **PAYER'S/BORROWER'S TIN**<br>XXX-XX-2357 | 1 Mortgage interest received from payer(s)/borrower(s)*<br>$ 5,836.94 | **Copy B**<br>**For Payer/ Borrower** |
| | | 2 Outstanding mortgage principal<br>$ 183,534.13 | 3 Mortgage origination date<br>04 / 22 / 20 | The information in boxes 1 through 9 and 11 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points, reported in boxes 1 and 8; or because you didn't report the refund of interest (box 4); or because you claimed a nondeductible item. |
| **PAYER'S/BORROWER'S name**<br>DANNY L WAGNER<br>FREDA S WAGNER | | 4 Refund of overpaid interest<br>$ | 5 Mortgage insurance premiums<br>$ | |
| Street address (including apt. no.)<br>3517 BEYERS ST | | 6 Points paid on purchase of principal residence<br>$ | |
| City or town, state or province, country, and ZIP or foreign postal code<br>BAKERSFIELD, CA 93312-2032 | | 7 ☒ If address of property securing mortgage is the same as PAYER'S/BORROWER'S address, the box is checked, or the address or description is entered in box 8. | |
| 9 Number of properties securing the mortgage<br>001 | 10 Other<br>*Taxes Paid<br>$ 1,946.92 | 8 Address or description of property securing mortgage (see instructions) | 11 Mortgage acquisition date |
| Account number (see instructions)<br>████4874 | | | |

Form **1098** (Rev. 1-2022)    (Keep for your records)         www.irs.gov/Form1098        Department of the Treasury - Internal Revenue Service

*If taxes paid at closing, refer to the Closing Disclosure

PLAINTIFF'S
EXHIBIT
NO. 11

40

LOANDEPOT COM LLC
PO BOX 3004
MONROE, WI 53566-3804

## IMPORTANT TAX INFORMATION ENCLOSED

0103300    02 AB 0.593  **AUTO   T4 0 1101 93312-203217   -C01-P03413-I1

DANNY L WAGNER
FREDA S WAGNER
3517 BEYERS ST
BAKERSFIELD CA  93312-2032

January 08, 2025

**FOR INFORMATION CALL: 866-258-6572**
**CUSTOMER SERVICE HOURS: MON-FRI**
**7:00 AM-7:00 PM, SAT 8:00 AM-5:00 PM CST**

ANNUAL LOAN STATEMENT

| | | |
|---|---|---|
| Loan No. 5000464874 | Current Total Payment: $1,133.36 | Current Escrow Payment: $280.18 |

Property Address:

3517  BEYERS ST
BAKERSFIELD CA 93312

SSN: ***-**-2357

**Interest Reconciliation**
2024 Interest Paid:          $4,574.60
Mortgage Interest Reported:  $5,087.89

**Disbursements from Escrow**

| | |
|---|---|
| Property Taxes: | $1,033.89 |
| Hazard Insurance: | $165.78 |
| Mortgage Insurance: | |

**Principal Reconciliation**

| | |
|---|---|
| Beginning Balance: | $175,643.73 |
| Applied Principal: | $3,104.02 |
| Ending Balance: | $172,539.71 |

☐ **CORRECTED (if checked)**

| RECIPIENT'S/LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. <br> **LOANDEPOT COM LLC** <br> 6531 IRVINE CENTER DR STE 100 <br> IRVINE CA 92618 <br> 888-337-6888 | *Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-1380 <br> Form **1098** <br> (Rev. January 2022) <br> For calendar year <br> 20 **24** | **Mortgage Interest Statement** |
|---|---|---|---|
| | 1 Mortgage interest received from payer(s)/borrower(s)* <br> $ 5,087.89 | | **Copy B** <br> **For Payer/ Borrower** <br> The information in boxes 1 through 9 and 11 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points, reported in boxes 1 and 6; or because you didn't report the refund of interest (box 4); or because you claimed a nondeductible item. |
| RECIPIENT'S/LENDER'S TIN <br> 26-4599244 | PAYER'S/BORROWER'S TIN <br> ***-**-2357 | 2 Outstanding mortgage principal <br> $ 175,643.73 | 3 Mortgage origination date <br> 04/22/20 | |
| | | 4 Refund of overpaid interest <br> $ | 5 Mortgage insurance premiums <br> $ | |
| PAYER'S/BORROWER'S name <br> DANNY L WAGNER <br> FREDA S WAGNER | | 6 Points paid on purchase of principal residence <br> $ | | |
| Street address (including apt. no.) <br> 3517 BEYERS ST | | 7 ☐ If address of property securing mortgage is the same as PAYER'S/BORROWER'S address, the box is checked, or the address or description is entered in box 8. | | |
| City or town, state or province, country, and ZIP or foreign postal code <br> BAKERSFIELD CA 93312 | | 8 Address or description of property securing mortgage <br> 3517 BEYERS ST <br> BAKERSFIELD CA 93312 | | |
| 9 Number of properties securing the mortgage | 10 Other <br> *Taxes Paid <br> $1,033.89 | | | 11 Mortgage acquisition date |
| Account number (see instructions) <br> ████4874 | | | | |

Form **1098** (Rev. 1-2022)          (Keep for your records)          www.irs.gov/Form1098          Department of the Treasury - Internal Revenue Service

PLAINTIFF'S
EXHIBIT
NO. 12

*If taxes paid at closing, refer to the Closing Disclosure

The amounts reported in Box 1 on the Form 1098 may be overstated if the payments included subsidies by a state funded program or third party payments. Please contact a tax professional to determine what may be deductible.

41

☐ CORRECTED (if checked)

| | | | |
|---|---|---|---|
| **RECIPIENT'S/LENDER'S** name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | *Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.* | OMB No. 1545-1380<br>Form **1098**<br>(Rev. January 2022)<br>For calendar year **2024** | **Mortgage Interest Statement** |

FOR RETURN SERVICE ONLY<br>P.O. BOX 619063<br>DALLAS TX 75261-9063<br>FREEDOM MORTGAGE

Customer Care 1-855-690-5900

| | |
|---|---|
| **1** Mortgage interest received from payer(s)/borrower(s)*<br>$ 0.00 | Copy B<br>For Payer/Borrower |
| **2** Outstanding mortgage principal<br>$ 172,539.71 | **3** Mortgage origination date<br>04/10/2020 |
| **4** Refund of overpaid interest<br>$ 0.00 | **5** Mortgage insurance premiums<br>$ 0.00 |
| **6** Points paid on purchase of principal residence<br>$ 0.00 | **7** If address of property securing mortgage is the same as PAYER'S/BORROWER'S address, the box is checked, or the address or description is entered in box 8. ☐ |

**PAYER'S/BORROWER'S** name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code

3-807-34558-0010782-001-1-000-000-000-000

DANNY L WAGNER<br>FREDA S WAGNER<br>3517 BEYERS ST<br>BAKERSFIELD CA 93312-2032

| | |
|---|---|
| **8** Address or description of property securing mortgage<br>3517 BEYERS ST<br>BAKERSFIELD CA 93312 | |
| **9** Number of properties securing the mortgage<br>1 | **10** Other |
| **11** Mortgage acquisition date<br>10/01/2024 | Account number (see instructions)<br>0760 |
| RECIPIENT'S/LENDER'S TIN<br>9688 | PAYER'S/BORROWER'S TIN<br>XXX-XX-2357 |

Form **1098** (Rev. 1-2022)    (Keep for your records)    www.irs.gov/Form1098    Department of the Treasury - Internal Revenue Service

*SEE REVERSE SIDE FOR ADDITIONAL INFORMATION*

## ANNUAL TAX AND INTEREST STATEMENT

DANNY L WAGNER<br>FREDA S WAGNER<br>3517 BEYERS ST<br>BAKERSFIELD CA 93312-2032

Freedom Mortgage<br>PO Box 50485<br>Indianapolis, IN 46250-0485

TIN#: 9688

YEAR: 2024<br>ACCT#: 0760<br>SSN:XXX-XX-2357

**DISBURSEMENTS FROM ESCROW**
$0.00 Property Tax Disbursements
$1,538.00 Hazard Insurance Disbursements
$0.00 Mortgage Insurance Disbursements
$0.00 Escrow Refund

$853.18 Current P&I Payment
$280.18 Current Escrow Payment

**PRINCIPAL RECONCILIATION**
$172,539.71 Beginning Balance
$0.00 Applied Principal
$172,539.71 Ending Balance

**INTEREST RECONCILIATION**
0.00 Gross Interest Paid
$0.00 *Mortgage Interest Received From Payer(s)/Borrower(s)

**ESCROW RECONCILIATION**
$2,501.26 Beginning Balance
$0.00 Deposits
($1,538.00) Disbursements
$996.79 Ending Balance

KEEP THIS STATEMENT FOR YOUR INCOME TAX RECORDS

(THIS SPACE INTENTIONALLY LEFT BLANK)

PLAINTIFF'S EXHIBIT NO. 13

42

ELECTRONIC ONLY STATEMENT

☐ CORRECTED (if checked)

RECIPIENT'S/LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

FREEDOM MORTGAGE

FOR RETURN SERVICE ONLY
P.O. BOX 619063
DALLAS TX 75261-9063

Customer Care 1-855-690-5900

PAYER'S/BORROWER'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code

1-807-68709-0004899-001-000-000-000-000
DANNY LEE WAGNER
FREDA SUE WAGNER
3517 BEYERS ST
BAKERSFIELD CA 93312-2032

OMB No. 1545-1380

Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.

Form **1098**
(Rev. April 2025)
For calendar year 2025

**Mortgage Interest Statement**

1 Mortgage interest received from payer(s)/borrower(s)*
$ 4,492.17

2 Outstanding mortgage principal
$ 172,539.71

3 Mortgage origination date
04/10/2020

4 Refund of overpaid interest
$ 0.00

5 Mortgage insurance premiums
$ 0.00

6 Points paid on purchase of principal residence
$ 0.00

7 If address of property securing mortgage is the same as PAYER'S/BORROWER'S address, the box is checked, or the address or description is entered in box 8. ☐

8 Address or description of property securing mortgage
3517 BEYERS ST
BAKERSFIELD CA 93312

9 Number of properties securing the mortgage
1

10 Other

11 Mortgage acquisition date

Account number (see instructions)
0760

Copy B
For Payer/Borrower

The information in boxes 1 through 9 and 11 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points, reported in boxes 1 and 6; or because you didn't report the refund of interest (box 4); or because you claimed a nondeductible item.

RECIPIENT'S/LENDER'S TIN
22-3039688

PAYER'S/BORROWER'S TIN
XXX-XX-2357

Form **1098** (Rev. 4-2025)    VTB    (Keep for your records)    www.irs.gov/Form1098    Department of the Treasury - Internal Revenue Service

SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

## ANNUAL TAX AND INTEREST STATEMENT

DANNY LEE WAGNER
FREDA SUE WAGNER
3517 BEYERS ST
BAKERSFIELD CA 93312-2032

Freedom Mortgage
PO Box 50485
Indianapolis, IN 46250-0485

TIN# : 22-3039688

YEAR:   2025
ACCT#: 0160220760
SSN:XXX-XX-2357

**DISBURSEMENTS FROM ESCROW**
$2,146.77  Property Tax Disbursements
$1,553.00  Hazard Insurance Disbursements
$0.00  Mortgage Insurance Disbursements
$0.00  Escrow Refund

$853.18  Current P&I Payment
$305.24  Current Escrow Payment

**PRINCIPAL RECONCILIATION**
$172,539.71  Beginning Balance
$3,186.45  Applied Principal
$169,353.26  Ending Balance

**INTEREST RECONCILIATION**
$4,492.17  Gross Interest Paid
$4,492.17  *Mortgage Interest Received
From Payer(s)/Borrower(s)

**ESCROW RECONCILIATION**
$996.79  Beginning Balance
$2,595.36  Deposits
($3,699.77)  Disbursements
($85.41)  Ending Balance

KEEP THIS STATEMENT FOR YOUR INCOME TAX RECORDS

(THIS SPACE INTENTIONALLY LEFT BLANK)

PLAINTIFFS EXHIBIT NO. 14

43

19:11

 **CHECK # 1005**

Amount

# -$1,018.55

Description
**CHECK # 1005**

Posting Date
**09/09/2025**

Transaction ID
**1310595**

Transaction Categories
**Checks**

Transaction images



Memo

PLAINTIFF'S
EXHIBIT
NO.15

.44



For added security, your name and account number do not appear on this copy.

NOT NEGOTIABLE

1005

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

Pasadena CA 91109

| Certified Mail Fee | $5.30 | | 0926 05 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | | |
| ☐ Return Receipt (electronic) | $ $0.00 | | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | | |
| ☐ Adult Signature Required | $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery $ $0.00 | | | |
| Postage | $0.78 | | |
| Total Postage and Fees | $10.48 | | 09/03/2025 |

Sent To Freedom Mortgage
Street and Apt. No., or PO Box No. P.O. BOX 7230
City, State, ZIP+4® Pasadena, CA 91109-7230

PS Form 3800, January 2023

Freedom Mortgage
P.O. Box 7230
Pasadena CA 91109-7230

Mortgage-01012207.60

9589 9402 9604 5121 7676 73

9589 0710 5270 1794 0084 53

PS Form 3811, July 2020 PSN 7530-02-000-9053

PLAINTIFF'S
EXHIBIT
NO. 15

45

19:10

‹    **CHECK # 1006**

Amount

# -$1,018.55

Description
## CHECK # 1006

Posting Date
## 10/06/2025

Transaction ID
## 1532431

Transaction Categories
## Checks

Transaction images



Memo

PLAINTIFF'S
EXHIBIT
#A /6

For added security, your name and account number do not appear on this copy.

NOT NEGOTIAE

☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other:_____

1006

BALANCE FORWARD

THIS ITEM

BALANCE

DEPOSIT

OTHER

BALANCE FORWARD

Mortgage $2,070.00

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

Pasadena, CA 91109

Certified Mail Fee  $5.30
$                          $4.60                    0926
Extra Services & Fees (check box, add fee as appropriate)           50
☐ Return Receipt (hardcopy)        $    $0.00
☐ Return Receipt (electronic)      $    $0.00          Postmark
☐ Certified Mail Restricted Delivery $  $0.00            Here
☐ Adult Signature Required         $    $0.00
☐ Adult Signature Restricted Delivery $
Postage
$          $0.78
Total Postage and Fees                      10/01/2025
$          $10.48
Sent To  Freedom Mortgage
Street and Apt. No., or PO Box No.
P.O. Box 7220
City, State, ZIP+4
Pasadena CA, 91109-7230

PS Form 3800, January 2023



SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Freedom Mortgage
P.O. Box 7230
Pasadena CA, 91109-7230

9590 9402 9601 5121 7955 25

2. Article Number (Transfer from service label)
7589 0710 5270 3071 2645 90

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X

B. Received by (Printed Name)

C. Date of Delivery

☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

PASADENA  OCT 03 2025  UNITED STATES POSTAL SERVICE

47

PLAINTIFF'S
EXHIBIT
NO. 16

19:09

**‹**    **CHECK # 1007**

Amount

# -$1,018.55

Description
## CHECK # 1007

Posting Date
## 11/10/2025

Transaction ID
## 1498768

Transaction Categories
## Checks

Transaction images

Memo

PLAINTIFF'S
EXHIBIT
NO. 17

48

☐ Track your expenses
☐ Clothing  ☐ Food  ☐ Transportation  ☐ Tax deductible expenses
☐ Credit Card  ☐ Utilities  ☐ Mortgage
☐ Entertainment  ☐ Insurance  ☐ Other:_____

1007

| | BALANCE FORWARD | |
| THIS ITEM | |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For added security, your name and account number do not appear on this copy.

NOT NEGOTIAE

## U.S. Postal Service
### CERTIFIED MAIL RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com.

Pasadena, CA 91109

| Certified Mail Fee $5.30 | | 0478 |
| $ | $4.40 | 30 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) $ | $0.00 | |
| ☐ Return Receipt (electronic) $ | $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ | $0.00 | |
| ☐ Adult Signature Required $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage $0.78 | | |
| $ | | 11/03/2025 |
| Total Postage and Fees | | |
| $ $10.48 | | |

Sent To Freedom Mortgage
Street and Apt. No., or PO Box No. P.O. Box 7230
City, State, ZIP+4 Pasadena CA 91109-7230

PS Form 3800, January 2023

### SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Freedom Mortgage
P.O. Box CA 91109-7230

### COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

UNITED STATES POSTAL SERVICE  NOV 07 2025  PASADENA

3. Service Type
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

2. Article Number (Transfer from service label)
9589 0710 5270 3071 2553 45

9590 9402 9694 5199 3849 72

PS Form 3811, July 2020 PSN 7530-02-000-9053  Domestic Return Receipt

49

PLAINTIFF'S
EXHIBIT
NO. 17

19:09

 **CHECK # 1008**

Amount

# -$1,133.00

Description
**CHECK # 1008**

Posting Date
**12/15/2025**

Transaction ID
**1535500**

Transaction Categories
**Checks**

Transaction images

 

Memo

PLAINTIFF'S
EXHIBIT
NO. 18

50



☐ Clothing      ☐ Food       ☐ Transportation
☐ Credit Card   ☐ Utilities  ☐ Mortgage
☐ Entertainment ☐ Insurance  ☐ Other:_____

12/10/2025

1008

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For added security, your name and account number do not appear on this copy.

NOT NEGOTIA

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Pasadena, CA 91109

Certified Mail Fee  $5.30

$4.40                                          0926
                                                28

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00          Postmark
☐ Certified Mail Restricted Delivery $ $0.00          Here
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $

Postage  $0.78

Total Postage and Fees                              12/10/2025
$10.48

Sent To  Freedom Mortgage
Street and Apt. No., or PO Box No. P.o. Box 7250
City, State, ZIP+4  Pasadena CA, 91109-7250

PS Form 3800, January 2023    See Reverse for Instructions

9589 0710 5270 3444 4120 09

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Freedom Mortgage
P.O. Box 7250
Pasadena CA, 91109-7230

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

DEC 13 2025

UNITED STATES

3. Service Type
☐ Adult Signature                  ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☐ Certified Mail®                  ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery  ☐ Signature Confirmation™
☐ Collect on Delivery              ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

2. Article Number (Transfer from service label)
9589 0710 5270 3444 4120 09

9590 9402 9694 5199 3912 09

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

PLAINTIFF'S
EXHIBIT
NO. 19

51

**FREEDOM MORTGAGE®**

FOR RETURN SERVICE ONLY
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
PO BOX 619063
DALLAS, TX 75261-9063

**ELECTRONIC ONLY STATEMENT**

## Mortgage Statement
Statement Date 12/15/25
Continued from previous page

S-007-07240-0012000-001-000-000-000-000

DANNY LEE WAGNER
FREDA SUE WAGNER
3517 BEYERS ST
BAKERSFIELD CA 93312-2032

### Contact Information

| | |
|---|---|
| Phone: | 855-690-5900 |
| Customer Care: | Monday - Friday 8:00am – 8:00pm ET |
| | Saturday 9:00am – 2:00pm ET |
| Find us on the web at: | www.freedommortgage.com |

| | |
|---|---|
| Loan Number | 0160220760 |
| Payment Due Date | 01/01/26 |

## Amount Due** $5,951.49
If payment is received after 01/16/26, $42.65 late fee will be charged.

Property Address: 3517 BEYERS ST
BAKERSFIELD CA 93312

### Delinquency Notice

You are late on your mortgage payments and have been in a delinquent status since 09/01/25. Failure to bring your loan current may result in fees and foreclosure, the loss of your home. As of 12/15/25, you are 105 days delinquent on your mortgage.

Recent Account History
- Payment due 08/01/25: Fully paid on 12/12/25
- Payment due 08/01/25: Unpaid balance of $127.95
- Payment due 09/01/25: Unpaid balance of $1,158.42
- Payment due 10/01/25: Unpaid balance of $1,158.42
- Payment due 11/01/25: Unpaid balance of $1,158.42
- Payment due 12/01/25: Unpaid balance of $1,158.42
- Current payment due 01/01/26 - $1,158.42
- Total $5,951.49 due. You must pay this amount to bring your loan current.

"If you are experiencing financial difficulty, please refer to the reverse side of page 1 of the statement for information about mortgage counseling or assistance."

### Additional Messages

No additional messages to display at this time.

### Transaction Activity (11/08/25 - 12/15/25)    Continued from previous page

PLAINTIFF'S
EXHIBIT
NO. 19

INTERNET REPRINT    52

Jerry Wagner
3517 Beyers St
Bakersfield Ca 93312
(661)-371-5984
Wagnerjerry82@gmail.com
Pro Se

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WAGNER, DANNY WAGNER | Case No.: 1:26CV03848-JLT-CDB |
| Plaintiff, | |
| vs. | DECLARATION OF JERRY WAGNER SUPPORTING SECOND AMENDED COMPLAINT |
| LOANDEPOT.COM, LLC, FREEDOM MORTGAGE CORPORATION, AFFINIA DEFAULT SERVICES, LLC, DOES 1-50 | |
| Defendant | |

June 29, 2026

I, Jerry Wagner, declare:

1. I am a Plaintiff in this action. I have personal knowledge of the facts stated in this declaration and, if called a witness, I could and would testify competently to them.

2. I deleted any reference to 26 USC § 7434 claim, since both Plaintiffs and Defendant Freedom, LoanDepot agree 26 USC § 7434 claim is unsupported.

No state-law claim was withdrawn, omitted, abandoned, or dismissed

DECLARATION OF JERRY WAGNER SUPPORTING SECOND AMENDED COMPLAINT - 1

3.  In my most recent amendment, I added factual allegations to particularize, clarify, and support the existing-state law claims.

4.  The amendment was made soley to provide greater specificity and ensure the state-law claims are fully pled.

5.  The amendment does not introduce any new federal cause of action, and the complaint continues to rely exclusively on state-law claims.

6.  Attached hereto as Exhibit A is a true and correct copy of Plaintiffs proposed Second Amended Complaint.

7.  On the same day this motion is filed with the Court, Plaintiffs will serve all defendants by email and U.S. Mail.

8.  This request is made in good faith and not for delay. No party will be prejudiced by the amendment.

9.  I make this declaration to clarify the record and avoid any misunderstanding regarding the scope of the amended complaint.

X  _Jerry Wagner_  07/08/2026

Jerry Wagner
Pro Se

DECLARATION OF JERRY WAGNER SUPPORTING SECOND AMENDANT COMPLAINT - 2

Jerry Wagner
3517 Beyers St
Bakersfield Ca 93312
(661)-371-5984
Wagnerjerry82@gmail.com
Pro Se

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WAGNER, DANNY WAGNER | Case No.: 1:26CV03848-JLT-CDB |
| Plaintiff, | |
| vs. | MEMRANDUMS POINTS AND AUTHORITES SUPPORITNG COMPLAINT AMENDMENT |
| LOANDEPOT.COM, LLC, FREEDOM MORTGAGE CORPORATION, AFFINIA DEFAULT SERVICES, LLC, DOES 1-50 | |
| Defendant | |

June 29, 2026

**I. Introduction**

1. Plaintiffs seek leave to amend under Rule 15(a)(2)

2. Amendment is necessary because both Plaintiffs and Defendant agree the §7434 claim cannot survive

3. Amendment will provide clarity to the Rosenthal Act claim and eliminate any confusing FDCPA language appearing in the body of the complaint, ensuring that the pleading

MEMRANDUMS POINTS AND AUTHORITES SUPPORITNG COMPLAINT AMENDMENT - 1

accurately reflects Plaintiffs intent to assert only a state-law Rosenthal Act cause of action and not an FDCPA claim.

## II. Defendants Could Not Identify Any Federal Claim During their May 12-15 Demurrer Attempts

Defendants had every opportunity to identify any federal-question issue during their May 12-15 requested meet-and-confers to demure under CCP § 430.41(a). LoanDepot and Freedom did not raise any federal-question issues during that time. Their inability to identify §7434 or any federal claim during active state-court defense supports amendment to clarify pleadings and remove any confusion regarding federal jurisdiction.

## III. Amendment Will Promote Judicial Efficiency and Narrow the Issues

Granting leave to amend will:

1. Remove a claim both parties agree is defective

2. Eliminate misinterpretation of FDCPA language,

3. Clarify the Rosenthal Act cause of action,

4. Streamline the litigation

5. And allow the case to proceed on the merits of the remaining state-law claims

## VI. Plaintiffs Have Acted in Good Faith

Plaintiffs took the initiation in state court and amended their original complaint based on Defendant's demure issues. Plaintiffs now seek leave to amend, remove, or correct claims that both parties agree cannot survive. Plaintiff's request is timely, made in good faith, and intended to clarify the pleadings and narrow issues for efficient resolution of the factual unrebutted allegations. (Broken chain of title, payments held to manufacturer default)

## VI. Conclusion

MEMRANDUMS POINTS AND AUTHORITES SUPPORITNG COMPLAINT AMENDMENT - 2

For the foregoing reasons, Plaintiffs respectfully request that the Court grant leave to amend the complaint under Rule15(a)(2)

X _Jerry Wagner_    X _Danny Wagner_    07/08/2026
Jerry Wagner
Pro Se

Danny Wagner
Pro Se

MEMRANDUMS POINTS AND AUTHORITES SUPPORITNG COMPLAINT AMENDMENT - 3