Jerry Wagner
3517 Beyers St
Bakersfield Ca 93312
(661)-371-5984
Wagnerjerry82@gmail.com
Pro Se

**LODGED**

JUL 08 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WAGNER, DANNY WAGNER<br><br>Plaintiff,<br><br>vs.<br><br>LOANDEPOT.COM, LLC, FREEDOM MORTGAGE CORPORATION, AFFINIA DEFAULT SERVICES, LLC, DOES 1-50<br><br>Defendant | Case No.: 1:26CV03848-JLT-CDB<br><br><br>[PROPOSED] ORDERS GRANTING PLAINTIFFS MOTION TO REMAND |

July 7, 2026

I. The Court, having considered the Motion, the Second Amended Complaint FINDS:

1. Plaintiffs have filed a Second Amended Complaint asserting only state-laws causes of action.

2. The Second Amended Complaint does not present any federal question under 28 USC § 1331.

[PROPOSED] ORDERS GRANTING PLAINTIFFS MOTION TO REMAND - 1

3. Because the Court lacks subject matter jurisdiction, remand is mandatory under 28 USC § 1447(c).

II. It Is Hereby Ordered That:

4. Plaintiffs' Motion to Remand is GRANTED

5. This action is REMANDED to the Superior Court of California, County of Kern, forthwith.

6. The Clerk of the Court is directed to immediately transmit a certified copy of this Order to the Clerk of the Kern County Superior Court.

7. All pending motions are terminated as moot in light of this remand.

**IT IS SO ORDERED**

**Date:**

**Judge of the United States District Court**

[PROPOSED] ORDERS GRANTING PLAINTIFFS MOTION TO REMAND - 2