**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERRY WAGNER, *et al.*, | Case No. 1:26-cv-03848 JLT CDB |
| Plaintiffs, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFFS' MOTION TO REMAND |
| v. | |
| LOANDEPOT.COM, LLC, *et al.*, | (Docs. 17, 18, 41) |
| Defendants. | |

Jerry Wagner and Danny Wagner initiated this action by filing a complaint in Kern County Superior Court. After the defendants removed the action to the federal Court, Plaintiffs filed a motion to remand with a request for judicial notice, asserting removal suffered procedural deficiencies and that this Court lacks jurisdiction. (Docs. 17, 18.) The Court referred the motion to the assigned magistrate judge. (Doc. 26.)

The magistrate judge found judicial notice was proper for the state court filings submitted by Plaintiffs. (Doc. 41 at 6.) The magistrate judge noted that removal was based upon federal question jurisdiction, and Plaintiffs' first amended complaint included a claim for a violation of 26 U.S.C. § 7434. (*Id.* at 7.) Because the claim arises under federal law, the magistrate judge found this Court has subject matter jurisdiction. (*Id.* at 7-8.) The magistrate judge also found the removal was not procedurally defective. (*Id.* at 8-10.) Therefore, the magistrate judge recommended the Court deny the motion to remand. (*Id.* at 10.)

1

The Court served the Findings and Recommendations on the parties and notified Plaintiffs that objections were due in 14 days.  (Doc. 41 at 10.)  The Court advised that "failure to file any objections within the specified time may result in the waiver of certain rights on appeal."  (*Id*. at 11, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Plaintiffs did not file any objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of the case. Having carefully reviewed the entire matter, the Court concludes that the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on June 25, 2026 (Doc. 41) are **ADOPTED** in full.

2. Plaintiffs' request for judicial notice (Doc. 18) is **GRANTED**.

3. Plaintiffs' motion to remand (Doc. 17) is **DENIED**.

IT IS SO ORDERED.

Dated:  _July 14, 2026_

_____
UNITED STATES DISTRICT JUDGE