**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERRY WAGNER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LOANDEPOT.COM, LLC, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-03848 JLT CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANT FREEDOM MORTGAGE CORPORATION'S MOTION TO DISMISS, AND GRANTING DEFENDANT LOANDEPOT.COM, LLC'S MOTION TO DISMISS WITH LEAVE TO AMEND, AND TERMINATING AS MOOT PLAINTIFF'S MOTION FOR LEAVE TO AMEND<br><br>(Docs. 17, 18, 41, 50) |

Jerry Wagner and Danny Wagner seek to hold Freedom Mortgage Corporation and LoanDepot.Com, LLC liable for violations of state and federal law related to a loan and foreclosure of a property located in Bakersfield, California. (*See generally* Doc. 1-1 at 37, 42-54.) Freedom Mortgage and LoanDepot each move for dismissal of the First Amended Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure, asserting Plaintiffs fail to state a claim. (Docs. 5, 7.) The Court referred the pending motions to the assigned magistrate judge. (Doc. 11.)

As an initial matter, the magistrate judge observed that Plaintiffs included only one claim arising under federal law in their FAC, for a violation of 26 U.S.C. § 7434 related to the alleged filing of false tax information returns. (Doc. 46 at 7.) In the interest of judicial economy, the magistrate judge elected to review the sufficiency of the pleadings related to the cause of action

1

that invokes this Court's jurisdiction. (*Id.*)  The magistrate judge found that "Plaintiffs' allegations do not satisfy the heightened pleading standard under Federal Rule of Civil Procedure 9(b) of demonstrating that either Freedom or LoanDepot willfully filed false information." (*Id.* at 9.)  The magistrate judge explained, "the allegations do not provide detail sufficient to notify Defendants or inform the Court about the purportedly false tax returns, do not explain the significance of any identified information appearing on purported 1098 documents attached as exhibits to the FAC, such as various payments amount owed and balances, and do not clarify what of this information was fraudulent and willfully filed by LoanDepot, or by Freedom, or by both." (*Id.* at 9-10.)  Thus, the magistrate judge found dismissal of the claim arising under Section 7434 was proper and recommended Plaintiffs be granted leave to amend. (*Id.* at 10, 12.)  Upon finding Plaintiffs failed to state a claim under federal law, the magistrate judge recommended the Court decline supplemental jurisdiction over the remaining state law claims at this time. (*Id.* at 12.)

The Court served the Findings and Recommendations on the parties and notified them that any objections were due in 14 days. (Doc. 46 at 12.)  The Court advised that "failure to file any objections within the specified time may result in the waiver of certain rights on appeal." (*Id*. at 11, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Neither Plaintiffs nor Defendants filed objections to the Findings and Recommendations.  However, Plaintiffs filed a motion to amend on July 8, 2028, in which they concede the allegations were insufficient to support a claim under Section 1734. (*See* Doc. 50 at 1.)

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of the case. Having carefully reviewed the entire matter, the Court concludes that the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1.      The Findings and Recommendations issued on June 29, 2026 (Doc. 46) are **ADOPTED** in full.

2.      Defendant Freedom Mortgage Corporation's motion to dismiss the first amended complaint (Doc. 5) is **GRANTED**, with leave to amend.

///

2

3.    Defendant LoanDepot.com, LLC's motion to dismiss the FAC (Doc. 7) is **GRANTED**, with leave to amend.

4.    Plaintiffs' First Amended Complaint (Doc. 1) is **DISMISSED** with leave to amend.

5.    Plaintiffs' motion for leave to amend (Doc. 50) is terminated as **MOOT**.

6.    Plaintiffs **SHALL** file their second amended complaint within 14 days of the date of service of this order.

IT IS SO ORDERED.

Dated:   July 14, 2026

_____
UNITED STATES DISTRICT JUDGE

3