UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY WAGNER, *et al.*,

Plaintiffs,

v.

LOANDEPOT.COM, LLC, *et al.*,

Defendants.

No. 1:26-cv-03848 JLT CDB

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFFS' MOTION TO REMAND

(Docs. 66, 78)

Jerry Wagner and Danny Wagner proceed pro se with a second amended complaint ("SAC") against Freedom Mortgage Corporation, LoanDepot.com, LLC, and Affinia Default Services LLC. (Doc. 57.) On August 24, 2026, Plaintiffs filed a motion to remand this action to state court. (Doc. 66.) The motion was referred to the assigned magistrate judge for the preparation of findings and recommendations. (Doc. 77.)

On October 19, 2026, the assigned magistrate judge issued findings and recommendations to grant Plaintiffs' motion to remand. (Doc. 78.) The parties were ordered to file any objections to the findings and recommendations within 14 days after service thereof. *Id.* at 5-6 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) No objections were filed and the time to do so has now passed.

According to 28 U.S.C. § 636(b)(1), the Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and

recommendations are supported by the record and by proper analysis.

Accordingly, the Court **ORDERS**:

1. The findings and recommendations issued on October 19, 2026 (Doc. 78) are **ADOPTED** in full.
2. Plaintiffs' motion to remand (Doc. 66) is **GRANTED**.
3. This action is **REMANDED** to Kern County Superior Court.
4. Defendants' motions to dismiss and respective requests for judicial notice in support thereof (Docs. 59, 60, 62, 63) remain pending on the remanded docket.

IT IS SO ORDERED.

Dated: _November 3, 2026_

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE